UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ALANNA DUNN, *etc.* <br><br> Plaintiff <br><br> v. <br><br> CUYAHOGA COUNTY <br><br> Defendant | Case No. 1:23-cv-00364 <br><br> Judge Bridget Meehan Brennan |

## MOTION FOR ADMISSION PRO HAC VICE ON BEHALF OF CARYN C. LEDERER

Under Local Civil Rule 83.5(h), attorney Caryn C. Lederer moves this Court for admission to participate in this particular case. Ms. Lederer's admission is sponsored by local counsel, Drew Legando, a permanent member of the Bar of this Court, and is supported by Exhibit A, a declaration made under 28 U.S.C. 1746 swearing to Ms. Lederer's current good standing before the courts of Illinois and New York, as well as the other information required by the rule. Ms. Lederer can be contacted as follows:

> Caryn C. Lederer
> Hughes Socol Piers Resnick & Dym Ltd.
> 70 Madison Street, Suite 4000
> Chicago, Illinois 60602
> T. 312-604-2622
> F. 312-604-2623
> E. clederer@hsplegal.com

Respectfully submitted,

s/ Drew Legando

Drew Legando (0084209)
MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200

1

Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. drew@merrimanlegal.com

*Local Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

This motion for admission was filed on the Court's ECF system on February 28, 2023, through which notice and service will be made on all counsel of record.

s/ Drew Legando
Drew Legando (0084209)