## DECLARATION OF CARYN C. LEDERER

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.   I am an attorney in current good standing before the courts of Illinois, where my bar registration number is 6304495, and New York, where my bar registration number is 4344974.

2.   The highest court to which I have been admitted is the Supreme Court of the United States on April 7, 2014 and I also have been admitted to the United States Court of Appeals for the Seventh Circuit on June 26, 2015, the United States Court of Appeals for the Ninth Circuit on May 25, 2017, and the United States Court of Appeals for the Sixth Circuit on November 20, 2014.

3.   I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

_____
Caryn C. Lederer

Executed on March 2, 2023

**EXHIBIT A**