# EXHIBIT 4

# DECLARATION OF A. DAMI ANIMASHAUN REGARDING DEFENDANT'S DISCOVERY PRODUCTIONS

1. I am admitted to practice before the courts of the State of California and the State of New York, as well as several federal district and appellate courts. I am one of the attorneys representing Plaintiffs in this action. I make this statement based on personal knowledge and, if called as a witness, could and would testify competently thereto.

2. Defendant produced two types of documents that detail the causes of overdetentions that occurred during the Class Period: (1) emails to the Cuyahoga County Court of Common Pleas Clerk of Courts ("County COC") responding to notifications that individuals who posted bond the prior business day were not yet released ("Bond Reports"), and (2) written analyses of the causes of overdetention for individuals listed in a monthly overdetention report sent to the Cuyahoga County Sheriff's Department ("CCSD") by Cleveland. Defendant also produced a sample of the Common Pleas Queue workflow history, which shows when CCSD retrieved Common Pleas bonds ("County bonds") and Common Pleas release orders ("County release orders") from the Queue. Plaintiffs' Counsel analyzed these productions and summarize their contents below.

## I. Defendant's Analysis of County COC Bond Report Emails

3. In early 2022, Krystal Lawyer, an employee of the County COC, began sending Bond Report emails to CCSD every weekday morning to inquire about the status of detainees who had posted a County bond the previous day.

4. CCSD Records Supervisor Leah Palagyi investigated the reasons for the delays and sent email responses explaining why detainees were not released the day they posted bond. (Ex. 6, 110:4-111:1)

5. Plaintiffs' Counsel requested that Defendant produce "All communications with the Cuyahoga County Clerk of Courts concerning detainees being held at the Jail after their release

triggering event." Thereafter, the parties agreed to search terms for the production and Defendant produced 9,570 emails from several County COC employees' email inboxes that matched the search terms. Most of the emails were, however, irrelevant. So, after conducting an initial review of the emails and deposing Ms. Lawyer, Plaintiffs' Counsel used search terms including, but not limited to, "Bond Posted," "Bonds Posted," "Bond Report," and "Release Report[1]" to narrow the emails to those concerning Bond Reports and responses thereto.

6. While reviewing these emails, Plaintiffs' Counsel identified **22** instances where Ms. Palagyi provided an explanation as to why a detainee was not released on the same day they posted a County Bond, other than stating that the individual had a hold or was being transferred to another agency. The emails are attached as Exhibit A. The reason given for each overdetention is listed in **Table 1**, below. The reasons break down as follows:

a. **13** individuals were overdetained because the Release Desk did not process their County bonds After Hours. **1** individual was overdetained due to short staffing, and no reason other than neglect was given for the other overdetentions.

b. **5** individuals were overdetained because the Records Department did not process their County bonds during business hours. **3** of the 5 individuals were overdetained because the Records Department overlooked their names on the bonds list and never processed their releases. **2** individuals were overdetained because the Records Department did not send a CHECKS release notification email for them to the Release Desk.

c. **1** individual was overdetained because the Release Desk did not complete their release after the Records Department sent it a release notification during business hours.

d. **1** individual was overdetained due to what Ms. Palagyi called a "paperwork issue" between the Records Department and the Release Desk.

e. **1** individual was overdetained because the Records Department thought another department would process their release.

f. **1** individual was overdetained because a CCSD booking error delayed their release.

[1] Ms. Lawyer identified "Bond Report" and "Release Report" as subject lines she used when sending the Bond Reports. (Ex. 7, 134:10-15)

7. Pursuant to an agreement of the parties, Defendant produced the paper files for all detainees released during an eight-month period – January, July, August, and December 2021 and February, July, August, and December 2022 (the "Paper Files"). Plaintiff's Counsel reviewed the Paper Files of the individuals who appear in **Table 1** and were released during those months (Donald Russell, Theodore Jackson, and Ashaughnta Hedge). There is no indication in the Paper Files that any individual issues particular to those detainees caused their overdetentions.

**Table 1: Reason Provided in CCSD's Response to Bond Report Emails in Exhibit A**

| **Detainee** | **CCSD's Stated Reason for Release Delay** |
|---|---|
| Marcos Hernandez | "Looks like the bail was posted after we left for the evening so that was most likely on the jail[2] however I have my Records Clerk processing him now." |
| Kenshawn Williams | "Williams we be processed out today. It appears the jail overlooked it last night" |
| Kahdaniel Nettles | "Nettles will be processed today as I am not sure why the release desk did not handle this in the evening." |
| Elijah Hairston | "I am unsure why the jail did not process this last night however my staff has forwarded everything up to the release desk now so he should be out later today." |
| Phillip Zabaka | "The jail neglected to process these last night" |
| Joseph Bronczyk | "The jail neglected to process these last night" |
| Carlos Perez | "I am not sure as to why the jail did not release Perez" |
| Corey Jones | "[I]t's looking like the jail did not process it last night" |
| Sean McNulty | "Mcnulty is being processed as of now, we are looking into why the jail did not process it after our cut off time" |
| Seth Morgan | "Morgan also posted bail after our cut off time so I will have our staff process that now as well" |
| Timothy Shivers | "He is being processed today. I am unsure as to why he was not processed on Saturday" |
| Michael Cooke | "Cooke will be processed today, looks like posted bail after 5 pm" |
| Darrell Crim | "Crim was released this morning due to short staffing in the jail." |
| Jonathan Ryan Johnson | "The clerk who was printing it from the queue . . . did not pass it on to the release desk"[3] |

[2] "Jail" refers to CCSD's Release Desk.

[3] CCSD Jail Lieutenant Russel Jaenke provided this response.

| | |
|---|---|
| Jennifer Heaston | "Clerk Sovenia Priest checked off on bonds list yet did not process" |
| Desiree Dawkins | "Dawkins was overlooked last evening on our bond report" |
| Donald Russell | "His release was processed in records Friday however it doesn't look like it was forwarded onto the jail by mistake." |
| Clarence Mitchell | "I am not sure as to why he was not released yesterday, I believe it was overlooked on our list" |
| Allen Wilson | "I will have to ask the release desk as to why since it was processed on our end yesterday." |
| Ashaughnta Hedge | "They received the monitor yesterday however it was a paperwork issue between records and release desk" |
| Theodore Jackson | "He was on the arraignment list and we don't process those so I can see why Janiese didn't do it." |
| Michael Senk | "There was a booking error which essentially had him booked on an additional case which was actually two cases combined into companion cases." |

## II. Defendant's Sample Common Pleas Queue Workflow History Production

8. The Common Pleas Queue, which Records Clerks and Release Desk staff utilize to access County bonds and release orders entitling County Detainees to release, leaves a workflow history showing when the release paperwork was entered into the Queue by the County COC (and thus made accessible to CCSD) and when CCSD retrieved the release paperwork from the Queue.

9. Plaintiffs' Counsel requested that Defendant produce this workflow history for roughly 240 detainees, half of whom were selected because Plaintiffs' Counsel suspected they were overdetained and the other half based on the first letter of their last name ("Queue Sample").

10. Plaintiffs' Counsel's analysis of the Queue Sample is attached as Exhibit B. The analysis shows the date and time the release paperwork was entered into the Queue by the County COC, as well as the date and time CCSD retrieved it. It also calculates the time difference between the two events. All entries in Exhibit B with a time lapse over 1 hour are highlighted in yellow.

11. The Queue Sample shows that it frequently took CCSD's Records Department over an hour to retrieve release orders from the Release Queue. The Queue Sample includes **133** release

orders that were entered into the Release Queue by the COC during business hours. **57 (or 42.9%)** took over **1 hour** for the Records Department to retrieve; **10 (or 7.5%)** took over **2 hours**; and **7 (or 5.3%)** took over **3 hours**. The Records Department took as long as **6 hours** to retrieve a release order from the Release Queue.

12. The Queue Sample also confirms that County release orders were not pulled from Queues and processed After Hours. The Queue Sample included **12** release orders placed into the Release Queue after 5:00 PM on a weekday. It took CCSD **between 13 hours and 21 minutes and 18 hours and 31 minutes** to retrieve these release orders from the Release Queue. **1** weekend release order was included in the Queue Sample, which took CCSD over **22 hours** to retrieve.

13. The Release Desk is required to process County bonds placed in the Bonds Queue After Hours. **7** such bonds were included in the Queue Sample. It took CCSD **17, 23, and 27** hours, respectively to retrieve 3 of these bonds from the Queue.[4]

## III. Defendant's Analyses of Cleveland's Overdetention Reports

14. Between January 2019 and May 2023, Cleveland sent CCSD a monthly report listing Cleveland detainees who CCSD did not release on the day they were entitled to release (hereinafter "OD Reports"). Cleveland Jail Liaison, Lisa Scafidi, the creator of the OD Reports, testified that the OD Reports include all Cleveland detainees who were not released the day they were entitled to release during the period the OD Reports were being sent.[5] (Ex. 2, 247:3-24)

15. In 2021, CCSD Administrator Ronda Gibson tasked Records Department Supervisor Leah Palagyi with determining whether and why the individuals listed in the OD

---

[4] Plaintiffs' Counsel do not include an analysis of bonds that were entered into the Queue during business hours when the Records Department is responsible for processing County bonds because the Records Department prints a Bonds List from the Queue, rather than retrieving the bond directly from the Queue. Thus, it is not clear whether the retrieval time in the workflow history reflects when the Records Department retrieved the bond information.

[5] Ms. Scafidi, however, also testified that the OD Reports did not include individuals who became entitled to release late in the evening or at night and were released the following day. (Ex. 2, 227:16-228:4)

Reports were overdetained because "she has the immediate access to all of the data that goes into the release jacket and the file, and she has a good eye as far as experience in reading the documents and then interpreting where a breakdown may have occurred." (Ex. 10, 179:17-180:2) Ms. Palagyi was required to "review everything that was listed on the report received and then break[] each step down of when they were booked in, where did they go next, what happened, who did what," and document her findings. (*Id.*, 180:8-13) I refer to these as the "OD Analysis" or "OD Analyses," below.

16. To provide a comprehensive overview of CCSD's findings regarding the causes of overdetentions for individuals listed in the OD Reports, I reviewed each OD Analysis Ms. Palagyi created in 2021 and 2022 – the two full years during which these analyses were created.[6] I then categorized the overdetention of each person listed in the OD Reports[7] by release type and reason and created a spreadsheet excerpting the pertinent part of Ms. Palagyi's analysis, which is attached as Exhibit C. Each OD Analysis Ms. Palagyi created in 2021 and 2022 is also attached in full in Exhibit D.

17. Additionally, I reviewed the Paper Files of the detainees appearing in **Section A** and **Section B** below to determine whether any individual issues beyond what is listed in the OD Analysis caused their overdetention. Paper Files of **33** of the **74** detainees referenced in **Section A** and **24** of the **74** detainees referenced in **Section B** were produced. (The names of these detainees

[6] Defendant has represented that no OD Analysis was created for March 2021, the month that lead Named Plaintiff Alanna Dunn was overdetained, or the following month, April 2021. But an OD Analysis was created, in some form, for every other month in 2021 and 2022.

[7] I did not include individuals who were not released on the same day they were entitled to release because their hold status delayed their release (e.g. CCSD was awaiting response from another agency with an outstanding warrant) or because they were being transferred to a different agency, as those individuals are not putative Class Members. For the same reason, I also did not include individuals who were listed in the OD Reports for reasons other than having their releases delayed, for example, CCSD failing to timely forward charging paperwork to Cleveland.

are highlighted in yellow in Exhibit C.) There is no indication in any of those Paper Files that any other issue beyond what is stated in the OD Analysis caused their overdetentions.

18. The Overdetention Report Analyses show that recurring issues caused Cleveland detainees to be overdetained at the Jail.

### A. Cleveland Detainees Released No Formal Charges (RNFC)

19. Ms. Palagyi analyzed the releases of **74** detainees who were not released on the day that Cleveland detectives declined to file charges (*i.e.*, released them with no formal charges ("RNFC")). As demonstrated in Exhibit C, the reasons for their overdetentions are as follows:

a. **49** individuals were overdetained because the CCSD Jailer did not process the RNFC. Ms. Palagyi's analysis of these overdetentions either (1) explicitly states that the Jailer did not process the RNFC (or uses similar language) or (2) states that the Jailer took the steps necessary to process the RNFC more than a day after the information was available to the Jailer in Cleveland's LERMS database, where Cleveland police enter RNFC dispositions and which Jailers are required to monitor.[8]

b. **10** individuals were overdetained because either the Records Department or the Release Desk did not complete the release after the Jailer processed the RNFC.

c. **13** individuals were overdetained because the Jailer did not process the RNFC after a "charged" disposition was changed to an RNFC disposition in LERMS and/or did not retrieve a physical copy of the RNFC (a "Green Slip") from the Cleveland Police Department. For example, Jarod Bryant's LERMS entry was initially marked charged but changed to RNFC later that day. CCSD's analysis states that Mr. Bryant was overdetained because "the Jailor [sic] did not check LERMS additional time to see RNFC nor was Green RNFC picked up from charging unit by jailor."

d. Ms. Palagyi's analysis blames **1** overdetention (Jazmine Jackson) on the Cleveland Clerk of Court for not returning a Clerk Check form until several hours after the RNFC was issued. Jackson was RNFC'd on December 13, 2021 at 11:31 AM, but CCSD did not receive a completed Clerk Check for her until 5:40 PM that day. Jackson, was, however, not released until the following day. No explanation is provided as to why Jackson was not released on December 13.

e. **1** detainee's release was delayed because she refused to leave custody.

[8] 23 of the 33 Paper Files that I reviewed concerned detainees in this group. *See* Supra ¶ 17. Of the 23 Paper Files, 12 included a copy of an "Adult Arrest Detail Report," showing the date when all charges were RNFC'd and the date the Jailer staff printed the report, the first step of the release process. (Boll 65:22-66:6). All 12 documents were printed at least a day after the RNFC was entered. I have used an asterisk to denote these 12 detainees in Exhibit C.

### B. Cleveland Detainees who had Release Paperwork (Bond and Release Orders) Sent to SHCMC

20. Ms. Palagyi analyzed the releases of **74** detainees who were not released the day they were issued a personal bond, paid a monetary bond, or were ordered released by a Cleveland Municipal Court Judge. As demonstrated in Exhibit C, the reasons for their overdetentions are as follows:

a. **35** individuals were overdetained because CCSD could not locate their release paperwork in the SHCMC email group.

b. **21** individuals were overdetained because Records failed to process release paperwork after it was sent to SHCMC, or the release was not completed by the Release Desk after it was initiated by Records. *Plaintiff Adam Day is included in this group*.

c. **13** individuals were overdetained because CCSD did not know whether to release the detainees based on paperwork it received in SHCMC. These overdetentions occurred because the release paperwork CCSD received was illegible, incomplete, or appeared to have conflicting information, or because CCSD was unsure whether the paperwork entitled the detainee to release.

d. **3** individuals were overdetained because a CCSD booking error delayed their release.

e. **1** individual appeared to be overdetained because CCSD incorrectly placed a GPS hold on him because Pretrial Services told CCSD staff that one had been ordered.

f. **1** individual was not overdetained. The initial paperwork CCSD received for Anthony Grimes did not entitle him to release (nor did any information on the public docket). CCSD released him after receiving corrected release paperwork.

### C. Cleveland Detainees Held on Non-Jailable Minor Misdemeanors

21. Ms. Palagyi analyzed the releases of **25** individuals who were detained for more than a day solely on non-jailable contempt of court charges that were minor misdemeanors. As demonstrated in Exhibit C, the reasons for their overdetentions are as follows:

a. **16** individuals were overdetained because CCSD did not complete a minor misdemeanor plea form after the Cleveland Clerk of Court ("Cleveland COC") informed it via a Clerk Check form that the charges were minor misdemeanors. *Plaintiff Cameron Leonard is included in this group*.

b. **6** individuals were overdetained because CCSD did not complete a minor misdemeanor plea form, but the OD Analysis does not state whether or not the Clerk Check from Cleveland COC indicated that the charges were minor misdemeanors. For 2 of these individuals, the OD Analysis states that the Cleveland COC did not send a personal

bond, but does not mention the Clerk Check or completion of a minor misdemeanor plea form.

c. **3** individuals were overdetained because CCSD did not complete a minor misdemeanor plea form after the Clerk Check from Cleveland COC wrongly indicated that the charge was not a minor misdemeanor.

### D. Cleveland Detainees Held on Personal Bond Eligible Contempt of Court Charges

22. Ms. Palagyi analyzed the releases of **23** detainees who were detained for more than a day solely on personal bond eligible contempt of court charges. As demonstrated in Exhibit C, the reasons for their overdetentions are as follows:

a. **17** individuals were overdetained because the Jailer did not request a personal bond from Cleveland COC once their contempt charges were the only ones pending, even though the Jailer received a Clerk Check from Cleveland COC that identified the contempt charges as personal bond eligible. *Plaintiff Jason Wilson is included in this group.*

b. **2** individuals were overdetained because the Jailer did not request a personal bond from Cleveland COC after receiving a Clerk Check from Cleveland COC that did not indicate whether or not their contempt charges were personal bond eligible (*i.e.*, the personal bond eligible field was left blank), and the Jailer did not request clarification.

c. **2** individuals were overdetained because the Jailer did not request a personal bond from Cleveland COC once their contempt charges were the only ones pending, but the OD Analysis does not provide any information as to what was written on the Clerk Check.

d. **1** individual was overdetained because the Jailer did not request a personal bond after receiving a Clerk Check from Cleveland COC that indicated that the contempt charges were not personal bond eligible.

e. **1** individual was overdetained because a CCSD booking error delayed their release.

### E. Cleveland Detainees Fitted with GPS Monitors or SCRAM Devices

23. Ms. Palagyi analyzed the releases of **22** detainees who were not released on the day they were fitted with a GPS or SCRAM monitoring device. As demonstrated in Exhibit C, the reasons for their overdetentions are as follows:

a. **14** individuals were overdetained because the Records Department was not notified after the individuals were fitted with GPS monitors. CCSD either blamed the third-party installation company or a CCSD corrections officer for not sending the notification. *Plaintiff Eric Zeider is included in this group.*

b. **8** individuals were overdetained because the Records Department did not process their release after notification of the GPS installation was received.

## IV. Defendant's Discovery Productions Concerning Discipline

24. Plaintiff requested production of: "All documents concerning corrective, disciplinary, or any similar action issued to Jail staff or any of Defendant's agents and employees concerning releasing detainees after their release triggering event, the timely release of detainees, holding detainees at the Jail after they are entitled to release, or overdetaining detainees." Defendant responded without objection and represented that it provided all such documents.

25. Defendant produced only **1** Investigatory Interview (or C/S-35) form concerning an overdetention that occurred during the Class Period. The investigative interview concerned a January 2023 overdetention of a Cleveland Detainee, which was caused by a Records Clerk "overlook[ing]" release paperwork. (*See* Ex. E) Defendant did not produce any Investigative Interview forms concerning County Detainees being overdetained.

26. Defendant produced only **1** document reflecting discipline issued to any CCSD employee for causing an overdetention during the Class Period. The discipline, a verbal reprimand, was issued for the overdetention that was the subject of the Investigatory Interview referenced in Exhibit E. (*See* Ex. F)

27. Defendant also produced **11** records of documented coaching during the Class Period for staff committing errors that caused overdetentions between March 2022 and August 2023 (though 4 of the 11 records were produced only as unsigned documents). **2** of the coaching documents pertained to errors by Release Desk employees, **2** pertained to errors by Jailers**, 6** pertained to errors by Records Clerks, and **1** was for a corrections officer. Several of these coaching documents show that employees received repeated coaching after causing multiple overdetentions (*e.g*. Clerk Cage, Clerk Ilcisko, and Jailer Williams). (*See* Ex. G)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2025, at New York, NY.

/s/ A. Dami Animashaun

# EXHIBIT A

Marcos Hernandez

**From:** Betsy Molina <bmolina@cuyahogacounty.us>
**Sent:** Sat, 21 Jan 2023 15:45:40 +0000
**To:** "Nailah K. Byrd" <nbyrd@cuyahogacounty.us>, Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** RE: Bond Posted 1-19-23

---

Buenos dias,

Marcos Hernandez was released last night.


# Betsy Polanco

**Supervisor, Criminal Division**

**Office of Nailah K. Byrd**

**Cuyahoga County Clerk of Courts**

**Phone: (216)443-5539**


---

**From:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Sent:** Friday, January 20, 2023 6:51 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: Bond Posted 1-19-23

Thank you

Sent from my iPhone

On Jan 20, 2023, at 4:30 PM, Krystal Lawyer < klawyer@cuyahogacounty.us> wrote:

Last update from Leah:

CR-677809 (ONLINE one)

Leah stated:

I just pulled his information up. Looks like the bail was posted after we left for the evening so that was most likely on the jail however I have my Records Clerk processing him now.

I am informing Jaenke and O'Donnell as well.

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in

Hide original message

**Krystal L. Lawyer**

*Criminal Division Manager*

*Office of Nailah K. Byrd*

*Cuyahoga County Clerk of Courts*

*216.443.5909*

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, January 20, 2023 4:04 PM
**To:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>; Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: Bond Posted 1-19-23

Update from Latoya on Hatten "He was unable to provide an address in cuyahoga county that we could verify, so he will not be released until that happens or until his supervising p.o. gets him linked with in-patient treatment."

Just waiting on Lean for Hernandez

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in

Hide original message

**Krystal L. Lawyer**

*Criminal Division Manager*

*Office of Nailah K. Byrd*

*Cuyahoga County Clerk of Courts*

*216.443.5909*

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, January 20, 2023 3:54 PM
**To:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>; Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: Bond Posted 1-19-23

Update:

BO-23-4374BQ- Alan Stinnett Order to hold

677487- Shawn Hatten (GPS) -Emailed LaToya for an update

677809- Marcos Hernandez -emailed Leah for an update

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in

Hide original message

**Krystal L. Lawyer**

*Criminal Division Manager*

*Office of Nailah K. Byrd*

*Cuyahoga County Clerk of Courts*

*216.443.5909*

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, January 20, 2023 11:07 AM
**To:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>; Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Fw: Bond Posted 1-19-23

Hello,

Below are bonds from 1.19.23 posted and not released. I will look again at EOD, if no update will follow up in AM. Monday.

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in

Hide original message

**Krystal L. Lawyer**

*Criminal Division Manager*

*Office of Nailah K. Byrd*

*Cuyahoga County Clerk of Courts*

*216.443.5909*

---

**From:** Betsy Molina <bmolina@cuyahogacounty.us>
**Sent:** Friday, January 20, 2023 11:03 AM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** Bond Posted 1-19-23

Hello,

BO-23-4374BQ- Alan Stinnett (NO GPS) IMACS: nothing

677487- Shawn Hatten (GPS) IMACS: nothing

677809- Marcos Hernandez (NO GPS) IMACS: Nothing

Thank you,

# Betsy Molina

**Supervisor, Criminal Division**

**Office of Nailah K. Byrd**

**Cuyahoga County Clerk of Courts**

Kenshawn Williams

**From:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**Sent:** Fri, 12 Jul 2024 17:43:16 +0000
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>, "Charmane T. Townsell" <ctownsell@cuyahogacounty.us>
**CC:** Krystal Lawyer <klawyer@cuyahogacounty.us>, Lauren Hairston <lhairston@cuyahogacounty.us>, Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 7/11/2024

---

Good morning,

Knuckles was sentenced to County Jail on cases 688819 and 678964 giving him a release date of today. He also was found to have a Euclid warrant of which he was given bail today.

Williams we be processed out today. It appears the jail overlooked it last night

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Friday, July 12, 2024 1:38 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>; Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 7/11/2024

Good Morning,

Can we get an update?

2310BS- Kenshawn Williams ( NO GPS)

692444 D- Frederick Knuckles ( NO GPS)

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

---

**From:** Nilza Badeas
**Sent:** Friday, July 12, 2024 9:50 AM

**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 7/11/2024

Good Morning,

Please advise on the status of inmate's release.

2310BS- Kenshawn Williams ( NO GPS)

692444 D- Frederick Knuckles ( NO GPS)

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

Kahdaniel Nettles

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Tue, 27 Feb 2024 15:27:19 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**CC:** Krystal Lawyer <klawyer@cuyahogacounty.us>, Lauren Hairston <lhairston@cuyahogacounty.us>, Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 2/26/2024

---

Thank you for the update.

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Tuesday, February 27, 2024 10:04 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 2/26/2024

Good morning,

Rand has a hold with County detectives prior to release, I will follow up.

Estep has CPD cases with a GPS requirement.

Nettles will be processed today as I am not sure why the release desk did not handle this in the evening.

Thanks,

**Leah Palagyi**

*Administrative Support Supervisor - Criminal Records*

Cuyahoga County Sheriff's Department

1215 W. 3rd Street

Cleveland, OH 44113

216.443.7273

216.970.0983

lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Tuesday, February 27, 2024 9:57 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 2/26/2024

Good Morning,

Please advise on the status of inmate's release.

689189- Quontez Rand ( NO GPS) IMACS: nothing

689292- Bradley Estep ( NO GPS) IMACS: nothing

689434- Kahdaniel Nettles ( NO GPS) IMACS: nothing

Thank you,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

Elijah Hairston

**From:** "Leah M. Palagyi"
**Sent:** Fri, 14 Jul 2023 16:51:35 +0000
**To:** Krystal Lawyer
**CC:** Betsy Molina
**Subject:** Re: CR-682778 Elijah Hairston

---

Good afternoon,

I am unsure why the jail did not process this last night however my staff has forwarded everything up to the release desk now so he should be out later today.

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, July 14, 2023 12:08 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** CR-682778 Elijah Hairston

Hello,
Do we know why this person is not released; bond posted 7.13.23. I do not see anything about this case in IMAC.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Phillip Zabaka and

Joseph Bronczyk

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Fri, 04 Aug 2023 20:16:41 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**CC:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: update

---

Thank you, we will follow up on these ones sooner in the future. Have a good weekend .

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Friday, August 4, 2023 4:05 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: update

The jail neglected to process these last night so Records is handling them now

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, August 4, 2023 3:55 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** update

Hello,
Any update on the below for bonds posted 8.3.23?

682862- Phillip Zabaka ( NO GPS) IMACS: nothing

683052- Joseph Bronczyk ( NO GPS) IMACS: nothing

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Carlos Perez

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Fri, 06 Oct 2023 15:03:17 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>, Nilza Badeas <nbadeas@cuyahogacounty.us>
**CC:** Paris Penman <ppenman@cuyahogacounty.us>, Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 10/04/2023

---

Thanks

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Thursday, October 5, 2023 10:55 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 10/04/2023

Good Morning,

Desiree Robinson is to have a SCRAM monitor installed by Lyndhurst today.

I am not sure as to why the jail did not release Perez however, I am having my Clerk process him now.

Gabbert has an outstanding Marion Co hold, we are awaiting his extradition.

Thank you,

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thursday, October 5, 2023 10:48 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 10/04/2023

Good morning,

Please advise on the status of inmates release.

4187BR- Desirae Robinson

683624- Carlos Perez

685339- Aaron Gabbert

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

Corey Jones

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Fri, 17 Nov 2023 15:32:42 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>, Nilza Badeas <nbadeas@cuyahogacounty.us>
**CC:** Lauren Hairston <lhairston@cuyahogacounty.us>, Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 11/16/2023

---

Thanks

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Friday, November 17, 2023 10:32 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 11/16/2023

I am looking into this now, it's looking like the jail did not process it last night however he does appear to have a warrant for another county agency

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Friday, November 17, 2023 9:43 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 11/16/2023

Good morning,

Please advise status of inmate release.

686487- Corey Jones
Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

Sean McNulty and

Seth Morgan

**From:** "Leah M. Palagyi"
**Sent:** Fri, 22 Dec 2023 16:07:31 +0000
**To:** Krystal Lawyer;Nilza Badeas
**CC:** Lauren Hairston;Paris Penman
**Subject:** Re: RE: Bonds Posted 12/21/2023

---

Our office will process all bonds before 4:30, the jail then processes after 4:30 since we are only staffed until 6 pm.

**Leah Palagyi** □
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, December 22, 2023 10:44 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>; Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 12/21/2023

There is a cut off time for Leah's team to process believe 7 ish, correct me if I am wrong Leah. After that the jail team under Jaenke should process.

Am I mistaken Leah?

*Much appreciated,*

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Friday, December 22, 2023 10:31 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 12/21/2023

We weren’t aware that there was a cut off time.  What is the cut off time?

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Friday, December 22, 2023 9:42 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 12/21/2023

Good morning,

Mcnulty is being processed as of now, we are looking into why the jail did not process it after our cut off time.

Mercede is awaiting a medical assistance treatment program per JE dated 12/19/23.

Morgan also posted bail after our cut off time so I will have our staff process that now as well.

Thanks,

**Leah Palagyi** □
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Friday, December 22, 2023 9:30 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 12/21/2023

Good morning,

Please advise on the status of inmate's release.

674343- Sean McNulty

683763- Alicia Mercede

687613- Seth Morgan

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

Timothy Shivers

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Mon, 04 Mar 2024 18:12:51 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>, "Russell C. Jaenke" <rjaenke@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 3/1/2024- 3/3/2024

---

Ok, thanks for the update.

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Monday, March 4, 2024 1:10 PM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>; Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 3/1/2024- 3/3/2024

He is being processed today. I am unsure as to why he was not processed on Saturday

**Leah Palagyi**

*Administrative Support Supervisor - Criminal Records*

Cuyahoga County Sheriff's Department

1215 W. 3rd Street

Cleveland, OH 44113

216.443.7273

216.970.0983

lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Monday, March 4, 2024 12:29 PM
**To:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Cc:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Subject:** FW: RE: Bonds Posted 3/1/2024- 3/3/2024

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Monday, March 4, 2024 9:25 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 3/1/2024- 3/3/2024

Good Morning,

Please advise on the status of inmate release.

687700-C Timothy Shivers (NO GPS)

Thank you,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

Michael Cooke

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thu, 09 May 2024 12:48:18 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 5/7/24

---

Good Morning,

Can we get an update on CR-690995 – Michael Cooke (No GPS).

Thank you,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Wednesday, May 8, 2024 10:35 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 5/7/24

Good morning,

Streeter has a reintegration plan

Cooke will be processed today, looks like posted bail after 5 pm

Whitley also has an MHDD reintegration plan

**Leah Palagyi**

*Administrative Support Supervisor - Criminal Records*

Cuyahoga County Sheriff's Department

1215 W. 3rd Street

Cleveland, OH 44113

216.443.7273

216.970.0983

lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Wednesday, May 8, 2024 10:30 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 5/7/24

Good Morning,

Please advise on the status of inmate release.

CR-688297 – Chinaya Streeter (No GPS)

CR-690995 – Michael Cooke (No GPS)

CR-691691 – Major Whitley (No GPS)

Thank you,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

Darrell Crim

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Mon, 01 Apr 2024 14:41:47 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**CC:** Krystal Lawyer <klawyer@cuyahogacounty.us>, Paris Penman <ppenman@cuyahogacounty.us>, Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 3/29/2024-4/01/2024

---

Thank you for the update.

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Monday, April 1, 2024 10:12 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 3/29/2024-4/01/2024

Good morning,

Crim was released this morning due to short staffing in the jail.

Buchanan was not released until today on case 670997.

Basim is being held for CPD case 24CRA2069. He has court today.

Thanks,

**Leah Palagyi**

*Administrative Support Supervisor - Criminal Records*

Cuyahoga County Sheriff's Department

1215 W. 3rd Street

Cleveland, OH 44113

216.443.7273

216.970.0983

lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Monday, April 1, 2024 9:59 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 3/29/2024-4/01/2024

Good Morning,

Please advise on the status of inmate release.

690219- Darrell Crim ( NO GPS) IMACS: nothing

690238- Judiah Buchanan ( NO GPS) IMACS: nothing

690427- Saeed Basim ( NO GPS) IMACS: nothing

Thank You,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

Jonathan Ryan Johnson

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Mon, 28 Jun 2021 20:31:20 +0000
**To:** "Nailah K. Byrd" <nbyrd@cuyahogacounty.us>, Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

---

No problem, I try to do the best I can to ensure that the public can walk away with resolution and if it takes a little more work from me so be it!!

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 4:28 PM
**To:** Robert Coury <rcoury@cuyahogacounty.us>; Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** RE: CR-660682-A

Krystal, again thank you for going above and beyond as this is an issue the jail/release desk should deal with and not us. But obviously, based on your communications, they were not helpful/responsive.

Again, thank you for providing stellar customer service!

---

**From:** Robert Coury <rcoury@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 4:26 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Subject:** RE: CR-660682-A

Understood and thanks!

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 4:25 PM
**To:** Robert Coury <rcoury@cuyahogacounty.us>; Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

Not sure what she meant by "address the issue" since it was stated to the individual not complaining and not I. She seemed satisfied that we contacted her back and that we were taking it seriously and that Leah was "addressing it". She was just very upset that it took her so many calls to the release desk to get someone to help her since they kept telling her that they could not do anything.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message
**Krystal L. Lawyer**

*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Robert Coury <rcoury@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 4:04 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Subject:** RE: CR-660682-A

Thanks Krystal. What did she mean by “address the issue”? Was she “satisfied” after she talked to Leah?

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 3:48 PM
**To:** Robert Coury <rcoury@cuyahogacounty.us>; Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

I spoke with the lady a little bit ago and she said that she spoke with Leah in the Sheriff's department who told her they would address the issues. Just an FYI.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message
**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Robert Coury <rcoury@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 3:15 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Subject:** RE: CR-660682-A

Thank you for the heads up!

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 1:39 PM
**To:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>; Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

Me too. Thanks.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 1:38 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** RE: CR-660682-A

Okay. Good. Glad they were eventually released.

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 1:33 PM
**To:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>; Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

He is released and he said they are aware of the Clerical error; I did not ask a specific question as to if they were correcting that on their end.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message
**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Sent:** Monday, June 28, 2021 1:30 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** Re: CR-660682-A

Thanks Krystal! Is the Sgt working to correct the issue?

Bob, FYI

Sent from my iPhone

> On Jun 28, 2021, at 1:29 PM, Krystal Lawyer < klawyer@cuyahogacounty.us> wrote:
>
> Hello Clerk Byrd,
> FYI
> We received a voicemail today from a woman who was upset that she had posted a bond for the defendant in the above-mentioned case on 6/21/21 and he was still in jail "5 days later". I called Stg. Jaenke and asked him if he knew what the holdup was on why this

person was not released. He stated that it was a clerical error/filing error. The clerk who was printing it from the queue that we sent it to did not pass it on to the release desk. We received an entry to remove GPS on 6/25/21 and sent to the appropriate queue when receiving the entry as well as when we posted the bond on 6/21. He is currently out and I called to speak with her, she did not answer so I left her a VM to contact me.
<image.png>

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message
**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Jennifer Heaston

**From:** "Russell C. Jaenke" <rjaenke@cuyahogacounty.us>
**Sent:** Mon, 24 Jan 2022 18:07:48 +0000
**To:** "Kevin K. O'Donnell" <kodonnell@cuyahogacounty.us>
**Subject:** Fw: Bonds posted - Common Pleas
**Attachments:**
· BONDS POSTED COMMON PLEAS JAN 2021.docx *(20 kb)*

---

Lt. Russell Jaenke
Cuyahoga County Corrections Center
1215 West Third St.
Cleveland, Oh 44113
Office: (216)443-6058
Cell: (216)630-9834

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Monday, January 24, 2022 12:59 PM
**To:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Subject:** Re: Bonds posted - Common Pleas

Let me know if you need anything changed.

Thanks,

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Sent:** Monday, January 24, 2022 7:57 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Subject:** Fw: Bonds posted - Common Pleas

Lt. Russell Jaenke
Cuyahoga County Corrections Center
1215 West Third St.
Cleveland, Oh 44113
Office: (216)443-6058
Cell: (216)630-9834

---

**From:** Ronda Gibson <rgibson01@cuyahogacounty.us>

**Sent:** Monday, January 24, 2022 7:32 AM
**To:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>; Kevin K. O'Donnell <kodonnell@cuyahogacounty.us>
**Cc:** Michelle Henry <mhenry01@cuyahogacounty.us>
**Subject:** FW: Bonds posted - Common Pleas

Now, we have the County Clerk also issuing a report. Please see Nailah's email which contains a list of inmates who the Clerks Office should have been released after bond was posted. I will need a report on this by the end of business tomorrow as to where a lapse might have occurred.

Thank you

***Ronda Gibson***
***Administrator of Corrections***
**Cuyahoga County Sheriff's Department**
1215 W. 3rd Street
Cleveland, OH 44113
Direct: 216-443-7266
rgibson01@cuyahogacounty.us

---

**From:** Nailah K. Byrd <nbyrd@cuyahogacounty.us>
**Sent:** Friday, January 21, 2022 11:35 PM
**To:** Ronda Gibson <rgibson01@cuyahogacounty.us>
**Cc:** Robert Coury <rcoury@cuyahogacounty.us>
**Subject:** Fwd: Bonds posted

Hi Ronda,

In an effort to continue to partner with the jail and offer out assistance, my staff "ran a report" to determine if there were cases where bonds were posted and received/ printed by the sheriff department but yet the arrestee remained in jail.

As you can see from the below email, my staff also checked IMAC to see if the folks listed had any holds, and it appears they do not.

However, perhaps my staff missed something or doesn't have access to certain screens. In an abundance of caution , perhaps you can have someone research the below to ensure there is not a delay and these individuals are not still in jail and should be released.

Thanks,

Nailah

Sent from my iPhone

Begin forwarded message:

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Date:** January 21, 2022 at 8:46:44 PM EST
**To:** "Nailah K. Byrd" <nbyrd@cuyahogacounty.us>
**Subject: Bonds posted**

Good evening,

Per our discussion I have listed below cases that we reviewed earlier today and at the time of review it showed bonds were posted and individuals had not yet been released. We were unable to locate in IMAC anything that stated there were holds. I am unsure if there are holds we do not have access to or anything hindering release in LEADS. I just wanted to bring this to your attention.

CR 666224 Colt Weinman posted 1/18 **there was revoked bond on another case** /possibly why
CR 666407 Denzel Martin posted 1/18
CR 666631 Jennifer Heaston posted 1/7
CR 666835 Bradford Monroe posted 1/20
CR 650876 Dauntell Dunlap posted 1/19
CR 663673 Lee Roy Foster posted 1/10

One from the list earlier today upon later review was released today:
CR 666814 Jamahl Henderson posted on 1/15

Have a good night and weekend. If you need anything from me or obtain answers please feel free to reach out.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested. Remove the add-in
Hide original message
**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

**Bonds Posted – Common Pleas January 2021**

**Colt Weinman**
7/13/21 – booked into CCJ for aggravated burglary capias case 650530.
7/15/21 – bond set at $50,000 with GPS condition.
9/2/21 – initial appearance held for County case 661968 assault charge. Bond set at $25,000.
12/16/21 - initial appearance held for County case 665842 assault charge. Bond set at $5,000.
12/22/21 - Bonds revoked in cases 650530/661968/665842.
1/18/22 – initial appearance held for case 666224 assault charge. $2,500 personal bond granted. Disposition entered into IMACS by "gallen". Remains in custody for revoked bonds.

**Denzel Martin**
12/21/21 - booked into CCJ for probation capias on cases 656614 and 655278.
1/14/22 – initial appearance on case 666407 failure to comply case. Bond set at $5,000.
1/20/22 - Bond posted for 666407. Remains in custody for GPS release condition on cases 656614 and 655278.
1/21/22 – GPS installed by Probation Department. Released from custody at 17:07.

**Jennifer Heaston**
1/5/22 - booked into CCJ on Bedford bindover case 666631. Bond set at $2,500.
1/7/22 – first appearance held in arraignment room. $2,500 PB granted. Clerk Sovenia Priest checked off on bonds list yet did not process. Clerical error and further investigation underway.
1/24/22 – Release processed by Clerk Sovenia Priest and release emailed to CHECKS at 10:59.

**Bradford Monroe**
1/7/22 - booked into CCJ for Cleveland bindover case 666785 and contempt of court 21CRB013218. Bond set at $1,500 for bindover case.
1/10/22 – PB issued for contempt of court case 21CRB013218.
1/20/22 - $1,500 PB issued at initial appearance for case 666835 and MHDD reintegration plan set as condition. Original bond continued at $1,500 for case 666785. Remains in custody for un-posted bond for 666785.

**Dauntell Dunlap**
12/12/21 – booked into CCJ for probation capias 625853 and felony capias 650876.
12/14/21 - bond set at $25,000 for case 650876.
1/14/22 - ordered released on case 625853 with GPS as release condition.
1/19/22 - bail posted for case 650876. Remains in custody for GPS installation.
1/21/22 – GPS installed by County Probation. Released from CCJ at 17:27.

**Lee Roy Foster**
9/28/21 – booked into CCJ for felony capias 663673.
9/30/21 – bond set at $50,000 with GPS condition.
1/10/22 – bond posted for case 663673. Remains in custody for GPS installation and has active warrants with Lake County and Shaker Heights.
1/11/22 – Borrowed by Lake County on their warrant
1/24/22 – back from Lake County borrow. Probation GPS Supervisor Latoya Jones notified. Currently working on installation.

**Jamahl Henderson**

1/8/22 – booked into CCJ for Euclid bindover case 666814 with $15,000 bond.
1/13/22 – initial appearance held. Bond set at $5,000.
1/15/22 – Surety bond posted for case 666814. Warrants found in LEADS by Karri Eckert for CPD and Richmond Hts. CPD warrants confirmed by clerk of courts and booked on contempt of court cases 19CRB009324 and 20TRD006095 by SHAMF.
1/19/22 – PB's issued for contempt of court cases. Richmond Heights warrant still good in LEADS.
1/20/22 – Booked on Richmond Heights case by SHBAB.
1/21/22 – Richmond Heights case satisfied and paperwork received. Willoughby Hills warrant found in LEADS. Release email sent to CHECKS by Sovenia Priest at 10:53 Turned over to Willoughby Hills PD at 11:47.

Desiree Dawkins

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Fri, 14 Apr 2023 20:00:53 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**CC:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: Bonds posted 4.13

---

Ok, thanks for the update.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Friday, April 14, 2023 3:58 PM
**To:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: Bonds posted 4.13

Hollins will be released on GPS today and Dawkins will be released today as well. Dawkins was overlooked last evening on our bond report.

thanks,

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Friday, April 14, 2023 3:52 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Bonds posted 4.13

Hello,
Any update on the below and when they will be released?

680146 AMERE RA HOLLINS

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Donald Russell

**From:** "Leah M. Palagyi"
**Sent:** Mon, 15 Aug 2022 15:02:23 +0000
**To:** Krystal Lawyer
**CC:** Betsy Molina
**Subject:** Re: bonds

---

We are working on Russell. His release was processed in records Friday however it doesn't look like it was forwarded onto the jail by mistake.

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Monday, August 15, 2022 10:32 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Re: bonds

Morning,
I see Valarie Gott is released. Any update on Donald Russell?

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

---

**From:** Krystal Lawyer
**Sent:** Saturday, August 13, 2022 12:08 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** bonds

Hello ma'am,
I just wanted to follow up on bonds from Friday, as of Saturday morning not released. If you could let me know Monday if they are released or if they are not due to an issue.

BO-5550JB  Donald Russell-no GPS nothing in IMAC
CR-659268-A  Valarie Gott- no GPS nothing in IMAC

*Much appreciated,*

Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Clarence Mitchell

**From:** "Leah M. Palagyi"
**Sent:** Thu, 11 Jul 2024 18:51:50 +0000
**To:** Nilza Badeas
**CC:** Charmane T. Townsell
**Subject:** Re: Bonds Posted 7/10/2024

---

Good afternoon,

His release has been processed today and he should be released shortly. I am not sure as to why he was not released yesterday, I believe it was overlooked on our list.

Thanks!

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thursday, July 11, 2024 2:49 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 7/10/2024

Good Afternoon,

Can we get an update on 693211- Clarence Mitchell?

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thursday, July 11, 2024 10:55 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Krystal Lawyer <klawyer@cuyahogacounty.us>; Paris Penman <ppenman@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 7/10/2024

Good Morning,

Please advise on the status of inmate's release.

693211- Clarence Mitchell (NO GPS)

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

Allen Wilson

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thu, 22 Aug 2024 16:02:52 +0000
**To:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>, "Charmane T. Townsell" <ctownsell@cuyahogacounty.us>
**CC:** Paris Penman <ppenman@cuyahogacounty.us>, Jacqueline Hayes <jhayes@cuyahogacounty.us>, Taylor Wiebusch <twiebusch@cuyahogacounty.us>, "Lisa A. Walton" <lijones@cuyahogacounty.us>, Sean Dwyer <sdwyer@cuyahogacounty.us>, Lauren Hairston <lhairston@cuyahogacounty.us>, Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** RE: RE: Bonds Posted 8/21/24

---

Thank you very much for the update.

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

---

**From:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Sent:** Thursday, August 22, 2024 11:59 AM
**To:** Nilza Badeas <nbadeas@cuyahogacounty.us>; Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Cc:** Paris Penman <ppenman@cuyahogacounty.us>; Jacqueline Hayes <jhayes@cuyahogacounty.us>; Taylor Wiebusch <twiebusch@cuyahogacounty.us>; Lisa A. Walton <lijones@cuyahogacounty.us>; Sean Dwyer <sdwyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** Re: RE: Bonds Posted 8/21/24

Wilson was released this morning at 9 am. I will have to ask the release desk as to why since it was processed on our end yesterday.

McBride was released to Sandusky County this morning.

Allen has an ICE detainer and Pennsylvania warrant

**Leah Palagyi**

*Administrative Support Supervisor - Criminal Records*

Cuyahoga County Sheriff's Department

1215 W. 3rd Street

Cleveland, OH 44113

216.443.7273

lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Thursday, August 22, 2024 9:29 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>; Charmane T. Townsell <ctownsell@cuyahogacounty.us>
**Cc:** Paris Penman <ppenman@cuyahogacounty.us>; Jacqueline Hayes <jhayes@cuyahogacounty.us>; Taylor Wiebusch <twiebusch@cuyahogacounty.us>; Lisa A. Walton <lijones@cuyahogacounty.us>; Sean Dwyer <sdwyer@cuyahogacounty.us>; Lauren Hairston <lhairston@cuyahogacounty.us>; Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** RE: Bonds Posted 8/21/24

Good Morning,

Please advise on the status of inmate's release.

CR-688764-A – ALLEN WILSON (No GPS)

CR-694619 – KENNETH MCBRIDE (No GPS)

CR-694636 – TERAN ALLEN (No GPS)

Thank you,

**Nilza Badeas**

Supervisor, Criminal Division

Office of Nailah K. Byrd

Cuyahoga County Clerk of Courts

216-443-8575

Ashaughnta Hedge

**From:** "Leah M. Palagyi"
**Sent:** Thu, 25 Aug 2022 14:07:59 +0000
**To:** Krystal Lawyer
**CC:** Betsy Molina
**Subject:** Re: CR-672716 Ashaughnta Hedge

---

they were awaiting GPS. They received the monitor yesterday however it was a paperwork issue between records and release desk. She will be released today

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Thursday, August 25, 2022 10:06 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** CR-672716 Ashaughnta Hedge

Hello,
Do you have an update on this person? Bond was posted 8.23.22 and not released.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Theodore Jackson

**From:** "Leah M. Palagyi" <lpalagyi@cuyahogacounty.us>
**Sent:** Thu, 08 Jul 2021 13:04:34 +0000
**To:** "Russell C. Jaenke" <rjaenke@cuyahogacounty.us>
**Subject:** Re: Theodore Jackson CR-21-659527-A (DOB 7/1/89)

---

He was on the arraignment list and we don't process those so I can see why Janiese didn't do it. I can start the release now.

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
lpalagyi@cuyahogacounty.us

---

**From:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Sent:** Thursday, July 8, 2021 8:59 AM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Subject:** Fw: Theodore Jackson CR-21-659527-A (DOB 7/1/89)

Lt. Russell Jaenke
Cuyahoga County Corrections Center
1215 West Third St.
Cleveland, Oh 44113
Office: (216)443-6058
Cell: (216)630-9834

---

**From:** Krystal Lawyer <klawyer@cuyahogacounty.us>
**Sent:** Thursday, July 8, 2021 8:58 AM
**To:** Russell C. Jaenke <rjaenke@cuyahogacounty.us>
**Cc:** Laura Black <lblack@cuyahogacounty.us>; Betsy Molina <bmolina@cuyahogacounty.us>
**Subject:** Theodore Jackson CR-21-659527-A (DOB 7/1/89)

Hello, I received a call this morning on the inmate listed above. She called the release desk and they told her that we did not send the bond down. When I called the release desk, it appears she was mistaken they stated that the records room has not put it in IMAC yet. This bond was posted and sent to the queues at 10 AM yesterday. I gave her the records number because, I called with no answer.

*Much appreciated,*
Due to General Data Protection Regulation (GDPR) restrictions, we can't open the add-in you requested.
Remove the add-in

**Krystal L. Lawyer**
*Criminal Division Manager*
*Office of Nailah K. Byrd*
*Cuyahoga County Clerk of Courts*
*216.443.5909*

Michael Senk

**From:** "Leah M. Palagyi"
**Sent:** Tue, 12 Sep 2023 17:21:55 +0000
**To:** Nilza Badeas
**CC:** Betsy Molina; Krystal Lawyer
**Subject:** Re: Bonds Posted

---

Good afternoon,

Michael Senk has been processed for release. There was a booking error which essentially had him booked on an additional case which was actually two cases combined into companion cases.

Teddy Payne still has a pending case (671719)

Thank you,

**Leah Palagyi**
*Administrative Support Supervisor - Criminal Records*
Cuyahoga County Sheriff's Department
1215 W. 3rd Street
Cleveland, OH 44113
216.443.7273
216.970.0983
lpalagyi@cuyahogacounty.us

---

**From:** Nilza Badeas <nbadeas@cuyahogacounty.us>
**Sent:** Tuesday, September 12, 2023 12:28 PM
**To:** Leah M. Palagyi <lpalagyi@cuyahogacounty.us>
**Cc:** Betsy Molina <bmolina@cuyahogacounty.us>; Krystal Lawyer <klawyer@cuyahogacounty.us>
**Subject:** RE: Bonds Posted

Good Morning,

Please advise on the status of inmate release.

CR-23-682791 Michael Senk (no GPS)

CR-23-684361 Teddy Payne (no GPS)

Thank you,

**Nilza Badeas**
Supervisor, Criminal Division
Office of Nailah K. Byrd
Cuyahoga County Clerk of Courts
216-443-8575

# EXHIBIT B

**Sample Common Pleas Queue Workflow History Production**

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| ELIZABETH M GLOVER | CR16610581-A | RELEASE | 1/5/2021 | Tuesday | 2:06 PM | 1/5/2021 | 2:26 PM | 0:20 |
| THOMAS A MOORE | CR16612276-A | RELEASE | 1/5/2021 | Tuesday | 4:15 PM | 1/5/2021 | 5:35 PM | 1:20 |
| THOMAS MOORE JR | CR18633747-A | RELEASE | 1/5/2021 | Tuesday | 4:15 PM | 1/5/2021 | 5:35 PM | 1:20 |
| ORLANDO ORR | CR20651733-A | BONDS | 1/6/2021 | Wednesday | 9:39 AM | 1/6/2021 | 10:41 AM | 1:02 |
| KIERRA ANDERSON | CR20649737-A | BONDS | 1/7/2021 | Thursday | 11:09 AM | 1/8/2021 | 3:24 PM | 28:15 |
| KIERRA ANDERSON | CR20650044-A | BONDS | 1/7/2021 | Thursday | 11:07 AM | 1/8/2021 | 3:16 PM | 28:09 |
| YAMIL ABU-MOHAMMED | CR19647211-A | BONDS | 1/7/2021 | Thursday | 1:56 PM | 1/7/2021 | 3:35 PM | 1:39 |
| CHRISTOPHER WHEELER | CR20648011-A | BONDS | 1/8/2021 | Friday | 9:33 AM | 1/8/2021 | 3:44 PM | 6:11 |
| DANIEL S ZUBY | CR16611177-A | RELEASE | 1/8/2021 | Friday | 3:05 PM | 1/8/2021 | 4:10 PM | 1:05 |
| KIERRA ANDERSON | CR21655738-A | BONDS | 1/8/2021 | Friday | 10:26 AM | 1/8/2021 | 3:42 PM | 5:16 |
| ALONZO L NORMAN | CR15596072-A | RELEASE | 1/11/2021 | Monday | 4:23 PM | 1/11/2021 | 4:42 PM | 0:19 |
| DAMON HANLEY | CR19641497-A | RELEASE | 1/11/2021 | Monday | 4:23 PM | 1/11/2021 | 4:43 PM | 0:20 |
| DAMON HANLEY | CR19641497-A | RELEASE | 1/11/2021 | Monday | 4:23 PM | 1/11/2021 | 4:42 PM | 0:19 |
| CHARMAINE REMBERT | CR20652214-A | BONDS | 1/13/2021 | Wednesday | 3:54 PM | 1/14/2021 | 5:20 PM | 25:26 |
| WILLIAM F COLLINS | CR20648203-A | RELEASE | 1/13/2021 | Wednesday | 7:23 AM | 1/13/2021 | 10:56 AM | 3:33 |
| BOBBY REMBERT | CR09519633-A | RELEASE | 1/14/2021 | Thursday | 1:24 PM | 1/14/2021 | 1:40 PM | 0:16 |
| WALLACE D WIGLEY | CR18628276-A | RELEASE | 1/14/2021 | Thursday | 2:21 PM | 1/14/2021 | 2:58 PM | 0:37 |
| WALLACE WIGLEY | CR17619352-A | RELEASE | 1/14/2021 | Thursday | 2:21 PM | 1/14/2021 | 2:56 PM | 0:35 |
| SHAMONTE R ALLEN | CR21655940-A | BONDS | 1/16/2021 | Saturday | 9:51 AM | 1/16/2021 | 10:45 AM | 0:54 |
| THOMAS AMATO | CR20654765-A | BONDS | 1/20/2021 | Wednesday | 9:16 AM | 1/20/2021 | 9:18 AM | 0:02 |
| PHILLIP STEWART | CR20651617-A | BONDS | 1/21/2021 | Thursday | 4:04 PM | 1/22/2021 | 2:00 PM | 21:56 |
| PHILLIP STEWART | CR20651617-A | RELEASE | 1/21/2021 | Thursday | 3:44 PM | 1/21/2021 | 4:30 PM | 0:46 |
| KENNY STEMPLE | CR15597161-A | RELEASE | 1/22/2021 | Friday | 9:41 AM | 1/22/2021 | 1:20 PM | 3:39 |
| JOHN FENNELL | CR19643904-A | RELEASE | 1/25/2021 | Monday | 4:24 PM | 1/25/2021 | 5:13 PM | 0:49 |
| SYDNEY YAHNER | CR21655661-B | BONDS | 1/25/2021 | Monday | 1:56 PM | 1/25/2021 | 2:01 PM | 0:05 |
| TIMOTHY ADAMOSKY | CR20652753-A | BONDS | 1/25/2021 | Monday | 1:57 PM | 1/25/2021 | 2:01 PM | 0:04 |
| DAPOLO J GREEN | CR17615503-A | RELEASE | 1/26/2021 | Tuesday | 2:11 PM | 1/26/2021 | 3:15 PM | 1:04 |
| RAY CROMWELL | CR20651189-A | RELEASE | 1/26/2021 | Tuesday | 9:15 AM | 1/26/2021 | 12:06 PM | 2:51 |
| GREGORY NELSON | CR19645677-A | RELEASE | 1/27/2021 | Wednesday | 10:10 AM | 1/27/2021 | 1:40 PM | 3:30 |
| GREGORY NELSON | CR18632061-A | RELEASE | 1/27/2021 | Wednesday | 10:11 AM | 1/27/2021 | 1:40 PM | 3:29 |
| PETER BENSON | CR19641315-A | RELEASE | 1/27/2021 | Wednesday | 12:33 PM | 1/27/2021 | 1:07 PM | 0:34 |
| ESEAN JACKSON | CR20655107-A | BONDS | 1/28/2021 | Thursday | 12:01 PM | 1/28/2021 | 12:33 PM | 0:32 |
| GEORGE ZELENKOV | CR20650678-A | RELEASE | 6/24/2021 | Thursday | 2:51 PM | 6/24/2021 | 4:12 PM | 1:21 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| WILLIAM BAILEY | CR20652557-A | RELEASE | 6/29/2021 | Tuesday | 10:40 AM | 6/29/2021 | 11:42 AM | 1:02 |
| ELLIOT ARMSTRONG II | CR19642521-A | RELEASE | 6/30/2021 | Wednesday | 3:02 PM | 6/30/2021 | 3:51 PM | 0:49 |
| ELLIOT J ARMSTRONG | CR20854877-A | RELEASE | 6/30/2021 | Wednesday | 3:02 PM | 6/30/2021 | 3:51 PM | 0:49 |
| COREY A COURTNEY | CR21655704-A | RELEASE | 7/1/2021 | Thursday | 1:13 PM | 7/1/2021 | 1:52 PM | 0:39 |
| COREY COURTNEY | CR20652516-A | RELEASE | 7/1/2021 | Thursday | 1:13 PM | 7/1/2021 | 1:52 PM | 0:39 |
| ROOSEVELT THOMAS | CR15600238-A | RELEASE | 7/1/2021 | Thursday | 4:02 PM | 7/1/2021 | 5:02 PM | 1:00 |
| DAVON JARBA | CR17616438-A | RELEASE | 7/2/2021 | Friday | 7:21 AM | 7/2/2021 | 10:36 AM | 3:15 |
| GERALD YORK | CR20650989-A | BONDS | 7/7/2021 | Wednesday | 2:59 PM | 7/7/2021 | 3:18 PM | 0:19 |
| JAMES MILLER | CR21657460-A | RELEASE | 7/7/2021 | Wednesday | 2:16 PM | 7/7/2021 | 3:18 PM | 1:02 |
| THOMAS AUSTIN | CR20649306-A | BONDS | 7/7/2021 | Wednesday | 10:29 AM | 7/7/2021 | 10:35 AM | 0:06 |
| KATIMA HERNANDEZ | CR19641410-A | RELEASE | 7/9/2021 | Friday | 7:22 AM | 7/9/2021 | 10:26 AM | 3:04 |
| MICHAEL KNEZEAK | CR21657335-A | RELEASE | 7/9/2021 | Friday | 8:18 AM | 7/9/2021 | 10:27 AM | 2:09 |
| CALANO OLIVER | CR19639385-A | RELEASE | 7/12/2021 | Monday | 3:06 PM | 7/12/2021 | 3:55 PM | 0:49 |
| PETER ANDERSON JR | CR21657981-B | BONDS | 7/13/2021 | Tuesday | 11:23 AM | 7/13/2021 | 11:26 AM | 0:03 |
| SADE M REID | CR16610671-C | RELEASE | 7/13/2021 | Tuesday | 3:24 PM | 7/13/2021 | 4:35 PM | 1:11 |
| JASON CRAIG | CR21659421-A | RELEASE | 7/14/2021 | Wednesday | 4:50 PM | 7/14/2021 | 4:52 PM | 0:02 |
| JASON CRAIG | CR18629622-A | RELEASE | 7/14/2021 | Wednesday | 4:50 PM | 7/14/2021 | 4:52 PM | 0:02 |
| KATELYN PETKAC | CR17616397-A | RELEASE | 7/14/2021 | Wednesday | 9:57 AM | 7/14/2021 | 4:07 PM | 6:10 |
| TERRENCE D AMIE | CR17624149-A | RELEASE | 7/15/2021 | Thursday | 1:03 PM | 7/15/2021 | 1:07 PM | 0:04 |
| ALEX B CHURN | CR16605178-B | RELEASE | 7/16/2021 | Friday | 10:51 AM | 7/16/2021 | 11:07 AM | 0:16 |
| JASON CRAIG | CR21659421-A | BONDS | 7/16/2021 | Friday | 10:33 AM | 7/16/2021 | 3:25 PM | 4:52 |
| ALEX CHURN | CR16605624-A | RELEASE | 7/19/2021 | Monday | 8:16 AM | 7/19/2021 | 10:01 AM | 1:45 |
| ALEX CHURN | CR18633389-A | RELEASE | 7/19/2021 | Monday | 8:16 AM | 7/19/2021 | 10:01 AM | 1:45 |
| MANUEL MCLEMORE | CR19645929-A | RELEASE | 7/19/2021 | Monday | 4:23 PM | 7/19/2021 | 5:44 PM | 1:21 |
| MEGAN BREWER | CR18634043-A | RELEASE | 7/19/2021 | Monday | 3:08 PM | 7/19/2021 | 4:36 PM | 1:28 |
| ANTHONY JOHNSON JR | CR18630150-A | RELEASE | 7/20/2021 | Tuesday | 2:14 PM | 7/20/2021 | 2:42 PM | 0:28 |
| LEZESKER YOUNG JR | CR21656260-A | RELEASE | 7/20/2021 | Tuesday | 2:44 PM | 7/20/2021 | 3:20 PM | 0:36 |
| RODNEY BELT | CR19636484-A | RELEASE | 7/23/2021 | Friday | 4:26 PM | 7/23/2021 | 5:38 PM | 1:12 |
| RODNEY BELT | CR19646291-A | RELEASE | 7/23/2021 | Friday | 4:27 PM | 7/23/2021 | 5:26 PM | 0:59 |
| THOMAS AUSTIN | CR20655046-A | BONDS | 7/23/2021 | Friday | 10:33 AM | 7/23/2021 | 12:47 PM | 2:14 |
| THOMAS AUSTIN | CR20651556-A | BONDS | 7/23/2021 | Friday | 10:37 AM | 7/23/2021 | 12:50 PM | 2:13 |
| ANTHONY BOWIE | CR21658323-A | BONDS | 7/26/2021 | Monday | 3:23 PM | 7/26/2021 | 3:26 PM | 0:03 |
| ERIC J APONTE-GONZALEZ | CR21660873-A | BONDS | 7/27/2021 | Tuesday | 9:10 AM | 7/27/2021 | 9:13 AM | 0:03 |
| TATIANNA AGEE | CR21661806-B | BONDS | 7/27/2021 | Tuesday | 1:54 PM | 7/27/2021 | 2:02 PM | 0:08 |
| CHENGQIANG YU | CR19643354-O | RELEASE | 7/30/2021 | Friday | 12:24 PM | 7/30/2021 | 12:43 PM | 0:19 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| EARNEST BROWN | CR20653549-A | RELEASE | 8/3/2021 | Tuesday | 4:22 PM | 8/3/2021 | 5:16 PM | 0:54 |
| EDWARD LAWSON | CR17623954-A | RELEASE | 8/3/2021 | Tuesday | 3:00 PM | 8/3/2021 | 3:31 PM | 0:31 |
| NICHOLAS D AQUINO | CR19636775-A | RELEASE | 8/3/2021 | Tuesday | 4:04 PM | 8/3/2021 | 4:31 PM | 0:27 |
| DEMETRIUS TOLBERT | CR21657884-A | RELEASE | 8/4/2021 | Wednesday | 4:32 PM | 8/4/2021 | 5:08 PM | 0:36 |
| JAMEL YORK | CR21657234-A | BONDS | 8/4/2021 | Wednesday | 9:56 AM | 8/4/2021 | 9:57 AM | 0:01 |
| ADOLPHUS PERKINS, IV | CR19646961-A | RELEASE | 8/5/2021 | Thursday | 3:43 PM | 8/5/2021 | 4:39 PM | 0:56 |
| MONEKE YOUNGER | CR21658598-B | BONDS | 8/5/2021 | Thursday | 1:40 PM | 8/5/2021 | 1:46 PM | 0:06 |
| NATHANIEL HART | CR18630225-A | RELEASE | 8/5/2021 | Thursday | 3:23 PM | 8/5/2021 | 4:39 PM | 1:16 |
| ALISHA AUGUSTIN | CR20647941-A | RELEASE | 8/6/2021 | Friday | 3:30 PM | 8/6/2021 | 3:49 PM | 0:19 |
| BRIDGETTA V ARMISTEAD | CR21662044-A | BONDS | 8/7/2021 | Saturday | 11:59 AM | 8/7/2021 | 12:06 PM | 0:07 |
| JAMES GREEN | CR19642702-A | RELEASE | 8/9/2021 | Monday | 4:15 PM | 8/9/2021 | 4:36 PM | 0:21 |
| ANTHONY YOUNG | CR21658941-A | BONDS | 8/10/2021 | Tuesday | 9:05 AM | 8/10/2021 | 9:26 AM | 0:21 |
| BREON YOUNG | CR21661656-A | BONDS | 8/10/2021 | Tuesday | 3:23 PM | 8/10/2021 | 3:31 PM | 0:08 |
| ANDRE TOMPKINS | CR19647066-A | RELEASE | 8/11/2021 | Wednesday | 11:40 PM | 8/12/2021 | 1:01 PM | 13:21 |
| CHRISTOPHER DUFFIN | CR18632019-A | RELEASE | 8/11/2021 | Wednesday | 5:21 PM | 8/12/2021 | 8:30 AM | 15:09 |
| ALONZA MCCALL | CR20654593-A | RELEASE | 8/12/2021 | Thursday | 3:52 PM | 8/12/2021 | 5:42 PM | 1:50 |
| LEZESKER YOUNG JR | CR21656260-A | RELEASE | 8/12/2021 | Thursday | 12:44 PM | 8/12/2021 | 1:01 PM | 0:17 |
| DEVANTE ANDERSON | CR21660933-A | BONDS | 8/16/2021 | Monday | 2:03 PM | 8/16/2021 | 2:09 PM | 0:06 |
| MISTER CAGE | CR20654544-A | RELEASE | 8/18/2021 | Wednesday | 1:47 PM | 8/18/2021 | 1:56 PM | 0:09 |
| CALVIN ALLEN | CR21662461-A | BONDS | 8/20/2021 | Friday | 3:47 PM | 8/20/2021 | 4:52 PM | 1:05 |
| JAMIE METZ | CR16603481-B | RELEASE | 8/24/2021 | Tuesday | 5:45 PM | 8/25/2021 | 10:33 AM | 16:48 |
| RONALD ALSTON JR | CR20654483-B | BONDS | 8/24/2021 | Tuesday | 9:44 AM | 8/24/2021 | 10:21 AM | 0:37 |
| STEVEN ROSS III | CR21662440-A | BONDS | 8/25/2021 | Wednesday | 3:49 PM | 8/26/2021 | 12:37 PM | 20:48 |
| MANDELL CALVIN | CR21662703-A | BONDS | 8/26/2021 | Thursday | 11:17 AM | 8/27/2021 | 6:44 PM | 31:27 |
| LISA KING | CR19644005-A | RELEASE | 8/31/2021 | Tuesday | 4:03 PM | 8/31/2021 | 4:45 PM | 0:42 |
| VON HUNTER | CR21655892-A | BONDS | 11/30/2021 | Tuesday | 12:15 PM | 11/30/2021 | 1:24 PM | 1:09 |
| MEGAN BREWER | CR18634043-A | RELEASE | 12/1/2021 | Wednesday | 4:26 PM | 12/1/2021 | 4:43 PM | 0:17 |
| VON EUGENE HUNTER | CR21662286-A | BONDS | 12/1/2021 | Wednesday | 2:41 PM | 12/1/2021 | 4:43 PM | 2:02 |
| CHRISTOPHER ALLEN | CR21664911-A | BONDS | 12/2/2021 | Thursday | 12:21 PM | 12/2/2021 | 2:52 PM | 2:31 |
| SALIL AZIM | CR20654855-A | RELEASE | 12/6/2021 | Monday | 4:57 PM | 12/6/2021 | 5:11 PM | 0:14 |
| ANTHONY T HOLDEN | CR19641292-A | RELEASE | 12/7/2021 | Tuesday | 8:56 AM | 12/7/2021 | 9:13 AM | 0:17 |
| CALVIN ARNOLD III | CR18634106-B | RELEASE | 12/7/2021 | Tuesday | 9:53 AM | 12/7/2021 | 11:24 AM | 1:31 |
| CALVIN ARNOLD JR | CR21663444-A | RELEASE | 12/7/2021 | Tuesday | 9:51 AM | 12/7/2021 | 11:24 AM | 1:33 |
| CALVIN ARNOLD JR | CR21660733-A | RELEASE | 12/7/2021 | Tuesday | 9:51 AM | 12/7/2021 | 11:24 AM | 1:33 |
| DONALD ADDIE JR | CR21665097-B | BONDS | 12/7/2021 | Tuesday | 9:28 AM | 12/7/2021 | 11:17 AM | 1:49 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| ELIAS A PAGAN | CR16609939-B | RELEASE | 12/7/2021 | Tuesday | 3:05 PM | 12/7/2021 | 4:35 PM | 1:30 |
| ELIAS PAGAN | CR20648747-A | RELEASE | 12/7/2021 | Tuesday | 3:05 PM | 12/7/2021 | 4:36 PM | 1:31 |
| ELIAS PAGAN | CR16611002-A | RELEASE | 12/7/2021 | Tuesday | 3:04 PM | 12/7/2021 | 4:35 PM | 1:31 |
| DAMONT BELL | CR21662089-A | BONDS | 12/8/2021 | Wednesday | 11:32 AM | 12/8/2021 | 12:19 PM | 0:47 |
| EVERETT CHAMBERS | CR21664178-A | RELEASE | 12/9/2021 | Thursday | 5:40 PM | 12/10/2021 | 10:13 AM | 16:33 |
| PAUL ADKINS | CR21664690-A | BONDS | 12/13/2021 | Monday | 9:48 AM | 12/13/2021 | 10:42 AM | 0:54 |
| DENNY RAILING | CR21659559-A | RELEASE | 12/15/2021 | Wednesday | 3:36 PM | 12/15/2021 | 4:48 PM | 1:12 |
| WEI ZHANG | CR21665259-A | BONDS | 12/15/2021 | Wednesday | 11:25 PM | 12/15/2021 | 11:29 PM | 0:04 |
| ANTWON REYNOLDS | CR15599265-A | RELEASE | 12/16/2021 | Thursday | 10:50 AM | 12/16/2021 | 11:39 AM | 0:49 |
| JASON T DOAN | CR21659538-A | RELEASE | 12/16/2021 | Thursday | 8:58 AM | 12/16/2021 | 11:39 AM | 2:41 |
| JEFFREY ALFORD JR | CR21658646-A | RELEASE | 12/21/2021 | Tuesday | 12:01 PM | 12/21/2021 | 1:13 PM | 1:12 |
| JEFFREY ALFORD JR | CR21658831-B | RELEASE | 12/21/2021 | Tuesday | 12:01 PM | 12/21/2021 | 1:13 PM | 1:12 |
| JEFFREY ALFORD JR | CR21658167-A | RELEASE | 12/21/2021 | Tuesday | 12:01 PM | 12/21/2021 | 1:13 PM | 1:12 |
| ELIZABETH A KEBEIKS WASCAK | CR19643183-A | RELEASE | 12/23/2021 | Thursday | 11:34 AM | 12/23/2021 | 11:46 AM | 0:12 |
| KA VON ADAMS | CR21665781-A | BONDS | 12/27/2021 | Monday | 10:32 AM | 12/27/2021 | 10:33 AM | 0:01 |
| MARK SALVATORE COZZA | CR15601071-A | RELEASE | 12/29/2021 | Wednesday | 5:11 PM | 12/30/2021 | 10:50 AM | 17:39 |
| DAMONE SNEAD | CR18631881-A | RELEASE | 1/31/2022 | Monday | 5:31 PM | 2/1/2022 | 8:31 AM | 15:00 |
| MALIKK ABRAMS | CR21665927-A | BONDS | 2/2/2022 | Wednesday | 9:14 AM | 2/2/2022 | 10:58 AM | 1:44 |
| RAIMONA SHELTON | CR20652646-A | RELEASE | 2/2/2022 | Wednesday | 2:51 PM | 2/2/2022 | 4:24 PM | 1:33 |
| ROMEZ SMALLEY | CR19644133-A | RELEASE | 2/8/2022 | Tuesday | 3:41 PM | 2/8/2022 | 4:15 PM | 0:34 |
| AARON C KIOUSIS | CR14589940-A | RELEASE | 2/10/2022 | Thursday | 10:52 AM | 2/10/2022 | 2:19 PM | 3:27 |
| LUTHER DUNLAP | CR18635056-A | RELEASE | 2/10/2022 | Thursday | 12:27 PM | 2/10/2022 | 12:47 PM | 0:20 |
| DARQUAN WINFIELD | CR21658499-A | RELEASE | 2/15/2022 | Tuesday | 4:04 PM | 2/15/2022 | 4:21 PM | 0:17 |
| FRANK BUKOVEC JR | CR20651980-A | RELEASE | 2/15/2022 | Tuesday | 4:03 PM | 2/15/2022 | 4:49 PM | 0:46 |
| TERRENCE JOHNSON | CR20653506-A | RELEASE | 2/15/2022 | Tuesday | 3:33 PM | 2/15/2022 | 4:37 PM | 1:04 |
| JOSE CINTRON | CR19637239-A | RELEASE | 2/17/2022 | Thursday | 3:11 PM | 2/17/2022 | 4:17 PM | 1:06 |
| MARVIN C ELDER | CR17618193-A | RELEASE | 2/17/2022 | Thursday | 5:11 PM | 2/18/2022 | 11:42 AM | 18:31 |
| MARVIN C ELDER | CR18627456-A | RELEASE | 2/17/2022 | Thursday | 5:10 PM | 2/18/2022 | 11:41 AM | 18:31 |
| SAMAR ADAMS | CR21665959-A | BONDS | 2/22/2022 | Tuesday | 10:11 AM | 2/22/2022 | 2:30 PM | 4:19 |
| DONALD GREEN JR | CR21664447-A | RELEASE | 2/24/2022 | Thursday | 3:00 PM | 2/24/2022 | 4:23 PM | 1:23 |
| JEFFREY LYBECK | CR22667953-B | BONDS | 2/24/2022 | Thursday | 11:29 AM | 2/24/2022 | 5:30 PM | 6:01 |
| JOSHUA CAIN | CR21664515-A | RELEASE | 2/24/2022 | Thursday | 10:40 AM | 2/24/2022 | 12:03 PM | 1:23 |
| RANAABU-HAMDEH | CR22667400-A | BONDS | 2/24/2022 | Thursday | 2:33 PM | 2/24/2022 | 2:41 PM | 0:08 |
| KRISTIAN JACKSON | CR19646783-A | RELEASE | 2/25/2022 | Friday | 12:19 PM | 2/25/2022 | 3:38 PM | 3:19 |
| IZA LOVE | CR21662202-A | RELEASE | 2/28/2022 | Monday | 2:19 PM | 2/28/2022 | 4:03 PM | 1:44 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| JAVON YOUNG | CR20652951-A | RELEASE | 2/28/2022 | Monday | 11:39 AM | 2/28/2022 | 11:57 AM | 0:18 |
| LUIS AMADO-RODRIQUEZ | CR22667241-A | BONDS | 2/28/2022 | Monday | 2:19 PM | 2/28/2022 | 2:28 PM | 0:09 |
| THAILI MARIE GILES | CR21666066-A | BONDS | 6/23/2022 | Thursday | 10:41 AM | 6/23/2022 | 2:32 PM | 3:51 |
| EDREW DONALDSON | CR21662543-A | RELEASE | 7/6/2022 | Wednesday | 1:10 PM | 7/6/2022 | 1:13 PM | 0:03 |
| FRESHON MAYS | CR21664890-A | RELEASE | 7/6/2022 | Wednesday | 3:09 PM | 7/6/2022 | 4:36 PM | 1:27 |
| FRESHON MAYS | CR22669350-A | RELEASE | 7/6/2022 | Wednesday | 3:10 PM | 7/6/2022 | 4:00 PM | 0:50 |
| JEREMIAH MANNS | CR19637316-A | RELEASE | 7/7/2022 | Thursday | 7:30 PM | 7/8/2022 | 11:00 AM | 15:30 |
| RAMONA ROBERTS | CR18632646-A | RELEASE | 7/7/2022 | Thursday | 4:57 PM | 7/7/2022 | 5:00 PM | 0:03 |
| WILLIAM COBB | CR20651533-A | RELEASE | 7/11/2022 | Monday | 3:08 PM | 7/11/2022 | 3:52 PM | 0:44 |
| WILLIAM COBB | CR20648768-A | RELEASE | 7/11/2022 | Monday | 3:08 PM | 7/11/2022 | 3:52 PM | 0:44 |
| DARRYL ASHLEY JR | CR22672150-A | BONDS | 7/12/2022 | Tuesday | 12:49 PM | 7/12/2022 | 1:05 PM | 0:16 |
| JUSTIN ALLEN | CR20651661-A | RELEASE | 7/12/2022 | Tuesday | 12:46 PM | 7/12/2022 | 5:13 PM | 4:27 |
| EDWARD J AVERY | CR10543021-A | RELEASE | 7/13/2022 | Wednesday | 4:04 PM | 7/13/2022 | 4:37 PM | 0:33 |
| EDWARD J AVERY | CR21666250-A | RELEASE | 7/13/2022 | Wednesday | 4:05 PM | 7/13/2022 | 4:33 PM | 0:28 |
| ROGER JONES | CR21659380-A | RELEASE | 7/13/2022 | Wednesday | 10:18 AM | 7/13/2022 | 11:13 AM | 0:55 |
| ROGER JONES | CR21658825-A | RELEASE | 7/13/2022 | Wednesday | 2:53 PM | 7/13/2022 | 3:14 PM | 0:21 |
| GOVANNI ARROYO | CR22672414-A | BONDS | 7/15/2022 | Friday | 1:41 PM | 7/15/2022 | 2:12 PM | 0:31 |
| WILLIAM SLATER | CR19636101-A | RELEASE | 7/15/2022 | Friday | 8:22 AM | 7/15/2022 | 10:37 AM | 2:15 |
| KYLEN ANDERSON | CR22671708-A | BONDS | 7/20/2022 | Wednesday | 9:07 AM | 7/20/2022 | 9:15 AM | 0:08 |
| LEON WILSON | CR19643553-A | RELEASE | 7/21/2022 | Thursday | 3:15 PM | 7/21/2022 | 3:35 PM | 0:20 |
| LEON WILSON | CR21661511-A | RELEASE | 7/21/2022 | Thursday | 3:14 PM | 7/21/2022 | 3:34 PM | 0:20 |
| RONALD GIANGIACOMO JR | CR22671236-A | BONDS | 7/21/2022 | Thursday | 11:10 AM | 7/24/2022 | 5:37 PM | 78:27 |
| TRACIE YOUNG | CR21659924-A | RELEASE | 7/21/2022 | Thursday | 3:41 PM | 7/21/2022 | 4:05 PM | 0:24 |
| JEFFERY RAY | CR19636534-A | RELEASE | 7/22/2022 | Friday | 11:41 AM | 7/22/2022 | 12:09 PM | 0:28 |
| JOHN ZAY | CR22670961-A | RELEASE | 7/22/2022 | Friday | 12:52 PM | 7/22/2022 | 2:41 PM | 1:49 |
| JOVAN ALVORD-NICOLINO | CR22671656-A | BONDS | 7/22/2022 | Friday | 10:17 AM | 7/22/2022 | 10:17 AM | 0:00 |
| MARLON WALKER | CR95320453-ZA | RELEASE | 7/22/2022 | Friday | 10:01 AM | 7/22/2022 | 11:14 AM | 1:13 |
| JASON P NEWMAN | CR18633073-A | RELEASE | 7/25/2022 | Monday | 3:13 PM | 7/25/2022 | 3:42 PM | 0:29 |
| CHENAE D PETTY | CR20652762-A | RELEASE | 7/26/2022 | Tuesday | 3:33 PM | 7/26/2022 | 3:50 PM | 0:17 |
| DIONTE N ESKRIDGE | CR21655946-A | RELEASE | 7/26/2022 | Tuesday | 5:05 PM | 7/27/2022 | 11:07 AM | 18:02 |
| RONALD GIANGIACOMO JR | CR22669980-A | BONDS | 7/26/2022 | Tuesday | 11:56 AM | 7/26/2022 | 12:11 PM | 0:15 |
| JOHN LIS II | CR22671149-A | RELEASE | 7/27/2022 | Wednesday | 10:50 AM | 7/27/2022 | 12:39 PM | 1:49 |
| DUEVELLE ANDERSON JR | CR22671953-A | BONDS | 7/28/2022 | Thursday | 1:57 PM | 7/28/2022 | 2:27 PM | 0:30 |
| KRISTINA THOMAS | CR19647288-A | RELEASE | 7/29/2022 | Friday | 2:49 PM | 7/29/2022 | 3:36 PM | 0:47 |
| RONALD S GIANGIACOMO | CR22672632-A | BONDS | 7/29/2022 | Friday | 9:49 AM | 7/29/2022 | 2:03 PM | 4:14 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| ISAAC ALLISON | CR22671845-B | RELEASE | 8/2/2022 | Tuesday | 12:14 PM | 8/2/2022 | 1:05 PM | 0:51 |
| ISAAC ALLISON | CR22666774-B | RELEASE | 8/2/2022 | Tuesday | 12:14 PM | 8/2/2022 | 12:50 PM | 0:36 |
| MARINO HARDY | CR22668699-A | RELEASE | 8/4/2022 | Thursday | 3:41 PM | 8/4/2022 | 4:54 PM | 1:13 |
| WILLIAM DAVIS | CR16612840-A | RELEASE | 8/9/2022 | Tuesday | 3:53 PM | 8/9/2022 | 4:19 PM | 0:26 |
| WILLIAM DAVIS | CR19645783-A | RELEASE | 8/9/2022 | Tuesday | 3:53 PM | 8/9/2022 | 4:19 PM | 0:26 |
| TE'ANDRE YOUNG | CR21657449-A | RELEASE | 8/10/2022 | Wednesday | 1:21 PM | 8/10/2022 | 2:10 PM | 0:49 |
| VINCENT GATTO | CR17622843-A | RELEASE | 8/11/2022 | Thursday | 11:42 AM | 8/11/2022 | 1:43 PM | 2:01 |
| ANGELA GORDEEV | CR19640488-A | RELEASE | 8/15/2022 | Monday | 11:44 AM | 8/15/2022 | 12:59 PM | 1:15 |
| JOSE ANAYA JR | CR22673293-A | BONDS | 8/15/2022 | Monday | 2:09 PM | 8/15/2022 | 2:13 PM | 0:04 |
| BILLY ALDRIDGE | CR22670923-A | RELEASE | 8/16/2022 | Tuesday | 12:40 PM | 8/16/2022 | 1:02 PM | 0:22 |
| JAISHON AUSTIN | CR22673318-A | BONDS | 8/16/2022 | Tuesday | 10:55 AM | 8/16/2022 | 11:17 AM | 0:22 |
| JASON ACHORD | CR22672280-A | BONDS | 8/16/2022 | Tuesday | 9:38 AM | 8/16/2022 | 9:40 AM | 0:02 |
| BARATUNDE HILL | CR22673381-A | BONDS | 8/17/2022 | Wednesday | 12:54 PM | 8/17/2022 | 1:05 PM | 0:11 |
| MONIQUE ALLEN | CR22671609-A | BONDS | 8/17/2022 | Wednesday | 12:37 PM | 8/17/2022 | 12:41 PM | 0:04 |
| DAVID BELCHER | CR21656525-A | RELEASE | 8/18/2022 | Thursday | 9:06 AM | 8/18/2022 | 11:42 AM | 2:36 |
| JEANIE CAROL AZZARDI | CR12567421-A | RELEASE | 8/18/2022 | Thursday | 11:20 AM | 8/18/2022 | 12:15 PM | 0:55 |
| MOHAMED JEBRAN | CR20648698-A | RELEASE | 8/18/2022 | Thursday | 12:38 PM | 8/18/2022 | 1:25 PM | 0:47 |
| MATTHEW ARTHUR | CR22672897-C | RELEASE | 8/19/2022 | Friday | 3:54 PM | 8/19/2022 | 4:35 PM | 0:41 |
| DARRELL ARMSTRONG | CR21659402-A | RELEASE | 8/22/2022 | Monday | 1:30 PM | 8/22/2022 | 2:36 PM | 1:06 |
| MARCO ANDALORO | CR22671847-A | BONDS | 8/22/2022 | Monday | 10:40 AM | 8/22/2022 | 10:59 AM | 0:19 |
| NADER ASSAD | CR21666337-A | BONDS | 8/22/2022 | Monday | 9:30 AM | 8/22/2022 | 9:32 AM | 0:02 |
| EDWARD ADAMS | CR22673751-A | BONDS | 8/25/2022 | Thursday | 4:06 PM | 8/25/2022 | 5:25 PM | 1:19 |
| SOLOMON YOUNG | CR22672775-A | BONDS | 8/29/2022 | Monday | 9:41 AM | 8/29/2022 | 9:57 AM | 0:16 |
| ANTHONY K BROOKS | CR17613132-A | RELEASE | 8/30/2022 | Tuesday | 2:46 PM | 8/30/2022 | 4:00 PM | 1:14 |
| ANTHONY BROOKS | CR19640831-A | RELEASE | 8/31/2022 | Wednesday | 2:01 PM | 8/31/2022 | 2:59 PM | 0:58 |
| RAYSHAWN HINTON | CR18634785-A | RELEASE | 8/31/2022 | Wednesday | 2:00 PM | 8/31/2022 | 3:04 PM | 1:04 |
| RAYSHAWN L HINTON | CR21657702-A | RELEASE | 8/31/2022 | Wednesday | 2:00 PM | 8/31/2022 | 3:03 PM | 1:03 |
| JOSEPH GORAK | CR22674386-A | BONDS | 11/30/2022 | Wednesday | 12:36 PM | 11/30/2022 | 1:39 PM | 1:03 |
| VINCENT BALOGH | CR22672445-A | RELEASE | 11/30/2022 | Wednesday | 3:04 PM | 11/30/2022 | 3:07 PM | 0:03 |
| AJEREMIAH BAKER | CR22676370-A | BONDS | 12/1/2022 | Thursday | 11:10 AM | 12/4/2022 | 7:08 AM | 67:58 |
| CORNELL TAYLOR | CR20654181-A | RELEASE | 12/1/2022 | Thursday | 6:10 PM | 12/2/2022 | 10:39 AM | 16:29 |
| MARK C HORVATH | CR17620689-A | RELEASE | 12/1/2022 | Thursday | 3:44 PM | 12/1/2022 | 4:56 PM | 1:12 |
| JASON HOLBERT | CR19645913-A | RELEASE | 12/14/2022 | Wednesday | 2:22 PM | 12/14/2022 | 3:43 PM | 1:21 |
| DEONTA MCBRYDE | CR22674846-A | BONDS | 12/5/2022 | Monday | 5:39 PM | 12/5/2022 | 5:44 PM | 0:05 |
| JA'RELL BURNS | CR22674081-A | RELEASE | 12/6/2022 | Tuesday | 1:00 PM | 12/6/2022 | 2:05 PM | 1:05 |

| Detainee Name | Case Number | Queue | Date Submitted | Day Submitted | Time Submitted | Date Pulled | Time Pulled | Time Lapsed |
|---|---|---|---|---|---|---|---|---|
| SHAREE ACOFF | CR22674139-A | RELEASE | 12/6/2022 | Tuesday | 2:52 PM | 12/6/2022 | 3:38 PM | 0:46 |
| JA'RELL BURNS | CR18633606-A | RELEASE | 12/7/2022 | Wednesday | 12:18 PM | 12/7/2022 | 12:59 PM | 0:41 |
| MALIK A AZIZ | CR22672003-A | BONDS | 12/7/2022 | Wednesday | 12:07 PM | 12/7/2022 | 3:25 PM | 3:18 |
| DAVID GALLEGOS | CR18626293-A | RELEASE | 12/8/2022 | Thursday | 3:25 PM | 12/8/2022 | 4:30 PM | 1:05 |
| BREON YOUNG | CR22676785-A | BONDS | 12/9/2022 | Friday | 3:34 PM | 12/9/2022 | 5:32 PM | 1:58 |
| AMANDA ADCOCK | CR22673699-A | BONDS | 12/12/2022 | Monday | 11:24 AM | 12/12/2022 | 12:28 PM | 1:04 |
| ARTHUR BETHEL JR | CR22670270-B | RELEASE | 12/13/2022 | Tuesday | 3:03 PM | 12/13/2022 | 4:10 PM | 1:07 |
| JU'VEIL BETHEL | CR22670270-B | RELEASE | 12/13/2022 | Tuesday | 3:04 PM | 12/13/2022 | 4:10 PM | 1:06 |
| JASON HOLBERT | CR21663969-A | RELEASE | 12/14/2022 | Wednesday | 2:19 PM | 12/14/2022 | 3:43 PM | 1:24 |
| SAMUEL DEAN | CR22676828-A | BONDS | 12/16/2022 | Friday | 7:15 PM | 12/17/2022 | 12:16 PM | 17:01 |
| AMANDA RICKARD | CR16607066-A | RELEASE | 12/18/2022 | Sunday | 10:54 AM | 12/19/2022 | 9:31 AM | 22:37 |
| CHARLES CULVER | CR20651436-A | RELEASE | 12/19/2022 | Monday | 4:18 PM | 12/19/2022 | 4:38 PM | 0:20 |
| CHARLES WILSON | CR22668309-A | RELEASE | 12/19/2022 | Monday | 2:55 PM | 12/19/2022 | 4:19 PM | 1:24 |
| ISAIAH ARROYO | CR22675309-A | RELEASE | 12/20/2022 | Tuesday | 12:03 PM | 12/20/2022 | 12:07 PM | 0:04 |
| BRIAN ALLIE | CR22676448-A | BONDS | 12/21/2022 | Wednesday | 10:16 AM | 12/21/2022 | 11:36 AM | 1:20 |
| DELILAH ALVAREZ | CR22676505-C | BONDS | 12/21/2022 | Wednesday | 12:03 PM | 12/21/2022 | 12:32 PM | 0:29 |
| OLLIE WRIGHT JR | CR20653219-A | RELEASE | 12/22/2022 | Thursday | 5:42 PM | 12/23/2022 | 8:47 AM | 15:05 |
| DEMARCO HENDERSON | CR21662304-A | RELEASE | 12/23/2022 | Friday | 10:51 AM | 12/23/2022 | 11:22 AM | 0:31 |
| DEMARCO HENDERSON | CR21662096-A | RELEASE | 12/23/2022 | Friday | 10:52 AM | 12/23/2022 | 11:22 AM | 0:30 |
| AUSTIN KLIMKOWSKI | CR22676917-A | BONDS | 12/24/2022 | Saturday | 3:15 PM | 12/25/2022 | 2:53 PM | 23:38 |
| TYNATHAN DIGGS | CR22677174-B | BONDS | 12/24/2022 | Saturday | 11:36 AM | 12/25/2022 | 2:55 PM | 27:19 |
| DONNIE ALLEN | CR22676489-A | BONDS | 12/28/2022 | Wednesday | 11:52 AM | 12/28/2022 | 2:29 PM | 2:37 |
| DONNIE ALLEN | CR22675405-A | BONDS | 12/28/2022 | Wednesday | 11:53 AM | 12/28/2022 | 2:30 PM | 2:37 |
| REGINALD HAYMON | CR23687534-A | BONDS | 12/11/2023 | Monday | 9:06 AM | 12/11/2023 | 9:12 AM | 0:06 |

# EXHIBIT C

# Cleveland Detainees Released No Formal Charges (RNFC)

**Cleveland Detainees Released No Formal Charges (RNFC)**

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| **Jailer Did Not Process RNFC** | | | |
| TAYLOR, ALYSSAH GRACE | 01/10/21 | 2 | RNFC NOT PROCESSED BY FRIDAY JAILER |
| TAYLOR, DALE* | 01/24/21 | 1 | RNFC NOT PROCESSED BY SATURDAY JAILER |
| SIMS, SHERRIE L | 02/15/21 | 4 | records received RNFC 2/15 |
| BRUCE, REGINALD L | 02/18/21 | 1 | records received RNFC on 2/18/didn't locate in email |
| KING JR, GLENN | 02/25/21 | 1 | RNFC received in records 2/25 |
| MANGUM, LAKISA | 02/25/21 | 1 | records received RNFC 2/25/ not RNFC'd on last LERMS printout yet |
| SMITH, JEWEL B | 02/25/21 | 1 | records received RNFC 2/25 |
| WALKER, JERMAINE LADALE | 02/26/21 | 2 | records received RNFC 2/26 |
| JACKSON, TERRANCE A | 02/28/21 | 4 | RNFC after hours |
| CARROLL, JASON H | 5/2/2021 | 1 | Carroll was released no formal charges by Cleveland Detectives on 5/1/21. Weekend Jailor entered disposition at 8:38 AM on 5/2/21 (Sunday) and Carroll was released from custody by 10:37 AM. |
| BERNES, SCOTT DANIEL | 5/4/2021 | 2 | Bernes was released no formal charges by Cleveland Detectives on 5/2/21 (Sunday.) Weekend Jailor/Correction Officers should have processed release. Bernes release was not processed until Tuesday, 5/4/21 when Sheriff Records Clerks were made aware that Bernes was still in custody. |
| GARRISON, RAMSES RASHAD | 6/4/2021 | 1 | 6/2/21 – RNFC in LERMS on DV charge. Disposition not entered into IMACS by jailor. (Wednesday) |
| MCDANIEL, TERESA | 7/18/2021 | 1 | 7/17/21 – Green RNFC filled out by detective Miller at 12:01 (Saturday) LERMS updated to RNFC status.<br>7/18/21 – RNFC disposition entered into IMACS by jailor Gerald Keil at 8:26. |
| LUSTER, NIKKIA NICOLE | 8/1/2021 | 1 | 7/31/21 – RNFC on fresh DV, not entered by weekend jailor.<br>8/1/21 – RNFC disposition entered into IMACS by weekend jail staff at 1:07 (SHTAB.) |
| BARTLEY, LINDA R* | 8/8/2021 | 1 | On Saturday 8/7 Bartley was RNFC'd by detectives at 2:31 pm. Bartley was then processed out of County Jail by weekend jail staff at 4:45 pm on Sunday 8/8/21. (weekend) |
| WAKEMAN, ALEXSANDRA* | 8/9/2021 | 2 | Wakeman was RNFC'd by CPD detectives on 8/7/21 but was not released until Monday 8/9/21 at 8:36 am. (weekend) |
| TAKACS, MAXWELL* | 8/22/2021 | 1 | Takacs was RNFC'd by Cleveland detectives on 8/21/21 however paperwork was not processed until 8/22/21 and Takacs was released from custody at 3:13 pm. (weekend) |
| PRIGGINS, JESSICA M | 8/23/2021 | 2 | Priggins was RNFC'd by Cleveland detectives in LERMS on 8/21/21 however Records Clerks did not receive RNFC paperwork until 8/23/21. |
| PONOMARENKO JR, VICTOR* | 8/27/2021 | 2 | Ponomarenko was then RNFC'd by Cleveland detectives in LERMS on 8/25/21 however, Records did not receive paperwork or become aware of status until 8/27/21 (paperwork time stamped at 9:59 am) |
| WIMBERLY, TAYLOR LENEICE | 9/7/2021 | 13 | Wimberly was booked into Cuyahoga County Jail on 8/23/21 for fresh CCW, and three contempt of court cases with CPD. On 8/25, Records received personal bonds for the three contempt of court cases, however had no disposition for the felony CCW. It was not until 9/7 that jailor position then entered in RNFC disposition into IMACS system. Wimberly was then released from custody on 9/7/21 once local warrants were cleared. [According to the Cleveland Overdetention Report, the RNFC was entered into LERMS on 8/24] |
| CARTER, RUSSELL K | 9/10/2021 | 1 | 9/9/21 – green RNFC filled out by detective Bellanca at 8:55. [According to the Cleveland Overdetention Report, an RNFC was entered into LERMS on 9/9]<br>9/10/21 - LERMS printout by jailor Anisha Franklin at 10:28 and emailed to SHCMC at 10:34. |
| TAYLOR, CHRISTOPHER K | 10/21/2021 | 5 | 10/20/21 – RNFC in LERMS for marijuana and open container.<br>10/21/21 – Records made aware of RNFC in LERMS and processes release. Taylor released from CCJ at 17:13 |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| BRAGG, DIANE MAE | 11/18/2021 | 1 | 11/17/21 – RNFC printed out of LERMS by jailor Ricky Taylor at 16:39<br>11/17/21 – RNFC not located in SHCMC email for records staff. Was not sent by jailor Taylor for records to initiate release process.<br>*JAIL |
| PAYNE, IMANI | 11/18/2021 | 1 | 11/17/21 – RNFC entered into LERMS. Nothing sent to SHCMC by jailor Ricky Taylor to alert Records<br>*JAIL |
| RODRIGUEZ-SANTIANGO, FRANCISCO | 1/2/2022 | 1 | 1/1/22 – Green RNFC filled out by detective Horvath at 16:30 (Saturday) [According to the Cleveland Overdetention Report, an RNFC was entered into LERMS on 1/1]<br>1/2/22 – LERMS report printed by jailor Keil at 9:42. Disposition entered into IMACS at 10:56. Rodriguez-Santiago released from custody by jail staff at 13:56. (Sunday)<br>*JAIL- RICKY TAYLOR |
| THORNTON, ANGELA | 1/13/2022 | 1 | 1/12/22 - RNFC per LERMS. (Wednesday) not processed by jailor (Taylor)<br>*jailor |
| HAYNES, DARMARIO OMAR* | 2/4/2022 | 1 | 2/3/22 – Green RNFC filled out by Detective Hannon at 22:30. Jailor Beverly Witt on sick call log. *snow day<br>DEPARTMENT OF ISSUE: JAIL |
| FREEMANKNOWLES SR, DAMON L | 2/6/2022 | 2 | RNFC on DV per LERMS report. (no green attached to file) Release not initiated by jailor Ricky Taylor.<br>DEPARTMENT OF ISSUE: JAIL |
| ROBINSON, DEVIN T | 2/19/2022 | 1 | RNFC NOT PROCESSED BY (FRIDAY) JAILER. (CCCC)<br>DEPARTMENT OF ISSUE: JAIL |
| FLEMISTER, JAZIANNA SIERRA | 2/19/2022 | 1 | 2 JAILERS ON SICK CALL LIST. PROCESSED FOLLOWING DAY (CCCC)<br>DEPARTMENT OF ISSUE: JAIL |
| BRANTLEY, SHIMIRA GYNETTE* | 2/22/2022 | 1 | RNFC NOT PROCESSED BY JAILER KEIL. (CCCC)<br>DEPARTMENT OF ISSUE: JAIL |
| HOWARD, PARIS R | 5/11/2022 | 1 | 5/10/22 (Tuesday) – RNFC off both domestic violence and VSDL in LERMS.<br>Release not processed. |
| SIMS, DWAYNE L | 6/25/2022 | 1 | 6/24/22 (Friday) – RNFC in LERMS for domestic violence.<br>Not processed by jail. |
| ROBINSON, BRANDEN | 6/27/2022 | 1 | CCCC takeaway: Sunday jailor did not process the RNFC out of LERMS. |
| KEYES, EBONI T | 7/13/2022 | 1 | 7/12/22 (Tuesday) – RNFC aggravated menacing<br>Not processed by jailor |
| JORDAN, BRIANA | 7/13/2022 | 1 | 7/12/22 (Tuesday) – RNFC off fresh felonious assault<br>Not processed by jailor |
| PRATT III, TOMMIE L | 7/31/2022 | 1 | CCCC takeaway: Saturday jailor did not process release from LERMS. |
| WOODS, TYRONE | 8/2/2022 | 2 | NO SATURDAY JAILER SCHEDULED (CCCC) |
| HAYNES, WILLIAM A | 8/11/2022 | 1 | NOT PROCESSED BY JAILER UNTIL 8/11/22 NO JAILER FOR 8/10/22 (CCCC) |
| COCKWELL, JESSICA LASHEREL* | 8/12/2022 | 1 | NO JAILER SCHEDULED. PROCESSED IN RECORDS FOLLOWING DAY (CCCC) |
| TURNER, KELLUM DEJUAN* | 8/12/2022 | 1 | NO JAILER SCHEDULED. PROCESSED IN RECORDS FOLLOWING DAY (CCCC) |
| BUSH, ANDREW CHRISTIAN* | 8/25/2022 | 1 | NOT PROCESSED BY JAILER WILLIAMS UNTIL 8/25/22 (CCCC) |
| JOHNSON, PRECIOUS DEE | 9/17/2022 | 1 | 9/16/22 (Friday) – RNFC both felonious assault and domestic violence charges.<br>9/17/22 (Saturday) – RNFC disposition entered in IMACS by Corporal Chapman at 10:16 AM |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| WILSON, JASMINE E | 10/16/2022 | 1 | 10/15/22 (Saturday) – RNFC fresh robber in LERMS<br>Not released from custody<br>CCCC takeaway: further investigation of jail roster for Saturday, October 15.<br>Department of issue: JAIL |
| JORDAN, WILLIAM Q | 10/16/2022 | 1 | 10/15/22 (Saturday) – RNFC aggravated murder warrant.<br>Release not processed by Saturday jailor.<br>Department of issue: JAIL |
| WASHINGTON, JAMES EUGENE* | 12/16/2022 | 1 | 12/15/22 (Thursday) – RNFC fresh domestic violence in LERMS at 11:59 AM per Lisa's report<br>Not processed by jailor<br>Department of issue: JAIL |
| ROBINSON, ALEEYA BRIANA* | 12/22/2022 | 1 | 12/21/22 (Wednesday) – RNFC in LERMS at 7:42 PM per Lisa's report.<br>12/22/22 (Thursday) – RNFC paperwork sent to SHCMC by jailor Franklin at 3:27 PM.<br>Release processed by Records<br>Released from custody at 7:51 PM.<br>CCCC takeaway: further investigation as to staffing for 12/21.<br>Department of issue: JAIL |
| THOMAS, LATOYA A | 12/31/2022 | 1 | 12/30/22 (Friday) – RNFC fresh domestic violence in LERMS 11:04 AM per Lisa's report<br>Not processed by jailor<br>Department of issue: JAIL |
| SHAW, BRIAN CHRISTOPHER | | 1 | 12/3/22 (Saturday) – RNFC fresh felonious assault in LERMS<br>Not processed by Saturday jailor<br>Department of issue: JAIL |
| **Release Not Completed After RNFC Initially Processed** | | | |
| TAYLOR, CHAUN'CEY CHARISE | 01/14/21 | 1 | GREEN RNFC RECEIVED IN RECORDS 1/13/21. NOT PROCESSED UNTIL 1/14/21 BY RECORDS SHEILA SATAVA (NO LONGER EMPLOYED.) DIFFERENT NAMES ON DOCUMENTS |
| HAZLEY, KEVIN L | 01/31/21 | 2 | RNFC DISPOSITION ENTERED IN IMACS BY JAILER FRANKLIN. NOT RELEASED BY JAIL |
| JOHNSON, EDWARD W | 7/5/2021 | 3 | 7/2/21 – RNFC not noted in IMACS until 20:38 by SHJH2. Release not initiated by jail weekend staff. (Friday) |
| WILLIAMS, JASON S | 7/6/2021 | 2 | 7/4/21 - RNFC disposition entered into IMACS by officer Kboll at 14:32. Release not processed by weekend jail staff. (holiday) |
| SPARKS, OKIE | 7/16/2021 | 1 | 7/15/21 - Green RNFC filled out by detective Biggers at 14:00. RNFC received by Records 14:33. Release emailed to CHECKS by Rita Fabian at 17:27<br>7/16/21 - Sparks released from CCJ at 12:56 |
| RANDALL, DAVID N | 7/25/2021 | 2 | 7/23/21 – RNFC disposition entered into IMACS by SHJH2 AT 21:12. (Friday evening) Release not processed by weekend jail staff. |
| JONELA, KAYLA M | 8/31/2021 | 1 | Jail staff processed RNFC paperwork on 8/30/2021 at 20:35 and Jonela was released from custody on 8/31/21 at 7:03 pm. |
| JEFFERSON JR, RONALD | 9/15/2021 | 1 | 9/14/21 – RNFC emailed to SHCMC email by jailor Kevin Boll at 12:37. Records does not process release for reason unknown. Amanda Brewer had left early same day at 12:15. |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| SIMMS JR, BRIAN | 11/5/2022 | 1 | 11/4/22 (Friday) – personal bond issued for 22TRD15943. Disposition entered into IMACS by Clerk Amanda Brewer at 3:08 PM.<br>RNFC fresh drug abuse. Disposition entered by jailor Anisha Franklin at 4:20 PM.<br>Not released.<br>CCCC takeaway: there was an existing DNA hold in the IMACS hold field which potentially held the individual in custody. Otherwise, miscommunication between Records and jailor due to timing of RNFC/bond.<br>Department of issue: RECORDS/JAIL |
| MINOR, NYOKA SANDRAETA | 12/17/2022 | 2 | 12/16/22 (Friday) – RNFC disposition entered into IMACS for domestic violence by jailor Anisha Franklin.<br>Paperwork sent to SHCMC by Franklin at 7:40 AM.<br>Minor not released by jail.<br>CCCC takeaway: Jailor sent all proper paperwork to SHCMC email group. Records would not have processed it do to the email being before 8:30 AM. Possible miscommunication between jail staff?<br>Department of issue: JAIL |
| **Disposition Changed In LERMS/CCSD Did Not Process Physical RNFC (Green Slip)** | | | |
| REEVES, OLYMPIA | 6/12/2021 | 17 | 5/25/21 - records receives RNFC out of LERMS for Aggravated Menacing however at 15:14, Aggravated Burglary still reads “Charged Felony.”<br>5/26/21 Reeves is RNFC now on Aggravated Burglary charge however Criminal Records did not receive email in SHCMC from jailor.<br>6/12/21 – “SHKXA” enters RNFC disposition in IMACS for the aggravated burglary at 12:58. Reeves is then released by jail staff at 20:09. (Saturday) |
| EVANS, ZIARY | 10/4/2021 | 1 | 10/3/21 – LERMS printed out by jailor Gerald Keil at 11:07 states “charged misdemeanor”<br>10/3/21 - Green RNFC filled out by detective Stiegelmeyer at 12:40. Not picked up from charging unit by jailor to initiate release. (Sunday) |
| BLAND, KYLE | 10/7/2021 | 3 | 10/4/21 - LERMS printout by jailor states RNFC on assault and charged felony on theft but conflicting green RNFC is filled out. Charge field is blank on form.<br>10/7/21 - Updated LERMS printout by Records states RNFC on both theft and assault. Released from CCJ on 20:03 |
| STEWART, DESHAUN T | 10/18/2021 | 1 | 10/17/21 – LERMS report printed by jailor Gerald Keil at 10:13 reads “charged misdemeanor” Green RNFC filled out by detective Stiegelmeyer at 10:20 (Sunday) Jailor did not pick up Green RNFC from charging unit to begin release. |
| CRIDER, ROLAND | 10/25/2021 | 1 | 10/24/21 – green RNFC filled out by detectives reading felonious assault only.<br>10/25/21 - LERMS printout printed by Records at 10:06 only reads RNFC on DV, felonious assault field blank.<br>10/25/21 – LERMS printout at 10:57 now reads both DV and felonious assault RNFC. Released from CCJ at 20:37 |
| BRYANT, D'ANGELO JAROD | 11/3/2021 | 3 | 10/31/21 – LERMS printout by jailor Gerald Keil at 10:06 reads “charged felony” Green RNFC filled out by detective Stiegelmeyer at 10:25. Jailor did not check LERMS additional time to see RNFC nor was Green RNFC picked up from charging unit by jailor. (Sunday) |
| DURHAM, MORRIS J | 11/2/2021 | 1 | 11/1/21 – LERMS printout printed by jailor Gerald Keil reads “charged felony” at 11:43. Green RNFC filled out by detective Taylor at 12:00 charge field left blank.<br>11/2/21 – LERMS now changed to RNFC and printed out by jail officer Inge, disposition entered into IMACS at 6:39 by Gerald Keil. Durham released from CCJ at 11:48 by jail.<br>*JAIL DIDN’T PROCESS GREEN/LERMS READ “CHARGED” |
| DIXON, DAVID ANDRE | 11/8/2021 | 1 | 11/7/21 – green RNFC received by Records weekend clerk time stamped 15:42 (Sunday – no release clerks) LERMS printout by jailor Gerald Keil still reads “charged misdemeanor” at 10:22<br>*JAIL DIDN’T PROCESS OFF GREEN |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| JOHNSON, MARIO E | 2/17/2022 | 2 | LERMS DISPOSITION CHANGED FROM "CHARGED FELONY" TO "RELEASED". NO NOTIFICATON TO JAIL (CLEVELAND)<br>DEPARTMENT OF ISSUE: DETECTIVES |
| LEACH JR, ROBERT C | 2/19/2022 | 1 | LERMS DISPOSITION NOT CHANGED IN LERMS DESPITE GREEN RNFC RECEIVED. DETECTIVE DID NOT CHANGE UNTIL 2/19/22 (CLEVELAND)<br>2/18/22 – Green RNFC filled out by Detective Berry at 14:00.<br>DEPARTMENT OF ISSUE: DETECTIVES |
| JOHNSON, CRYSTAL | 2/25/2022 | 4 | LERMS DISPOSITION CHANGED FROM "CHARGED MISDEMEANOR" TO "RELEASED". NO NOTIFICATION TO JAIL (CLEVELAND)<br>2/21/22 – LERMS printout by jailor Keil reads "charged misdemeanor" at 9:25 and given court date. Charge status then later changed by detective to RNFC.<br>DEPARTMENT OF ISSUE: DETECTIVES |
| RIGGINS, DEVONTE | 5/19/2022 | 1 | 5/17/22 (Tuesday) – LERMS printout by jailor Gerald Keil states defendant is CHARGED on felony improperly handling firearms in vehicle.<br>[According to the Clevand Overdetention Report, RNFC was changed on 5/17 or Green Slip was completed]<br>5/19/22 (Thursday) – handling firearms in motor vehicle is now changed to RNFC in LERMS after detectives had entered into database he was charged.<br>Riggins is released by jail staff at 1:45 AM.<br>CCCC takeaway: Detectives should not enter disposition into LERMS as charged unless they are completely sure the defendant is going to be charged. When they make changes AFTER our jailor notes they are charged, they need to notify our department. |
| WAGNER, ALEXANDRA LEE | 11/8/2022 | 1 | [CLeveland Overdetention Report states that Green Slip was delivered to CCSD on 11/7]<br>11/8/22 (Tuesday) – RNFC in LERMS. Paperwork sent to Records by jailor Boll at 11:40 AM.<br>Release processed by Clerk Amanda Brewer.<br>Released from custody at 6:55 PM.<br>CCCC takeaway: Lisa's report states the defendant was RNFC on 11/7 despite LERMS not saying RNFC until 11/8. Records will not act off just the green paperwork.<br>Department of issue: DETECTIVES |
| **Others** | | | |
| JACKSON, JAZMINE | 12/14/2021 | 1 | 12/13/21 – green RNFC filled out by detective Young at 11:31. Clerk fax sheet not received in email until 17:40 by Clerk of Courts Gary Ellis Samuels.<br>12/14/21 – disposition entered into IMACS by Rebecca Moore at 9:28. Jackson released by jail staff at 10:59.<br>*CLERK OF COURTS |
| DUFF, TYRICA RUTH SAUNTARI | 5/2/2022 | 2 | 4/28/22 (Thursday) – RNFC off menacing. Remains in custody for criminal trespassing.<br>4/29/22 (Friday) – seen in 3D for criminal trespassing case 22 CRB 3147.<br>Personal bond issued.<br>Release process initiated.<br>Duff refuses to leave custody |

# Cleveland Detainees Who Had Release Paperwork (Bond And Release Orders) Sent To SHCMC

**Cleveland Detainees Who Had Release Paperwork (Bond And Release Orders) Sent To SHCMC**

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| **Release Paperwork Not Located In SHCMC** | | | |
| CARABALLO, ROBERT | 01/06/21 | 2 | BOND NOT RECEIVED FROM CLERK OF COURT UNTIL 1/6/21 AT 14:38 (SENT BY LYNETTE CARR) |
| DUNBAR, RAHEEN B | 01/17/21 | 5 | HOLD W/O BOND FOR CASE 2017CRB001453 12/30/20. HOLD W/O BOND 1/5/21 CONT TO 1/12/21. PB NOT RECEIVED UNTIL 1/17 BY CLERK OF COURT |
| GREEN, GARY W | 01/25/21 | 2 | NOLLE INDICT PAPERWORK NOT RECEIVED IN RECORDS UNTIL 1/25/21 BY CLERK OF COURT AT 10:28 AM (SENT BY JAMES MARSHALL) |
| CRAWFORD, DESHAWN D | 02/13/21 | 1 | bond not sent to SHCMC until Saturday morning 2/13 |
| ARMSTRONG, PRECIOUS | 02/23/21 | 4 | records cannot locate PB in SHCMC. |
| TOWNSEND, OSHAI | 6/12/2021 | 1 | 6/11/21- posts bail on at 11:30 PM, however the bonds do not get delivered to the SHCMC email<br>6/12/21 – bonds are sent to SHCMC for cases 19CRB005705/5368 at at 22:04 by Jemia Sworski in the clerk of courts. Townsend is then released by jail staff on 6/12/21 at 20:43. (Saturday) |
| TUYISHIME, EMMANUEL | 6/21/2021 | 4 | bail is posted at 17:02 (Friday) however the bond is not sent to the SHCMC email by the clerk of courts. |
| HURSE, TE'VAUGHN JALEN | 6/25/2021 | 3 | 6/22/21 - the charges were dismissed in 3D however Criminal Records did not received the paperwork in the email group that day. |
| NORMAN, JAMIL | 7/20/2021 | 1 | 7/19/21 – PB issued by Judge Cassidy. Not sent to SHCMC email by courts for records to process. |
| LENIX, MICHAEL | 7/23/2021 | 1 | 7/22/21 – case nolled in court with Judge McCall, JE not located in SHCMC email. Not sent by courts. |
| BIKAUSKAS, BRITENY A | 9/15/2021 | 1 | 9/14/21 – PB issued by Judge Patton. Not located in SHCMC email. Not sent by Clerk of Courts. |
| GAMBRELL, LEE E | 9/20/2021 | 3 | 9/20/21 – corrected mittimus paperwork received from Kabinda Robinson in clerk of courts at 16:39 in SHCMC. Original bond was reinstated on case 21CRB006247 [Cleveland Overdetention Report states that it was issued on 9/14] |
| WILLIAMS, KEITH | 9/29/2021 | 1 | 9/28/21 - $1,500 bond set by 3D Judge Cassidy. Bail posted at 12:59. Cannot locate in SHCMC from Clerk of Courts. |
| LICCARDI, HUNTER | 10/15/2021 | 9 | 10/6/21 - RNFC RSP and drug paraphernalia. PB issued for DUS and plates cannot be located in SHCMC email. |
| BOOKER, SHAWN A | | 1 | Booker was seen in 3D Cleveland Muni Court on 6/2/21 however, Sheriff Records did not received release paperwork until the following day 6/3/21 for Contempt of Court case # 2011 CRB 034066. |
| WILLIAMS, CHRISTOPHER | 11/30/2021 | 3 | 11/27/21 – 2 PB's issued for cases 18TRD016454 and 18CRB008688 and $1,000 bond set for 18TRC017216 by Judge Hudak. Bail posted for 18TRC017216 but cannot locate in SHCMC email. Not sent by clerk of courts for jail staff to process. |
| KLOTZSCHE, ERIK KEITH | 12/7/2021 | 6 | 12/1/21 – Case nolled in court. Email not located in SHCMC from court for records to process.<br>12/7/21 – Records is made aware of nolle. Release emailed to CHECKS by Rebecca Moore at 12:39 and Klotzsche is released from CCJ at 17:16<br>*CLEVELAND DID NOT EMAIL PAPERWORK FROM VIDEO COURT |
| COLON, JUSTIN | 1/4/2022 | 19 | 12/16/21 – PB issued per courtview docket, however PB not located in SHCMC email from clerk of court.<br>1/4/22 – PB received by Records. Release emailed to CHECKS by Amanda Brewer at 16:41. Released from custody at 19:50.<br>*CLEVELAND-CHRIS NOSS |
| HARRIS, CHARON D | 2/23/2022 | 1 | COURT PAPERWORK NOT SUBMITTED TO RECORDS BY BAILIFFS DEPARTMENT CHRIS NOSS (CLEVELAND)<br>DEPARTMENT OF ISSUE: BAILIFF'S DEPARTMENT |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| CLARK, HOWARD | 3/7/2022 | 4 | CCCC Findings: corrected journal entry removed GPS requirement was not received from clerk of courts or video room until 3/7/22. The inmate was seen in video court, and the paperwork should have been emailed to SHCMC that day. |
| BENNETT, BERNARD J | 3/11/2022 | 1 | CCCC findings: clerk of court did not send bond paperwork to County records for release. |
| HUTCHINS III, BLAND F | 3/17/2022 | 1 | CCCC Findings: the clerk of courts did not follow procedure and failed to email the bond to county records/jail . Records would have no reason to inquire on this matter unless a phone call from family member/friend/etc is made. |
| UMSTOTT, TINA | 5/21/2022 | 1 | CCCC takeaway: clerk of court did not submit the bond to the SHCMC email group for the jail to process Friday evening. |
| FOSTER JR, LEWIS G | 5/25/2022 | 1 | Release is not processed for Foster due to Sheriff Records not receiving the paperwork from video court liaison Chris Noss. CCCC takeaways: Cleveland did not send the paperwork until the day after his court appearance. Lisa’s emails are helpful to stay on top of situations however at the point of which her email was sent, the inmate was already held an extra day too late. |
| WILLIAMS, TERRELL D | 7/1/2022 | 1 | 6/30/22 (Thursday) - $25,000 bail set in courtroom 3D case 22 CRA 005381<br>NOTE: bail was posted at 1:51 PM and was not submitted by clerk of court to SHCMC email for Records to process<br>CCCC takeaway: Williams was not released on 6/30/22 due to the clerk of court not submitted the bond to Sheriff Records in SHCMC. It wasn’t until the following day the bond was located. |
| VELEZ, LUIS | 7/14/2022 | 7 | 7/7/22 (Thursday) - $5,000 bail set courtroom 3D.<br>NOTE: Lisa’s report states Velez posts bail<br>7/14/22 (Thursday) – bond posted and sent to SHCMC email. Bond is dated 7/14, not 7/7.<br>Velez released at 7:19 PM.<br>CCCC takeaway: it is being investigated on when the bond was actually posted. The public access website states the bond was posted on 7/7, yet the bond sent to SHCMC email was dated 7/14. |
| MITCHELL, ROBERT | 8/9/2022 | 5 | PAPERWORK NOT SENT TO RECORDS BY CLERKS OFFICE UNTIL 8/9 (CLEVELAND) |
| EADS, CHERYL | 8/17/2022 | 1 | PAPERWORK NOT SENT TO RECORDS BY CLERKS OFFICE UNTIL 8/17 (CLEVELAND) |
| ASIA, LOUIS ARMANDO | 9/13/2022 | 5 | JOURNAL ENTRY NOT SUBMITTED TO RECORDS FROM BAILIFF'S DEPARTMENT (CLEVELAND) |
| CRENSHAW, CEDRICK D | 10/5/2022 | 1 | CCCC takeaway: Lisa’s report states the personal bond was issued on 10/4 however, was not submitted by Clerk of Court to Records until 10/5. The bond is also dated 10/5.<br>Department of issue: CLERK OF COURT |
| THOMPSON, FRANK JOSEPH | 10/13/2022 | 1 | 10/12/22 (Wednesday) – personal bond issued for case 22CRB6305 by Judge Moore.<br>Paperwork not sent by Bailiff’s Department.<br>CCCC takeaway: Lisa’s report states she is aware the Bailiff’s Department did not send the paperwork until 10/13/22<br>Department of issue: COURTS |
| BURRIS, REGINALD S | 10/28/2022 | 1 | CCCC takeaway: the bond was not located in the SHCMC email group until the following day of bail being posted.<br>Department of issue: CLERK OF COURT |
| CAMPBELL, JOSHUA P | 11/23/2022 | 1 | 11/22/22 (Tuesday) – Bail posted at 1:53 PM.Bond not sent by Clerk of Court to SHCMC to be processed.<br>CCCC takeaway: Lisa was aware the Clerk of Court did not send over the bond to SHCMC until the following day.<br>Department of issue: CLERK OF COURT |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| SAMILTON, CHARON | 12/1/2022 | 1 | 11/30/22 – seen in courtroom 3D. Personal bond issued for case 2022CRB10055 with GPS condition.<br>Journal entry for case 2019TRD29336 not in attachments from 3D Liaisons.<br>GPS installed per Court Liaison Rodolfo Figueroa.<br>oRemains in custody for 2019TRD29336.<br>12/1/22 – Clerk Brewer receives paperwork for case 2019TRD29336. Released from custody at 4:38 PM.<br>CCCC takeaway: the proper paperwork was not submitted to Records in order for the individual to be released. Perhaps it could have been a scanner error where the paperwork was skipped. |
| SCOTT, DAVID L | 12/9/2022 | 2 | 12/7/22 (Wednesday) – video appearance held with Judge Charles Patton<br>2022CRB6142 – Personal bond issued<br>Paperwork for personal bond not submitted to Records by Bailiff's Department<br>Remains in custody<br>12/9/22 (Friday) – email submitted by Lisa to Leah inquiring why Scott was in custody. Leah advises Lisa we only received one journal entry for Scott for case 2013TRD27253. Leah reaches out to Bailiff's Department and all proper paperwork is now submitted for release process by Bailiff Jason Beyer. |
| **CCSD Did Not Process Release Paperwork** | | | |
| SIMMONS, BRETT A | 11/1/2021 | 2 | 10/30/21 – RNFC domestic violence in LERMS. Remains in custody for contempt of court cases<br>10/31/21 – PB's issued and emailed to SHCMC email 2:38<br>11/1/21 – Records made aware of PB's and initiate release. Simmons is released from CCJ at 20:11 |
| CRAWFORD JR, SAMMIE L | 02/08/21 | 3 | PB emailed to SHCMC 1150 PM friday. Records processed Monday morning 2/8 |
| JAOUHARI, HILAL ADEL | 7/22/2021 | 7 | 7/19/21 – PB's for 19TRD033403 and 20TRD017057 emailed to SHCMC by clerk of courts Allen Humphrey at 1:06 am. Release not processed by night shift jail staff.<br>7/22/21 – Records made aware of PB's. Release is emailed to CHECKS by Rita Fabian at 12:38. Jaouhari is released from CCJ 17:32. |
| WOODS, TIERRA LASHAY | 8/8/2021 | 2 | Woods was RNFC'd by CPD on 8/6/21 but remained in custody for contempt of court. Personal bond for contempt of court was sent to SHCMC email on 8/7/21 at 3:46 am.Woods was then released from custody on 8/8/21 at 12:18 pm. (weekend) |
| GRACE, CHELSEA | 11/16/2021 | 3 | 11/13/21 – PB's for DUI and open container sent to SHCMC email at 11:11 by clerk of courts Casey Cieplowski, but no disposition entered by jail.<br>*JAIL DIDN'T PROCESS BOND (SATURDAY) |
| MOYE, KELLY S | 11/18/2021 | 1 | 11/17/21 – PB's issued for 9 of the cases, $250 bail posted for case 20CRB006848. Sent to SHCMC email by clerk of courts Wanda Penamon at 8:07, not processed by jail staff. Jail monitors SHCMC email until Records takes over at 8:30.<br>*JAIL |
| THOMAS, LISA | 11/29/2021 | 2 | 11/27/21 – PB issued in 3D (Saturday) however journal entry is marked faintly. Cannot locate journalized PB in SHCMC from clerk of courts. Mittimus on continuance generated and filled out with "personal bond" (error)<br>*JAIL (SATURDAY) |
| MARKS, DASHAWN | 12/7/2021 | 3 | 12/4/21 – PB issued in 3C (Saturday.) Bond emailed to SHCMC at 13:08 by Faceta Sutton in clerk of courts. Release not processed by jailor.<br>*JAIL- RICKY TAYLOR |
| SMITH, ROBERT L | 12/10/2021 | 1 | 12/9/21 – bail posted for felony drug trafficking and PB issued for contempt of court. Emailed to SHCMC by clerk of courts Faceta Sutton at 20:04. Dispositions entered into IMACS for bonds by "GSBrooks" but release is not processed by jail staff. (Thursday evening.)<br>*JAIL-GUYNISHA BROOKS |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| HARRIS JR, ROBERT LAZAAR | 01/14/21 | 1 | RELEASE PACKET SENT TO JAIL BY RECORDS. NOT RELEASED BY JAIL (UNKNOWN) |
| WRIGHT, CHAISE | 01/19/21 | 2 | PB DISPOSITION ENTERED BY JEANETTA CRUSOE 1/17/21 IN IMACS. NOT RELEASED BY JAIL (UNKNOWN) |
| OWENS, ARTHUR J | 01/27/21 | 1 | RELEASE PACKET SENT TO JAIL BY RECORDS. NOT RELEASED BY JAIL (UNKNOWN) |
| WILLIAMS, JEROME | 9/23/2022 | 1 | 9/22/22 (Thursday) – seen in 3D Muni Court.<br>All 3 contempt of court cases dismissed.<br>Release not processed by Clerk Amanda Brewer despite email being sent to SHCMC. |
| EUTSEY, CUYAHOGA I | 9/29/2022 | 1 | CCCC Takeaway: Clerk Moore did not process the release despite the paperwork being emailed to SHCMC email group. It is difficult to pinpoint how the error occurred whether the paperwork was simply overlooked in the email, or it was printed and overlooked on her desk |
| KILLINGSWORTH, BRANDON | 11/19/2022 | 1 | 11/18/22 (Friday) – personal bond issued in courtroom 3D. Personal bond journal entry sent to Records by Court Liaison Monique Perry at 11:36 AM.<br>Personal bond mitt sent by Clerk of Court at 2:36 PM.<br>Release not processed by Records Clerk<br>CCCC takeaway: All proper paperwork was submitted to Records in order for Killingsworth to be released. |
| *DAY, ADAM E* | 2/11/2022 | 1 | 2/10/22 – booked into CCJ for fresh DUI. PB sent by clerk of courts to SHCMC at 22:25. Disposition entered into IMACS by Officer Thomas Banker at 22:36. Release never processed by Jail.<br>DEPARTMENT OF ISSUE: JAIL |
| NIX, BOBBY J | 5/8/2022 | 1 | CCCC takeaways: the jail/jailor did not process the bond on Saturday. |
| MARTIN, JERRY | 6/8/2022 | 1 | 6/7/22 (Tuesday) Bond sent to SHCMC by clerk of court at 6:19 PM<br>Not released by jail.<br>CCCC takeaway: jail did not process release after cut off time of 5 PM |
| ORTIZ, RUBEN | 8/19/2022 | 3 | BONDS SUBMITTED BEFORE RECORDS SHIFT AT 7:54 AM. NOT PROCESSED BY JAILER BOLL (CCCC) |
| BROWN, TAMEKA | 10/17/2022 | 3 | 10/14/22 (Friday) – booked into CCJ for fresh weapons while intoxicated and DUI.<br>RNFC fresh weapons while intoxicated<br>Personal bond issued on DUI case 2022TRC14766.<br>Personal bond sent by Clerk of Court at 5:46 PM.<br>Release is not processed by jailor T. Williams.<br>Department of issue: JAIL |
| LEON, ROBERTO ANTONIO | 11/5/2022 | 1 | 11/4/22 (Friday) – Personal bond for 22TRD15944 sent by Clerk of Court to SHCMC at 2:54 PM.<br>RNFC fresh drug abuse charge. Notated in IMACS by jailor Anisha Franklin at 4:21 PM.<br>Not released from custody.<br>CCCC takeaway: all proper paperwork was submitted by the Clerk of Court in order to release defendant. Possible miscommunication between Records and jailor due to timing of RNFC/bond.<br>Department of issue: RECORDS/JAIL |
| **CCSD Did Not Know Whether Paperwork Entitled Detainee To Release** | | | |
| BENNETT, CHRISTINE MICHELLE | 5/26/2021 | 13 | Sheriff Records received personal bonds from Cleveland Municipal Court for 14 of her 15cases however, did not receive anything for remaining case # 2020 CRB 008413. On 5/26/21, Sheriff Clerks were notified by Lisa Scafidi that she should not still be in custody. |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| FIELDS JR, DANNY | 6/28/2021 | 2 | 6/28/21 – New paperwork received by clerk of courts Facetta Sutton at 15:52.It appears Criminal Records received contradictory documents on 6/25/21 regarding case 20CRB002312.<br>The journal entry is checked personal bond, however the journalized mittimus from the Clerk's Office reads a $7,500 cash/surety bond. Release is sent to CHECKS by Clerk Rita Fabian at 18:01. |
| IDOM, TEAIRRA | 7/22/2021 | 1 | 7/21/21 – "NO BOND" received in 3D court. Conflicting PB received as well by Judge Earley for same case.<br>7/22/21 – release processed for PB and release is emailed to CHECKS by Rita Fabian at 17:00. |
| HOWARD, MICHAEL | 8/5/2021 | 1 | Sheriff Records received bubble sheets from court on 8/4/21, however it was not correctly marked in order to release him. Records then received corrected copies of paperwork marked personal bond on 8/5/21 and Howard was released at 9:38 pm |
| JOHNSON, DANA LAVON | 8/6/2021 | 2 | 8/4/21 – journal entry received from Judge McCall courtroom stating "no contact with victim 39 days held" not indicating release.<br>8/6/21 – corrected JE received marked personal bond. Release emailed to CHECKS by Rita Fabian at 11:31. Johnson released from CCJ at 17:25 |
| FRYE, BILLY | 12/8/2021 | 2 | 12/6/21 – 19CRB021731/21CRB010273/21CRB000501 cases nolled, journal entry for 21CRB012519 unclear [i]f release or sentence.<br>12/8/21 – Additional journal entry provided by courtroom stating defendant is to be released from custody. Release is emailed to CHECKS by Rebecca Moore at 13:21. Frye is released from custody at 19:52.<br>*CLEVELAND |
| HATTEN, SHAWN | 1/4/2022 | 1 | 1/3/22 – PB issued by Judge Cassidy, held for GPS hold as it was previously a bond condition.<br>1/4/22 – GPS hold removed, verified by Marc Knipper with Probation that it was no longer a condition of release. Release emailed to CHECKS by Amanda Brewer at 16:49. Hatten released from CCJ at 19:52.<br>*PROBATION/RECORDS-REBECCA MOORE |
| ADAMS, D'ANDRE LAMAR | 3/2/2022 | 2 | CCCC findings: All charges listed were not accounted for under personal bond. Bond only listed one charge which left 4 remaining charges. The records department was left to reach out to the Clerk of Courts to edit bond and insure all 5 charges were listed. Cleveland detective also had "failure to control"and "failure to stop" as charged felonies which also caused confusion |
| MADISON, DA MONE D | 4/4/2022 | 4 | CCCC takeaways: Cleveland sent two separate documents which were completely conflicting. The first document received at 10:42 AM indicates Madison was to be released on a personal bond. The second document received at 12:59 PM indicates Madison was to remain in custody upon posting a $7,500 bond. Records policy and procedure for all releases is to act off the latest document received by courtroom/clerk of court. |
| WATKINS, ANDREW THOMAS | 7/19/2022 | 5 | CCCC takeaway: the original journal entry was NOT marked personal bond. Due to the individual having a previous $5,000 bail set, there would be no reason to assume Watkins needed to be released. It would have just been assumed the $5,000 bond stayed until future court date of 8/4/22. |
| ELMORE, CARDALE LOVELL | 7/27/2022 | 1 | CCCC takeaway: Charmane had doubts regarding what was written on the journal entry and reached out to the Court Administrator for insight. Whenever Records is unsure of a release document, the release is paused until verification. |
| SMITH, ENDIA MARIE | 10/19/2022 | 1 | 10/18/22 (Tuesday) – seen in courtroom 3D.<br>personal bond issued for felony 22CRA8826<br>Additional case 22TRC14967 OVI is added to IMACS booking screen by Court Liaison Monique Perry. No disposition entered but unmarked journal entry is received for case from 3D.<br>Department of issue: CLERK OF COURT/3D JUDGE |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| GALINDEZ, HERIBERTO | 10/21/2022 | 1 | 10/20/22 (Thursday) – video appearance with Judge Turner McCall. Given 7 days credit and community control continued for 18 months.<br>Release not processed by Clerk Michelle Fogler in Records (possible confusion with journal entry language)<br>CCCC takeaway: Records policy is to not act on release unless 100% positive of status however, the Records Clerk should have inquired the day of paperwork being received.<br>Department of issue: RECORDS |
| **CCSD Booking Error Caused Overdetention** | | | |
| SHANNON, DENZEL A | 01/11/21 | 1 | CCW/OPEN CONTAINER BOOKED SEPARATE CASES IN ERROR BY KEVIN BOLL WHEN SHOULD HAVE BEEN COMBINED |
| NOVAK, BRYAN | 8/10/2021 | 4 | Sheriff Records received personal bond for the Weapons While Intox. Charge on 8/6/21 but was held in error due to charges unknowingly should have been booked under one case. Once mistake was corrected in IMACS, Novak was released from custody on 8/10/21 at 4:09 pm |
| CONWAY, GABREILLE | 12/2/2022 | 2 | 11/30/22 (Wednesday) – personal bond issued in courtroom 13C Judge Torres-Lugo.<br>Not released due to case 2017CRB18719 having been added in error to IMACS booking screen.<br>CCCC takeaway: the case was added in error as a clerical mistake.<br>Department of issue: LIAISONS |
| **Others** | | | |
| WADE, ROBERT L | 12/7/2021 | 21 | 11/17/21 – Paperwork received from 13A that all cases are nolled yet email received from Zaire Morrison with pretrial services stating Wade was a "confirmed Probation hookup for GPS."<br>12/7/21 – per phone conversation between Amanda Brewer and Ronald Hampton with pretrial services, GPS was no longer needed. Release emailed to CHECKS by Amanda Brewer at 16:32. Wade released at 19:45.<br>*CLEVELAND PROBATION-ZAIRE MORRISON |
| GRIMES, ANTHONY | 7/22/2021 | 1 | 7/20/21 – journal entries received stating "100 fine, 180 days CCJ, 152 suspended" No credit given or specified on journal entry, interpreted as County Jail sanction.<br>7/22/21 - corrected journal entries received stating defendant is ordered released on both cases.<br>Release is emailed to CHECKS by Clerk Rita Fabian at 15:43. Grimes is released from CCJ at 20:25 |

# Cleveland Detainees Held On Non-Jailable Minor Misdemeanors

**Cleveland Detainees Held On Non-Jailable Minor Misdemeanors**

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| **Clerk Check Indicates Charge Is Minor Misdemeanor** | | | |
| MAPP, CHRISTINA | 7/20/2021 | 1 | 7/18//21 – booked into CCJ for fresh DV and contempt of court case 21CRB004379. (Sunday) Clerk fax sheet states M/M eligible for PB.<br>7/20/21 – SHR plea form sent to SHCMC by clerk of courts Allen Humphrey. |
| BAILEY, TRYONE | 12/13/2021 | 2 | 12/11/21 – RNFC disposition entered into IMACS at 22:07 for aggravated menacing. No initials appear.<br>Remains in custody for contempt of court cases despite being minor misdemeanors. Field left blank under "eligible for personal bond" |
| HORNSBY, NINA JAVONNA | 12/17/2021 | 3 | 12/14/21 – RNFC off DV, disposition entered into IMACS by GHK at 13:12. Plea to mitigate form should have been sent to release of minor misdemeanor cases. Clerk check indicated defendant was eligible for personal bonds.<br>*JAIL- GERALD KEIL |
| WEAKLEY JR, JOHN A | 2/17/2022 | 1 | 2/16/22 – booked into CCJ for fresh DV and contempt of court case 16CRB013703, clerk check states case is minor misdemeanor but not eligible for PB. RNFC for fresh DV entered into IMACS by officer Keil at 16:02.<br>2/17/22 – seen in 3D for case 16CRB013703 and case nolled. Release processed by Clerk Rebecca Mooreand Weakley released from custody at 18:09.<br>DEPARTMENT OF ISSUE: CLERK OF COURT |
| SNOWDEN, MICHAEL A | 3/7/2022 | 1 | CCCC takeaways: Lisa states this should have been a minor misdemeanor plea form once RNFC'd off the fresh arrest. Cleveland suggests our jailor is to contact the clerk of court for personal bond however inmate had court date in LERMS for 3D on 3/7. The process would be easier if the clerk of court sent the personal bond to SHCMC along with the clerk check OR, don't write the minor misdemeanor on the clerkcheck at all if the case itself is not an arrestable offense. This case is what held the inmate the additional day |
| EANES, ERIS ANTANAE | 3/28/2022 | 1 | CCCC findings: Cleveland clerk check is marked "minor misdemeanor-yes" but the clerk of courts did not send the personal bond along with the clerk check. In prior discussion with Court Administrator Mike Negray and Bailiff Supervisor Rob Furda, all acknowledged the inmate should not be booked on minor misdemeanor, due to it not being an arrestable offense on its own. The Clerk of courts wants CCSD to suggest personal bond once RNFC'd off originating charge |
| WILLIAMS, TYRECE C | 4/29/2022 | 1 | CCCC takeaway: the clerk of courts requests that our jailor notifies them when defendant is eligible for personal bond once RNFC'd off fresh charges. Their viewpoint is their "fax sheet" states the defendant iseligible for personal bond but cannot send the bond with the fax sheet due to fear of inmate being released. We should not have to request paperwork from them, they should tell us who they want released. Also, if they are stating the inmate is eligible for personal bond, then he should not be scheduled to appear in 3D court in LERMS. |
| GAMBLER, ALEXANDER | 5/9/2022 | 1 | 5/8/22 (Sunday) – Remains in custody for 22 TRD 002890.<br>Clerk check is marked case is minor misdemeanor and is eligible for personal bond.<br>Jailor Kevin Boll enters 3D court date into IMACS for Gambler to appear.<br>5/9/22 (Monday) – Gambler is seen in 3D for case 22 TRD 002890 and case is dismissed |
| MONGE, RYAN D | 5/14/2022 | 2 | 5/9/22 (Monday) – booked into CCJ for<br>Clerk check states 21 TRD 004649 is a minor misdemeanor but NOT eligible for personal bond.<br>CCCC takeaway: the clerk check filled out by the clerk of court was marked the defendant's case was NOT eligible for personal bond. When bail was made for the fresh arrest, Sheriff Records should not have to request any paperwork for any other existing cases due to their clerk check stating he was not personal bond eligible. Records held Monge in custody until they received the proper documentation. |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| EUTSEY, CUYAHOGA I | 7/4/2022 | 2 | 7/1/22 (Friday) - booked into CCJ for: [four cases]<br>7/2/22 (Saturday) – RNFC [three cases]<br>Personal bond eligible for minor misdemeanor 2022 TRD 004524<br>7/4/22 (Monday) – release initiated by jailor Kevin Boll.<br>NOTE: personal bond for 2022 TRD 004524 sent to SHCMC at 6:42 AM. Did jailor request personal bond and it took that long to receive?<br>CCCC takeaway: Saturday jailor on July 2 should have initiated release once Eutsey was RNFC off fresh charges due to having minor misdemeanor. |
| *LEONARD, CAMERON MICHAEL* | 7/17/2022 | 2 | 7/15/22 (Friday) – booked into CCJ for fresh domestic violence and contempt of court 2022 TRD 008057.<br>Clerk check states case is minor misdemeanor but not eligible for personal bond.<br>RNFC fresh domestic violence<br>7/17/22 (Sunday) – personal bond sent to SHCMC for 2022 TRD 008057<br><br>CCCC takeaway: if the jailor did their job correctly, the personal bond should have been sent sooner than 7/17. Also, if the clerk check states the case is not personal bond eligible, why would the jailor request the personal bond? |
| CARTER, PAUL J | 9/30/2022 | 1 | 9/29/22 (Thursday) – RNFC off fresh felonious assault. Disposition entered into IMACS by Jailor Anisha Franklin.<br>Remains in custody for contempt of court case 2017TRD24950. [Cleveland Overdetention Report states that contempt was a minor misdemeanor and personal bond eligible]<br>9/30/22 (Friday) – seen in 3D Muni Court<br>Case dismissed and paperwork sent to Records by Court Liaison Rodolfo Figueroa.<br>Released from custody at 8:49 PM.<br>CCCC Takeaway: according to Cleveland operations, when a clerk check for an individual is [m]arked "minor misdemeanor" and "personal bond eligible" once they are RNFC'd their fresh arrest, our jailor is to then request the personal bond. The Clerk of Court has stated they will not send the personal bond along with the clerk check in fear the individual may be released in error. |
| GRAY, ASHLEY N | 12/8/2022 | 1 | 12/7/22 (Wednesday) – RNFC fresh domestic violence.<br>Remains in custody for 2022TRD8400. Clerk check states case is PB eligible. [Cleveland Overdetention Report states charge was also a minor misdemeanor]<br>12/8/22 (Thursday) – Case satisfied in courtroom 3D. |
| BLACK, DAIJHANAY M | 12/9/2022 | 1 | 12/8/22 (Thursday) – RNFC fresh assault notated in IMACS by Jailor Anisha Franklin. [Cleveland Overdetention Report states charge was also a minor misdemeanor]<br>Remains in custody for 21TRD6448 (Clerk check states case is personal bond eligible.)<br>12/9/22 (Friday) – appears in courtroom 3D for case 2021TRD6448. Case is court appearance complete. Release is processed by Records.<br>Released from custody at 7:26 PM |
| JONES, YOLANDA | 12/14/2022 | 1 | 12/13/22 (Tuesday)<br>RNFC fresh domestic violence. Disposition entered in IMACS by Jailor Kevin Boll at 4:34 PM.<br>Held in custody for 2022TRD14605. Case is personal bond eligible per clerk check. [Cleveland Overdetention Report states charge was also a minor misdemeanor]<br>12/14/22 (Wednesday) – personal bond sent to SHCMC by Clerk of Court at 1:54 AM for case 2022TRD14605. |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| MOORE, JEFFEREY L | 12/18/2022 | 1 | 12/17/22 (Saturday) – RNFC fresh felonious assault in LERMS. Not notated in IMACS by Saturday jailor.<br>Cases 2021TRD12945/2017TRD37316 are minor misdemeanors although unknown if personal bond eligible due to field left blank on clerk check.<br>12/18/22 (Sunday) – personal bonds sent to SHCMC by clerk of court for 2021TRD12945/2017TRD37316 at 12:28 AM. |
| **Other** | | | |
| ARIMONT, YOLANDA | 6/7/2021 | 1 | 6/6/21 - Criminal Records received the RNFC paperwork for the Assault case. Disposition entered into IMACS by jailor Shawn Tyler at 14:29<br>6/7/21 - seen in 3D court and ordered released on Contempt of Court case 18CRB019246. |
| CHAMBERS SR, GREGORY R | 8/11/2021 | 1 | On 8/10/21, Chambers was RNFC'd on the CCW, Receiving Stolen Property, and Weapons Under Disability charges but remained in custody for the Contempt of Court. On 8/11/21 at 2:47 am, a personal bond was received for the Contempt of Court and Chambers was released at 8:15 pm. (weekend) |
| AVERYHEART, ARMANI D | 8/23/2021 | 2 | He was released no formal charges on 8/21/21 for the Burglary charge by Cleveland detectives on 8/21. On Sunday 8/22/21 at 2:51 am, a station house release form was sent to the SHCMC email due to qualifying as a minor misdemeanor. |
| HARDNICK, DELVON | 8/23/2021 | 1 | On Sunday 8/22/21, Hardnick was RNFC'd off of the Felonious Assault and Domestic Violence but then remained in custody for Contempt of Court. |
| WALKER, EMANI | 7/16/2021 | 7 | 7/9/21 – RNFC entered in LERMS for drug trafficking. PB'S not located in SHCMC from clerk of courts for weekend jail staff to process. |
| SKALA, JOHN THOMAS | | 1 | MINOR MISDEMEANOR PB'S NOT SENT TO SHCMC BY CLERK OF COURT (CLEVELAND) |
| MCNAIR JR, DARYL | 6/7/2021 | 2 | 6/4/21 - Booked into custody for fresh Drug Abuse charges and Contempt of Court case 20TRD008414. Clerk check marked "no" for minor misdemeanor. |
| MCCLAIN, JAVASSE | 5/3/2022 | 1 | CCCC takeaway: Lisa's report states there should have been a minor misdemeanor plea form initiated by jailor, however, their clerk check states the case is NOT a minor misdemeanor therefore he should have remained in custody until the correct paperwork is submitted by clerk of courts. |
| PEREZ, GREGORY A | 11/14/2022 | 2 | CCCC takeaway: the Clerk check states the case was not personal bond eligible. We released the individual once proper paperwork was given to us. No error or delay was found. [Cleveland Overdetention Report states Clerk Check stated charge was not a minor misdmemeanor] |

# Cleveland Detainees Held On Personal Bond Eligible Contempt Of Court Charges

**Cleveland Detainees Held On Personal Bond Eligible Contempt Of Court Charges**

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| **Clerk Check Indicates Charge Is Personal Bond Eligible** | | | |
| HUDSON, WILLIAM ANDREW | 1/4/2022 | 1 | RNFC in LERMS for DV. Clerk check states case was not a minor misdemeanor but defendant was eligible for PB. No personal bond sent by Clerk of Court to SHCMC.<br>*clerk of courts |
| LUKCO, CHRISTOPHER | 1/20/2022 | 2 | 1/18/22 – RNFC domestic violence per LERMS printout from Gerald Keil at 15:38. Disposition entered into IMACS by Keil at 15:57. Remains in custody for contempt of courts. Clerk fax sheet states inmate was eligible for PB but were not minor misdemeanors. |
| *WILSON, JASON* | 5/10/2022 | 1 | CCCC takeaway: Due to the clerk check being marked the contempt of court cases were eligible for personal bond, Wilson should have been released on 5/9 when the detectives released him off of the fresh drug possession. Jailor Gerald Keil did not request the personal bonds from the clerk of court. |
| MATHIS, IVAN | 5/16/2022 | 1 | CCCC takeaway: Jailor Gerald Keil should have requested the personal bond for 2021 TRD 019261 once he received the RNFC due to the clerk check stating this case was eligible for personal bond. |
| HINES, CHARLES | 9/6/2022 | 1 | 9/5/22 (Monday) – RNFC fresh robbery. Disposition entered into IMACS by jailor Kevin Boll.<br>Remains in custody for 2019TRD31836. Clerk check states individual is eligible for personal bond.<br>9/6/22 (Tuesday) – personal bond issued for case 2019TRD31836 and sent to SHCMC.<br>Release processed by Clerk Rebecca Moore |
| TOWNSEND, DERRICK | 9/27/2022 | 1 | 9/26/22 (Monday) – RNFC'd on fresh domestic violence. Notated in system by jailor Kevin Boll.<br>Remains in custody for cases 2022TRD12993/2022TRD12995. Clerk check states both cases are personal bond eligible.<br>CCCC takeaway: As previously stated, according to Cleveland operations, when a clerk check for an individual is [m]arked "minor misdemeanor" and "personal bond eligible" once they are RNFC'd their fresharrest, our jailor is to then request the personal bond. The Clerk of Court has stated they will not send the personal bond along with the clerk check in fear the individual may be released in error. |
| JOHNSON, CHANTEL M | 10/6/2022 | 1 | 10/5/22 (Wednesday) – RNFC fresh felonious assault. Notated in IMACS by jailor Anisha Franklin.<br>Remains in custody for 2019TRD23676. Clerk check states case is personal bond eligible.<br>CCCC takeaway: Lisa's report states the case was personal bond eligible and wants our jailor to request the bond once released the fresh charges.<br>Department of issue: JAIL |
| CHILES, JAZZMINE C | 10/8/2022 | 1 | 10/7/22 (Friday) – RNFC fresh felonious assault. Notated in IMACS by jailor Anisha Franklin<br>Remains in custody for 2019TRD24814. Clerk states personal bond eligible.<br>CCCC takeaway: Lisa's report states the case was personal bond eligible and wants our jailor to request the bond once released the fresh charges.<br>Department of issue: JAIL |
| CLEMONS, JERRY M | 10/11/2022 | 3 | 10/8/22 (Saturday) – RNFC arson and criminal trespassing. Notated in IMACS by jailor Anisha Franklin.<br>Remains in custody for remaining 5 contempt of court cases.<br>Clerk check states all cases are personal bond eligible.<br>CCCC takeaway: Lisa's report states the cases were personal bond eligible and wants our jailor to request the bonds once released the fresh charges.<br>Department of issue: JAIL |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| MOORE, NATHANIEL A | 10/25/2022 | 4 | 10/21/22 (Friday) – RNFC fresh aggravated menacing. Notated in IMACS by jailor Anisha Franklin.<br>Remains in custody for 2013CRB38429. Case is personal bond eligible per clerk check.<br>CCCC takeaway: it is unknown why 120 jail staff did not release Moore on 10/22. Further investigation pending.<br>Department of issue: JAIL |
| HALE, RAYVON JALEEL | 12/14/2022 | 1 | 12/13/22 (Tuesday) – RNFC fresh felonious assault and resisting arrest. Disposition entered in IMACS by Jailor Kevin Boll at 4:14 PM.<br>Remains in custody for 2022TRD5640. Case is personal bond eligible per clerk check.<br>Department of issue: CLERK OF COURT |
| MEDINA NEGRON, ALEXYS JOSUE | 12/23/2022 | 1 | 12/22/22 (Thursday) – RNFC fresh drug trafficking. Notated in IMACS at 11:53 AM by jailor Anisha Franklin.<br>Remains in custody for 2022CRB3794. Clerk check states case is personal bond eligible.<br>12/23/22 (Friday) – Case 2022CRB3794 satisfied in courtroom 3D.<br>Released from custody at 4:39 PM.<br>Department of issue: CLERK OF COURT |
| EDWARD, CARLA | 12/31/2022 | 1 | 12/28/22 (Wednesday) – booked into CCJ for fresh domestic violence and contempt of court case 2022CRB6849. Clerk check states case is personal bond eligible.<br>12/29/22 (Thursday) – RNFC fresh domestic violence in LERMS. Remains in custody for 2022CRB6849.<br>12/31/22 (Saturday) – released from custody at 12:19 AM.<br>Department of issue: CLERK OF COURT |
| POLLARD, LYTWANDA | 1/3/2023 | 1 | 1/2/23 (Monday) – RNFC fresh domestic violence in LERMS. Notated in IMACS by jailor Boll.<br>Remains in custody for:<br>2019TRD24766<br>2020TRD19269<br>2020TRD22103<br>Clerk check states all cases are personal bond eligible.<br>Department of issue: CLERK OF COURT |
| LAVENDOSKY, RONALD | 12/11/2022 | 1 | 12/10/22 (Saturday) – RNFC fresh domestic violence, unlawful restraint, breaking and entering. Notated in IMACS by "LTJones01" at 3:23 PM.<br>Remains in custody for 2022TRD14557. Case is personal bond eligible per clerk check.<br>Department of issue: CLERK OF COURT |
| RAINES, JIMMIA | 12/25/2022 | 1 | 12/24/22 (Saturday) – RNFC fresh domestic violence in LERMS. Notated in IMACS by jailor Franklin at 3:51 PM.<br>Remains in custody for 2022TRD11089. Clerk check states case is personal bond eligible.<br>12/25/22 (Sunday) – personal bond sent to SHCMC from Clerk of Court at 1:40 AM.<br>Released from custody at 3:02 AM.<br>Department of issue: CLERK OF Court |
| JONES, LEANDRE | 12/2/2022 | 1 | 12/1/22 (Thursday) – RNFC fresh CCW in LERMS. Notated in IMACS by jailor Anisha Franklin. Held in custody for case 2022TRD15789. Clerk check states case is PB eligible.<br>CCCC takeaway: Cleveland operations suggests our jailor request the personal bond (if eligible) from theClerk of Court once RNFC fresh charges.<br>Department of issue: CLERK OF COURT |
| **Others** | | | |
| ANDERSON, CHRISTOPHER B | 8/4/2022 | 1 | CLERK CHECK LEFT BLANK UNDER "PB ELLIGIBLE" (CLEVELAND) |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| WIGGINS-HARDNICK, A'MAJIAH | 11/1/2022 | 1 | 10/31/22 (Monday) – RNFC fresh domestic violence in LERMS. Disposition entered in IMACS by jailor Kevin Boll at 7:13 PM.<br>Remains in custody for 2022TRD3899. Clerk check states case is not a minor misdemeanor and personal bond eligible field is left blank.<br>CCCC takeaway: Lisa's report states this was a "delayed release." Further investigation as to staffing for that day in jail.<br>Department of issue: JAIL |
| SWINDELL, ALEXANDER L | 7/24/2021 | 1 | 7/22/21 . . . Clerk fax sheet indicates not eligible for personal bond.<br>7/24/21 – PB issued in 3D Judge Cassidy (Saturday.) Disposition entered in IMACS by SHSBB at 12:13. Warrant found in LEADS for North Olmsted Police Department. Turned over to NOPD at 17:30. |
| BUCHANAN, LINDA MARIE | 8/16/2021 | 1 | On 8/15/21, Buchanan was RNFC'd for Felonious Assault, Domestic Violence and Criminal Damaging but remained in custody for the two Contempt of Court charges. On 8/16/2021 personal bonds were received in SHCMC email at 2:35am to release her from custody on the Contempt of Courts. |
| PRITCHETT, TANYA THERESA | 8/29/2021 | 1 | Pritchett was RNFC'd off the Domestic Violence within IMACS on 8/28/21however remained in custody for the contempt. |
| GRAY, RICHARD L | 9/8/2021 | 3 | 9/10/21 - $5,000 bond set and posted for DUI case 20TRC004542, PB issued for open container case 20CRB001936 in 3D. Remains in custody for contempt of court.<br>9/13/21 – remaining contempt of court case deemed as booking error by Records. Release sent to CHECKS by Rita Fabian at 10:50. Gray released from CCJ at 16:29 |

# Cleveland Detainees Fitted With GPS Monitors Or SCRAM Devices

**Cleveland Detainees Fitted With GPS Monitors Or SCRAM Devices**

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| **Records Received Late Notification Of Installation** | | | |
| ABERNATHY, PRESTON | 01/13/21 | 1 | BOND RECEIVED 1/11/21. GPS NOTIFICATION RECEIVED FROM COURT LIAISON BANKER 1/13/21 [Cleveland Overdetention Report states that GPS was installed on 1/12] |
| STAFFORD, DEVIN | 5/24/2021 | 3 | Notification of the GPS installation was not given to Court Liaison or Records Clerks until the following Monday, 5/24/21, |
| JONES, RUBIN | 6/7/2021 | 2 | 6/5/21 - (Saturday) bond is emailed at 14:24 to SHCMC. Jones is apparently hooked up with the GPS monitor that day per notes in IMACS from "tbanker" but is not released.<br>6/7/21 – email is sent to Rita Fabian at 15:07 by Officer Rodolfo Figueroa to notify of GPS installation on Saturday. Release email is sent to CHECKS at 18:07 by Rita |
| MAEVA, ISSAC | 6/28/2021 | 2 | 6/28/21 – hold in IMACS for GPS is removed by Officer Monique Henderson at 8:16 confirming the monitor was installed. Maeva is then released by jail staff at 8:40.<br>[Cleveland Overdetention Report states that GPS was installed on 6/26] |
| HARRISON, DARRION | 8/23/2021 | 3 | Records Clerks did not receive notification of the GPS monitor being installed by Ohio AMS until Monday 8/23/21 at 8:40 am within the SHCMC email<br>[Cleveland Overdetention Report states that GPS was installed on 8/20] |
| SOWDEN, MATTHEW MARK | 8/23/2021 | 3 | Sowden remained in custody for the GPS installation and Ohio AMS installation paperwork was not received until 8/23/21 within SHCMC email<br>[Cleveland Overdetention Report states that GPS was installed on 8/21] |
| WILLIAMS, HERMAN LEE | 10/15/2021 | 1 | 10/15/21 – GPS notification email sent to Records clerks at 11:19 by officer Pipkins stating GPS has been installed on inmate.<br>[Cleveland Overdetention Report states that GPS was installed on 10/14] |
| JACOBS JR, LARRY | 11/15/2021 | 2 | 11/15/21 – GPS hold removed by jail officer M. Brown indicating GPS monitor has been installed at 8:15 (Monday)<br>[Cleveland Overdetention Report states that GPS was installed on 11/13] |
| NEAL, SHONNA SADIQUA | 1/12/2022 | 1 | 1/12/22 – Notification of GPS installation emailed to Clerk Amanda Brewer at 6:13 am by Officer Keith Pipkins and hold in IMACS removed by Officer Brown<br>[Cleveland Overdetention Report states that GPS was installed on 11/13]<br>*court liaisons/pretrial services |
| KELLY JR, WILLIAM D | 2/9/2022 | 1 | 2/8/22- Client allegedly installed per Ohio AMS paperwork (no notification administered to records.)<br>2/9/22 – GPS installation paperwork sent to SHCMC at 8:32 by Ohio AMS. Release processed by Rebecca Moore. Kelly released from custody at 17:03.<br>DEPARTMENT OF ISSUE: CLEVELAND PROBATION |
| *ZEIDER, ERIC* | *4/15/2022* | *1* | 4/15/22 (Friday) Records notified via email at 5:49 AM by Corrections Officer Cheryl Mott that inmate has been installed with SCRAM device. [Scram device installed 4/14, per Cle]<br>Released at 4:36 PM<br>CCCC takeaway: further investigation as to when inmate was installed is pending. Typically, as service bythe name of Ohio AMS enters the jail and installs monitor. After doing so, a specific form is submitted viaemail to Records staff. This document is not located within the email group SHCMC. If the email is not sent by Ohio AMS, it should be Cleveland's staff that is notifying us of installation, not our own. |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| CHAMBERS, ROBERT L | 5/16/2022 | 2 | 5/13/22 (Friday)<br>5/14/22 (Saturday) – per Lisa's report, GPS is installed.<br>oRemains in custody<br>5/16/22 (Monday) – Clerk Rebecca Moore sends email to Pretrial Services regarding GPS installation upon notice of Chambers posting bond over weekend.<br>Zaire Morrison with Pretrial Services responds to Clerk Rebecca Moore that Chambers was installed with GPS on Saturday (5/14.)<br>CCCC takeaways: The lapse occurred between the installation of GPS by Pretrial Services, and the jail staff. At some point, the individual was installed with the monitor but jail staff was not notified in order to release him for custody. Procedures have since been changed where an email from Oriana House is sent to the SHCMC email group to notify the jail of the installation |
| RECKER, ADRIAN | 5/25/2022 | 2 | 5/23/22 (Monday) – personal bond with GPS condition issued in video court Judge Lauren Moore. Lisa's report states the GPS unit was installed same day.<br>5/25/22 (Wednesday) – email sent to Clerk Amanda Brewer by CO Rodolfo Figueroa alerting GPS monitor was installed. Recker released at 6:16 PM.<br>CCCC takeaway – communication has strengthened between Sheriff Records, Pretrial Services, and Court Liaison's regarding GPS installation. Emails from Oriana House have been implemented to alert Sheriff Records of installation which will now prevent these situations |
| NIGHSWONGER, JESSICA | 8/26/2022 | 1 | BOND STAMPED GPS, NOT SCRAM. RECORDS RECEIVED SCRAM WAS INSTALLED AT 9:41 AM 8/26 (CLEVELAND) [Cleveland Overdetention Report states that SCRAM was installed on 8/25] |
| **Release Not Processed After Notification Of Installation** | | | |
| WILSON, CARLOS | 8/20/2021 | 1 | Wilson then posted bail on 8/19/21. Notification of GPS installation was sent to Records Clerk Rebecca Moore by Cleveland Liaison Pipkins at 4:28 pm (2 minutes to shift change.) Moore then forwarded release information to Jail staff on 8/20/21 upon discovering the GPS installation. (GPS email should have been sent to both Cleveland Records Clerks to avoid errors such as this in case of absence.) (records) |
| BUTLER, JOSEPH WILSON | 8/26/2021 | 1 | On 8/25/21 Sheriff Records received notification that Butler received his ankle monitor. Records forwarded release information to CHECKS email on 8/25/21 at 3:23 pm. The reason Butler remained in custody until 8/26/21 is unknown |
| HAMILTON, JASON L | 12/7/2021 | 1 | 12/6/21 – PB's issued for all cases with GPS condition. GPS hold removed in IMACS by officer Henderson.<br>12/7/21 - release emailed to CHECKS by Rebecca Moore. Possible miscommunication between shift changes. Hamilton released from custody at 19:56.<br>*RECORDS - REBECCA MOORE/AMANDA BREWER |
| THOMAS, JOHN HENRY | 2/25/2022 | 1 | GPS INSTALLATION EMAIL OVERLOOKED BY RECORDS REBECCA MOORE - NO LONGER EMPLOYED(CCCC)<br>DEPARTMENT OF ISSUE: RECORDS |
| CLOUD, NASIR | 3/18/2022 | 1 | CCCC findings: the error occurred when Court Liaison Rodolfo Figueroa only puts inmate's first name. Rebecca thought that the inmate's last name was Nasir and the release would be processed by partner Amanda Brewer due to the letter breakdown. Still does not justify that the email was not investigated by Rebecca Moore. |
| PETTY, DESHAWN R | 5/8/2022 | 1 | 5/7/22 (Saturday) – personal bond issued in 3D with GPS condition.<br>GPS holder removed in IMACS by CO Monique Henderson as unit was installed.<br>Not released by jail<br>CCCC takeaway – the jail/jailor did not process the paperwork on Saturday |

| Inmate Name | Release Date | Additional Days Held | Excerpt of CCSD Analysis |
|---|---|---|---|
| BAILEY, BRANDON | 7/1/2022 | 1 | 6/30/22 (Thursday) – email sent to SHCMC by Oriana House stating Bailey was installed.<br>oNot processed by Records<br>7/1/22 (Friday) – Email to Leah from Lisa Scafidi sent asking status of Bailey's release.<br>Leah inquires with Records Clerk Amanda Brewer and finds email in SHCMC from Oriana House.<br>Amanda processes release<br>Bailey released at 4:45 PM.<br>CCCC takeaway: the email from Michael Brown with Oriana House was over-looked by Records |
| SAMUEL, DEANDRE DELUV | 12/28/2022 | 4 | 12/27/22 (Tuesday) – email from Oriana House states Samuel was installed with GPS.<br>Records Clerk Amanda Brewer stated she could not locate bond.<br>12/28/22 (Wednesday) – email from Lisa Scafidi sent to Leah Palagyi inquiring why Samuel is still in custody and that he was installed with monitor day prior. Leah advises Lisa the release is in process and the bond was not located until now.<br>Samuel released at 7:09 PM.<br>CCCC takeaway: The situation could have been avoided if the Clerk of Court sent the bond to Pretrial Services once Samuel posted bail so he could have been released the following day (Saturday.) Records was unaware of the bond being posted due to it being posted on Friday evening.<br>Department of issue: CLERK OF COURT/RECORD |

# EXHIBIT D

| NAME | DOB | ARREST DATE | RELEASE DATE | DAYS HELD | COMMENTS |
|---|---|---|---|---|---|
| ABERNATHY, PRESTON | 2/12/1992 | 12/29/2020 | 1/13/2021 | 1 | BOND RECEIVED 1/11/21. GPS NOTIFICATION RECEIVED FROM COURT LIAISON BANKER 1/13/21 |
| CAIN, EXODUS | 8/1/1967 | 1/21/2021 | 1/27/2021 | 6 | CLERK CHECK DATED 1/21/21 FROM CLERK OF COURT. CIF RECEIVED DATED 1/22/21. |
| CARABALLO, ROBERT | 2/9/1971 | 1/4/2021 | 1/6/2021 | 2 | BOND NOT RECEIVED FROM CLERK OF COURT UNTIL 1/6/21 AT 14:38 (SENT BY LYNETTE CARR) |
| DUNBAR, RAHEEN | 7/7/1993 | 12/28/2020 | 1/17/2021 | 5 | HOLD W/O BOND FOR CASE 2017CRB001453 12/30/20. HOLD W/O BOND 1/5/21 CONT TO 1/12/21. PB NOT RECEIVED UNTIL 1/17 BY CLERK OF COURT |
| GOODMAN, JAMES | 11/9/1994 | 1/20/2021 | 1/26/2021 | 4 | PAPERWORK NOT FORWARDED TO CHARGING UNIT BY JAILER |
| GREEN, GARY | 8/17/1976 | 1/21/2021 | 1/25/2021 | 2 | NOLLE INDICT PAPERWORK NOT RECEIVED IN RECORDS UNTIL 1/25/21 BY CLERK OF COURT AT 10:28 AM (SENT BY JAMES MARSHALL) |
| HARRIS, ROBERT | 5/8/1966 | 1/12/2021 | 1/14/2021 | 1 | RELEASE PACKET SENT TO JAIL BY RECORDS. NOT RELEASED BY JAIL (UNKNOWN) |
| HAZLEY, KEVIN | 7/18/1973 | 1/29/2021 | 1/31/2021 | 2 | RNFC DISPOSITION ENTERED IN IMACS BY JAILER FRANKLIN. NOT RELEASED BY JAIL |
| OWENS, ARTHUR | 1/27/1980 | 1/17/2021 | 1/27/2021 | 1 | RELEASE PACKET SENT TO JAIL BY RECORDS. NOT RELEASED BY JAIL (UNKNOWN) |
| SHANNON, DENZEL | 12/4/1993 | 1/9/2021 | 1/11/2021 | 1 | CCW/OPEN CONTAINER BOOKED SEPARATE CASES IN ERROR BY KEVIN BOLL WHEN SHOULD HAVE BEEN COMBINED |
| TAYLOR, ALYSSAH | 1/7/2003 | 1/8/2021 | 1/10/2021 | 2 | RNFC NOT PROCESSED BY FRIDAY JAILER |
| TAYLOR, CHAUN'CEY | 1/7/1990 | 1/12/2021 | 1/14/2021 | 1 | GREEN RNFC RECEIVED IN RECORDS 1/13/21. NOT PROCESSED UNTIL 1/14/21 BY RECORDS SHEILA SATAVA (NO LONGER EMPLOYED.) DIFFERENT NAMES ON DOCUMENTS |
| TAYLOR, DALE | 4/20/1969 | 1/22/2021 | 1/24/2021 | 1 | RNFC NOT PROCESSED BY SATURDAY JAILER |
| WALKER, JUVANTE | 7/8/1997 | 1/25/2021 | 1/28/2021 | 1 | BOND POSTED 8:27 PM STAMPED WITH GPS BY CLERK OF COURT. INSTALLED NEXT DAY |
| WRIGHT, CHAISE | 5/16/1998 | 1/14/2021 | 1/19/2021 | 2 | PB DISPOSITION ENTERED BY JEANETTA CRUSOE 1/17/21 IN IMACS. NOT RELEASED BY JAIL (UNKNOWN) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0325892 | 20210218020 | ARMSTRONG, PRECIOUS | 05/15/89 | 10:36:24 AM | 02/18/21 | 02/23/21 | 4 | PB 2/19 -- REL 2/23 | records cannot locate PB in SHCMC. |
| 0171879 | 20210216033 | BRUCE, REGINALD L | 02/26/74 | 5:50:37 PM | 02/16/21 | 02/18/21 | 1 | RNFC 2/17 @ 1023 HOURS -- REL 2/18 @ 1159 HOURS | records received RNFC on 2/18/didn't locate in email |
| 0344932 | 20210225062 | COLIXO-RESTO, BREDLY | 08/11/00 | 8:52:07 PM | 02/25/21 | 03/01/21 | 3 | REL FRESH CHG 2/26 -- BOOKING ERROR/HELD ON C/C// DUP ARREST CREATED IN LERMS -CO V.SMITH (SEE EMAIL) | CPD warrant in LEADS at time of RNFC release. Not put into LERMS |
| 0079886 | 20210204037 | CRAWFORD JR, SAMMIE L | 04/22/55 | 3:52:08 PM | 02/04/21 | 02/08/21 | 3 | PB 2/5 --(CAPIAS ISSUED 2/9 FOR MISSING CT ON 2/8 WHILE STILL IN CUSTODY) REL 2/8 @ 1908 HOURS | PB emailed to SHCMC 1150 PM friday. Records processed Monday morning 2/8 |
| 0282667 | 20210114034 | CRAWFORD, DESHAWN D | 04/10/92 | 4:14:10 PM | 01/14/21 | 02/13/21 | 1 | PV/COUNTY -- REL 2/12 // CLEVE BOND 2/12 | bond not sent to SHCMC until Saturday morning 2/13 |
| 0162211 | 20210219051 | HICKMAN, LORENZO D | 07/04/71 | 9:19:17 PM | 02/19/21 | | 9 | REL FRESH CHG 2/21 -- CT SCH ON 3/2 FOR 3/4 (SAT 2/21 UNTIL 3/2) | clerk check sent in SHCMC 2/21. cannot determine why not put on for court |
| 0162278 | 20210223060 | JACKSON, TERRANCE A | 11/30/71 | 9:36:03 PM | 02/23/21 | 02/28/21 | 4 | RNFC 2/24 @ 1712 HOURS -- REL FROM CUSTODY 2/28 @ 1512 HOURS | RNFC after hours |
| 0325683 | 20210223063 | KING JR, GLENN | 09/14/93 | 10:18:46 PM | 02/23/21 | 02/25/21 | 1 | RNFC 2/24 @ 1439 HOURS -- REL 2/25 @ 1609 HOURS (REARRESTED 2/25 @ 1951 HOURS) | RNFC received in records 2/25 |
| 0214634 | 20210224008 | MANGUM, LAKISA | 04/08/80 | 4:23:15 AM | 02/24/21 | 02/25/21 | 1 | RNFC 2/24 @ 1502 HOURS -- REL 2/25 @ 1534 HOURS | records received RNFC 2/25/ not RNFC'd on last LERMS printout yet |
| 0192210 | 20210215003 | MELHUSIH, SEAN PATRICK | 02/17/76 | 1:01:09 AM | 02/15/21 | 02/17/21 | 1 | RNFC 2/16 @ 0845 HOURS -- REL 2/17 @ 1333 HOURS | records RNFC dispo 2/16. kept in custody for APA |
| 0149621 | 20210210020 | SIMS, SHERRIE L | 01/19/69 | 11:44:09 AM | 02/10/21 | 02/15/21 | 4 | RNFC 2/11 @ 1413 HOURS -- REL 2/15 @ 0306 HOURS | records received RNFC 2/15 |
| 0346747 | 20210223059 | SMITH, JEWEL B | 04/29/88 | 9:04:53 PM | 02/23/21 | 02/25/21 | 1 | RNFC 2/24 @ 1425 HOURS -- REL 2/25 @ 1539 HOURS | records received RNFC 2/25 |
| 0258376 | 20210223061 | WALKER, JERMAINE LADALE | 12/28/80 | 9:40:44 PM | 02/23/21 | 02/26/21 | 2 | RNFC 2/24 (DUPLICATE ARREST IN LERMS --TERRANCE JACKSON -- RNFC ENTERED IN BOTH RECORDS ON 2/24) REL 2/26 | records received RNFC 2/26 |

**Prisoners Held Beyond Release Date May 2021**

1. **Christine Bennett** – Christine Bennett came into Cuyahoga County Jail on 5/4/21 on 15 Contempt of Court cases for Cleveland Housing Court. Bennett was seen in courtroom 3D on 5/6/21. Sheriff Records received personal bonds from Cleveland Municipal Court for 14 of her 15 cases however, did not receive anything for remaining case # 2020 CRB 008413. On 5/26/21, Sheriff Clerks were notified by Lisa Scafidi that she should not still be in custody. It was then when Sheriff Clerks received the final journal entry by Cleveland Muni in order to release Bennett.
2. **Scott Bernes** – Bernes was booked into Cuyahoga County Jail on 5/1/21 on fresh Abusing Harmful Intoxicant charges. Per LERMS database, Bernes was released no formal charges by Cleveland Detectives on 5/2/21 (Sunday.) Weekend Jailor/Correction Officers should have processed release. Bernes release was not processed until Tuesday, 5/4/21 when Sheriff Records Clerks were made aware that Bernes was still in custody.
3. **Shawn Booker** – Shawn Booker was booked into Cuyahoga County Jail on 5/31/21 on fresh DUI charges, Weapons While Intoxicated, and Contempt of Court charges. Booker was seen in 3D Cleveland Muni Court on 6/2/21 however, Sheriff Records did not received release paperwork until the following day 6/3/21 for Contempt of Court case # 2011 CRB 034066.
4. **Daisean Boone** – Boone was booked into County custody on 5/19/21 on fresh Domestic Violence charges and a Cleveland Contempt of Court. Later that day Judge Nancy Margaret Russo placed a holder on Boone pending new charges on Common Pleas case 657418. Boone was released no formal charges on his Domestic Violence on 5/20/21 and was given a personal bond on his Contempt of Court on 5/21/21. Boone remained in County custody for Common Pleas case 657418 until holder was lifted and was ordered released on 5/27/21 by Judge Nancy Margaret Russo.
5. **Jason Carroll** – Carroll came into Cuyahoga County Jail on 5/1/21 for fresh Disorderly Conduct and Intoxication charges. Carroll was released no formal charges by Cleveland Detectives on 5/1/21. Weekend Jailor entered disposition at 8:38 AM on 5/2/21 (Sunday) and Carroll was released from custody by 10:37 AM.
6. **Devin Stafford** – Devin Stafford was booked into County Jail on Friday, 5/21/21 on fresh Domestic Violence and Driving Under Suspension charges. Stafford posted bail on case # 2021 CRB 004332 (DV) and was given a personal bond on 2020 TRD 019334 (DUS) on 5/21/21 however his release was not processed due to a GPS bond condition. Notification of the GPS installation was not given to Court Liaison or Records Clerks until the following Monday, 5/24/21, and Stafford was released from custody then.
7. **Antwon Williams** – Antwon Williams came into County custody on 4/24/21 for a fresh Domestic Violence charge and three Contempt of Court cases with Cleveland Municipal. On 4/29/21, a Common Pleas case was added to his record as he received an Original Bond Continued via Arraignment by Judge Michael Russo. On 5/5/21, Williams posted bail on Muni case # 2021 CRB 003163 and was given personal bonds on 2020 TRD 001443, 2019 TRD 037954, and 2019 TRD 034303. It was then Sheriff Records Clerks initiated a release on Williams due to all cases finally being satisfied. It was found through LEADS database that Williams had outstanding warrants for Richmond Heights, Highland Hills, Cleveland Heights, Euclid, and Shaker Heights. Williams was then booked in on Highland Hills and Richmond Heights cases due to Cuyahoga County Jail housing for these particular agencies. The Highland Hills and Richmond Heights cases were then satisfied the following day on 5/6 once Sheriff Records Clerks received paperwork via email. Williams was then released from custody on 5/6/21 and turned over to Cleveland Heights PD for his outstanding warrant with their agency.

8. **Jamarl Gibbs** – Gibbs was booked into Cuyahoga County custody on 2/22/21 for a fresh Criminal Trespass charge and three Contempt of Court charges with Cleveland Municipal. On 3/16/21, Gibbs was referred to Northcoast Behavioral for a competency evaluation by Cleveland Muni Judge Michelle Early. Gibbs was housed at Northcoast Behavioral until he was returned to Cuyahoga County Jail custody on 5/11/21. A daily ins list was provided to Cleveland Bailiff Raul Vega per usual to notify Cleveland Muni Court of which prisoners are in custody. Gibbs "unknowingly" sat in County custody until 7/20/21 once Cleveland Muni Court provided release paperwork to Sheriff Records Clerks. Cleveland Municipal Court stated it was the Sheriff's Department responsibility to notify the courtroom when inmates return from Northcoast Behavioral.

**Prisoners Held Beyond Release Date June 2021**

**Danny Fields**
6/24/21 - booked into CCJ on five contempt of court charges. (21TRD007475/20CRB002312/18CRB005413/18CRB005170/17CRB024774)
6/25/21 - Personal bonds issued on three cases, while two of them were set at $5,000 (18CRB005413) and $7,500 (20CRB002312) by Judge Cassidy
6/26/21 – bail posted on case 18CRB005413. Remains in custody for 20CRB002312.
6/28/21 – New paperwork received by clerk of courts Facetta Sutton at 15:52.It appears Criminal Records received contradictory documents on 6/25/21 regarding case 20CRB002312. The journal entry is checked personal bond, however the journalized mittimus from the Clerk's Office reads a $7,500 cash/surety bond. Release is sent to CHECKS by Clerk Rita Fabian at 18:01. Fields is released from custody at 19:57.

**Ramses Garrison**
6/1/21 - booked into custody on a fresh Domestic Violence and Contempt of Court case 19TRD037807
6/2/21 – RNFC in LERMS on DV charge. Disposition not entered into IMACS by jailor. (Wednesday)
6/3/21 – received a personal bond on Contempt of Court case 2019 TRD 037807 in 3D.
6/4/21 - Criminal Records is made aware of RNFC in LERMS on the DV. LERMS report printed by Supervisor Leah Palagyi. Garrison was then released from custody that day at 20:43

**Breana Guzman**
6/21/21 – arrested by Brooklyn PD and booked into custody for felony Theft charges for CPD.
7/7/21– Unable to determine why intake did not enter into LERMS
8/19/21 - released from custody and transported to Matt Talbot.

**Yolanda Arimont**
6/5/21 - booked into custody on a fresh Assault and Contempt of Court case 18CRB019246.
6/6/21 - Criminal Records received the RNFC paperwork for the Assault case. Disposition entered into IMACS by jailor Shawn Tyler at 14:29
6/7/21 - seen in 3D court and ordered released on Contempt of Court case 18CRB019246. Release emailed to CHECKS by Rita Fabian at 15:32. Arimont released from custody at 16:47.

**Te'Vaughn Hurse**
6/13/21 - booked into custody on Aggravated Murder charges.
6/14/21 – charged in 3D for aggravated murder.
6/22/21 - the charges were dismissed in 3D however Criminal Records did not received the paperwork in the email group that day.
6/25/21 – dismissal paperwork was sent to SHCMC email by clerk of courts Saronya Green at 13:20. Release was emailed to CHECKS by Rita Fabian at 15:21. Hurse was then released at 21:16.

**Rubin Jones**
5/25/21 - booked into custody for a fresh CCW charge, Aggravated Menacing, and two Contempt of Court cases (19TRD0196632/21TRD007555)
5/27/21 – Jones is given two personal bonds on the two Contempt of Courts (19TRD016632/21TRD007555)
along with a $15,000 bond set with GPS condition for Aggravated Menacing by 3D Judge for (21CRB003323)
6/1/21 - Jones' CCW case is bound over to Common Pleas, he is seen for first appearance and issued a personal bond (case #660018.)
6/4/21 - (Friday) bond is posted for 21CRB003323 however it is not emailed to the SHCMC email.
6/5/21 - (Saturday) bond is emailed at 14:24 to SHCMC. Jones is apparently hooked up with the GPS monitor that day per notes in IMACS from "tbanker" but is not released.
6/7/21 – email is sent to Rita Fabian at 15:07 by Officer Rodolfo Figueroa to notify of GPS installation on Saturday. Release email is sent to CHECKS at 18:07 by Rita Fabian. Jones is released from custody at 20:38.

**Isaac Maeva**
6/23/21 - booked into custody on for fresh Domestic Violence.
6/24/21 - issued a $3,500 bond with GPS condition in 3D court.
6/25/21- bail posted (Friday) however the bond does not get sent to the SHCMC email from Clerk of Courts.
6/27/21 - (Sunday) Email including bond sent to SHCMC email at 13:33 from LaVondra Burrell.
6/28/21 – hold in IMACS for GPS is removed by Officer Monique Henderson at 8:16 confirming the monitor was installed. Maeva is then released by jail staff at 8:40.

**Daryl McNair**
6/4/21 - Booked into custody for fresh Drug Abuse charges and Contempt of Court case 20TRD008414. Clerk check marked "no" for minor misdemeanor.
6/5/21 - RNFC off the VSDL. Disposition entered into IMACS at 10:51 by "JMJackson" however remains in custody for 20TRD008414.
6/7/21 - receives a personal bond at 14:35 by clerk of courts Jasmine Gabriel on 20TRD008414. Release is emailed to CHECKS by Rita Fabian at 15:54. Mcnair is released at 18:35.

**Jonathan Miller**
6/17/21 - booked into custody on for 16 Contempt of Court charges. Data was entered into IMACS for Miller to go to court on 6/18/21 in 3D by Officer Harden but unable to decipher why he was not brought to court until 7/13/21. Miller did not appear on court list generated by Chris Antoilik in IT for that day. Classification shows Miller was also not in isolation.
8/25/21- all cases are dismissed in court. Release email is sent to CHECKS by Rita Fabian at 17:04 and Miller is released from CCJ at 21:14.

**Olympia Reeves**
5/24/21 - Booked into custody on for a fresh Aggravated Menacing, Aggravated Burglary, and County Probation Capias case 603607 and disposition is entered into IMACS by jcage at 12:49.
5/25/21 - records receives RNFC out of LERMS for Aggravated Menacing however at 15:14, Aggravated Burglary still reads "Charged Felony." Reeves also gets ordered released in Common Pleas court for Probation Capias case #603607.
5/26/21 Reeves is RNFC now on Aggravated Burglary charge however Criminal Records did not receive email in SHCMC from jailor.
6/12/21 – "SHKXA" enters RNFC disposition in IMACS for the aggravated burglary at 12:58. Reeves is then released by jail staff at 20:09. (Saturday)

**Oshai Townsend**
6/9/21 - booked into custody on aggravated burglary out of the Common Pleas Arraignment Room for case # 659214. Townsend posts bail, and is then found to have three outstanding warrants for CPD of which he is booked on by "kboll"
6/10/21 - seen in 3D on where he is issued a personal bond for case 19TRD015330, and two $5,000 bonds for 19CRB005705 and 19CRB005368.
6/11/21- posts bail on at 11:30 PM, however the bonds do not get delivered to the SHCMC email
6/12/21 – bonds are sent to SHCMC for cases 19CRB005705/5368 at 22:04 by Jemia Sworski in the clerk of courts. Townsend is then released by jail staff on 6/12/21 at 20:43. (Saturday)

**Emmanuel Tuyishime**
6/16/21 - booked into custody for Contempt of Court case 20CRB 007755.
6/17/21 – bail is posted at 17:02 (Friday) however the bond is not sent to the SHCMC email by the clerk of courts.
6/21/21- Criminal Records then receives a personal bond journal from Chris Noss at 12:09. Release is emailed to CHECKS by Rita Fabian at 8:59. Tuyishime is released from custody at 15:53.

**Eryk Younger**
5/13/21 - booked into custody on for Euclid Municipal charges. A fax sheet is not issued by Intake desk due to it not being a CPD arrest.
6/11/21 – Ordered released on Euclid charges and booked on a Cleveland warrant for Domestic Violence by JMJackson.
6/17/21 - issued a personal bond for case 19CRB013502 on but is held for GPS condition on Euclid case.
6/18/21 - Criminal Records receives confirmation from Ohio AMS that Younger was installed with his monitor via email at 16:01. Younger is released from custody at 19:12

**Prisoners Held Beyond Release Date July 2021**

**Anthony Grimes**
4/14/21 – booked into CCJ for County probation capias.
5/4/21 – Court ordered released by Common Pleas Judge Bell. CPD warrant found in LEADS and booked on two contempt of court cases 18CRB021503/19CRB004008.
5/6/21 – NO BOND set for case 18CRB021503, PB issued for 18CRB004008.
5/13/21 – NO BOND and PB continued
5/19/21 – NO BOND and PB continued
5/26/21 – NO BOND and PB continued
6/3/21 - NO BOND and PB continued
6/10/21 – NO BOND and PB continued
6/23/21 – NO BOND issued now for 18CRB004008 and PB issued for 18CRB021503
7/20/21 – journal entries received stating "100 fine, 180 days CCJ, 152 suspended" No credit given or specified on journal entry, interpreted as County Jail sanction.
7/22/21 - corrected journal entries received stating defendant is ordered released on both cases. Relese is emailed to CHECKS by Clerk Rita Fabian at 15:43. Grimes is released from CCJ at 20:25

**Teairra Idom**
7/20/21 – booked into CCJ for contempt of court case 21CRB004263
7/21/21 – "NO BOND" received in 3D court. Conflicting PB received as well by Judge Earley for same case.
7/22/21 – release processed for PB and release is emailed to CHECKS by Rita Fabian at 17:00. Idom released from CCJ at 21:33

**Hilal Adel Jaouhari**
7/15/21 – booked into CCJ for fresh DV and two contempt of court cases 19TRD033403/20TRD017057. Clerk check states only 20TRD017057 is a minor misdemeanor and eligible for PB.
7/15/21 – RNFC for DV disposition in IMACS entered by correction officer Anisha Franklin.
7/19/21 – PB's for 19TRD033403 and 20TRD017057 emailed to SHCMC by clerk of courts Allen Humphrey at 1:06 am. Release not processed by night shift jail staff.
7/22/21 – Records made aware of PB's. Release is emailed to CHECKS by Rita Fabian at 12:38. Jaouhari is released from CCJ 17:32.

**Dana Johnson**
7/26/21 – booked into CCJ for DV registered warrant
7/27/21 – DV changed to contempt of court in LERMS (originating charge was DV)
7/28/21 - $50,000 bond set for 20CRB004417 by 3D Judge McCall.
8/4/21 – journal entry received from Judge McCall courtroom stating "no contact with victim 39 days held" not indicating release.
8/6/21 – corrected JE received marked personal bond. Release emailed to CHECKS by Rita Fabian at 11:31. Johnson released from CCJ at 17:25

**Edward Johnson**
7/1/21 – booked into CCJ for fresh VSDL/possessing criminal tools and contempt of court case 18TRD025677
7/2/21 – PB issued for case 18TRD025677 and disposition put into IMACS by records clerk Rebecca Moore at 14:51. LERMS printout in possession of records still has no disposition. RNFC not noted in IMACS until 20:38 by SHJH2. Release not initiated by jail weekend staff. (Friday)

7/5/21 – released from CCJ by jail staff at 14:35 (Monday/Holiday)

**Michael Lenix**
6/15/21 – booked into CCJ for contempt of court 21CRB003614
6/16/21 – "NO BOND" issued in 3D court Judge McCall.
7/22/21 – case nolled in court with Judge McCall, JE not located in SHCMC email. Not sent by courts.
7/23/21 – Original copy of journal entry time stamped in Records at 7:53, nolle journal sent in SHCMC at 9:26 by Cleveland Bailiff Mark Carr. Release emailed to CHECKS by Rita Fabian at 10:36. Lenix released from CCJ at 17:01

**Nikkia Luster**
7/30/21 – booked into CCJ for fresh DV and contempt of court 18CRB109947. Clerk check indicated minor misdemeanor/eligible for PB.
7/31/21 – RNFC on fresh DV, not entered by weekend jailor.
8/1/21 – RNFC disposition entered into IMACS by weekend jail staff at 1:07 (SHTAB.)
8/1/21 – SHR plea form emailed to SHCMC by clerk of courts Christopher Stephens at 2:20.
8/1/21 - SHR disposition entered into IMACS by weekend jail staff at 4:11 (SHRG2)
8/1/21 – released from CCJ at 4:16 by jail staff (Sunday)

**Christina Mapp**
7/18//21 – booked into CCJ for fresh DV and contempt of court case 21CRB004379. (Sunday) Clerk fax sheet states M/M eligible for PB.
7/19/21 – RNFC entered into IMACS by jailor Gerald Keil at 13:24, LERMS received by records. Remains in custody for 21CRB004379.
7/20/21 – SHR plea form sent to SHCMC by clerk of courts Allen Humphrey. SHR disposition entered by SHDRC at 15:52. Mapp is released from custody by jail staff at 9:52.

**Teresa McDaniel**
7/16/21 - booked into CCJ for fresh DV (Friday evening) LERMS sheet printed by "smithv" has no disposition as of yet
7/17/21 – Green RNFC filled out by detective Miller at 12:01 (Saturday) LERMS updated to RNFC status.
7/18/21 – RNFC disposition entered into IMACS by jailor Gerald Keil at 8:26. McDaniel released from CCJ by jail staff at 11:28.

**Jamil Norman**
4/9/21 – booked into CCJ for contempt of court case 21CRB001602.
4/10/21 – "NO BOND" issued by 3D Judge Cassidy.
4/12/21 – bond lowered to $15,000 by Judge Cassidy.
7/12/21 – "NO BOND" re-issued by Judge Cassidy.
7/13/21 – "NOBOND" continued by Judge Cassidy
7/19/21 – PB issued by Judge Cassidy. Not sent to SHCMC email by courts for records to process.
7/20/21 - PB journal entry emailed to SHCMC at 11:48 by Chris Noss in video room.
CPD warrant still found in LEADS by Karri Eckert at 14:14. Hit confirmation reads "not confirmed per Lynette in Clerk of Courts" Hold removed from IMACS by A/W O'Donnell at 14:40.
7/20/21 - Release sent to CHECKS at 14:48 by Clerk Rita Fabian. Norman released at 17:13.

**David Randall**
7/22/21 – booked into CCJ for fresh aggravated menacing.
7/23/21 – RNFC disposition entered into IMACS by SHJH2 AT 21:12. (Friday evening) Release not processed by weekend jail staff.
7/25/21 - Randall released by weekend jail staff at 3:17

**Okie Sparks**
7/14/21 - booked into CCJ for fresh DV.
7/15/21 - Green RNFC filled out by detective Biggers at 14:00. RNFC received by Records 14:33. Release emailed to CHECKS by Rita Fabian at 17:27
7/16/21 - Sparks released from CCJ at 12:56

**Alexander Swindell**
7/22/21 - booked into CCJ for fresh VSDL and contempt of court case 20TRD014536. Clerk fax sheet indicates not eligible for personal bond.
7/23/21 - RNFC disposition entered into IMACS by SHJH2 at 21:11 (Friday evening)
7/24/21 – PB issued in 3D Judge Cassidy (Saturday.) Disposition entered in IMACS by SHSBB at 12:13. Warrant found in LEADS for North Olmsted Police Department. Turned over to NOPD at 17:30.

**Emani Walker**
7/8/21 - booked into CCJ for drug trafficking, drug abuse, and commercial license to operate.
7/9/21 – RNFC entered in LERMS for drug trafficking. PB'S not located in SHCMC from clerk of courts for weekend jail staff to process.
7/16/21 - PB's sent to SHCMC from clerk of courts Selena Robinson for Records to process. Release sent to CHECKS by Supervisor Leah Palagyi at 11:26. Walker released from CCJ at 19:26.

**Jason Williams**
7/2/21 - booked into CCJ for fresh disorderly conduct and criminal damaging. (Friday evening)
7/3/21 – RNFC entered into LERMS for criminal damaging. PB issued for disorderly conduct case 21CRB007250 and sent to SHCMC email by clerk of courts Laura Shihadeh at 15:09. No disposition entered into IMACS for either charge. Not processed by weekend jail staff.
7/4/21 - RNFC disposition entered into IMACS by officer Kboll at 14:32. Release not processed by weekend jail staff. (holiday)
7/6/21 – Records made aware of PB issued for case 21CRB007250 after holiday weekend. Release emailed to CHECKS by Rita Fabian at 16:37. Williams released from CCJ at 20:18.

## Prisoners Held Beyond Release Date August 2021

**Armani Averyheart –** Averyheart was booked into County custody on 8/20/21 for fresh Burglary charges and two Contempt of Court charges with Cleveland Police. He was released no formal charges on 8/21/21 for the Burglary charge by Cleveland detectives on 8/21. On Sunday 8/22/21 at 2:51 am, a station house release form was sent to the SHCMC email due to qualifying as a minor misdemeanor. Averyheart was then not released from County custody until Monday 8/23/21 at 2:22 am. (weekend)

**Linda Bartley** – Linda Bartley was booked into County custody on 8/7/21 for Petty Theft. On Saturday 8/7 Bartley was RNFC'd by detectives at 2:31 pm. Bartley was then processed out of County Jail by weekend jail staff at 4:45 pm on Sunday 8/8/21. (weekend)

**Linda Buchanan –** Linda Buchanan was booked into County custody on 8/14/21 for fresh Felonious Assault and two Contempt of Court charges with Cleveland Police. On 8/15/21, Buchanan was RNFC'd for Felonious Assault, Domestic Violence and Criminal Damaging but remained in custody for the two Contempt of Court charges. On 8/16/2021 personal bonds were received in SHCMC email at 2:35am to release her from custody on the Contempt of Courts. Buchanan was then released on Monday 8/16/21 at 8:32 am. (weekend)

**Joseph Butler** – Butler was booked into custody on 8/20/21 on fresh Felonious Assault, Theft, and three contempt of court cases with Cleveland. On 8/21/21 Butler received personal bonds for two of the contempt of courts, and a bond set of $10,000 for the third with GPS condition. On 8/24/21, Butler posted bond for the $10,000 yet remained in custody for GPS installation. On 8/25/21 Sheriff Records received notification that Butler received his ankle monitor. Records forwarded release information to CHECKS email on 8/25/21 at 3:23 pm. The reason Butler remained in custody until 8/26/21 is unknown.

**Gregory Chambers** – Chambers was booked into County custody on 8/9/21 for fresh CCW and on Contempt of Court. On 8/10/21, Chambers was RNFC'd on the CCW, Receiving Stolen Property, and Weapons Under Disability charges but remained in custody for the Contempt of Court. On 8/11/21 at 2:47 am, a personal bond was received for the Contempt of Court and Chambers was released at 8:15 pm. (weekend)

**Delvon Hardnick** – Hardnick was booked in to County custody on 8/21/21 for fresh Domestic Violence and one Contempt of Court charge. On Sunday 8/22/21, Hardnick was RNFC'd off of the Felonious Assault and Domestic Violence but then remained in custody for Contempt of Court. On Monday 8/23/21 at 4:54 am, a personal bond was received in the SHCMC email to release him off of the Contempt of Court. Hardnick was released from custody on 8/23/21 at 10:10 AM.

**Darrion Harrison** – Harrison was booked into County custody on 8/4/21 for four Contempt of Court charges with Cleveland Police. Harrison received three personal bonds for three of his cases on 8/5/21. Harrison received a personal bond on his remaining case on 8/17/21 but remained in custody for GPS bond condition for the personal bonds. Records Clerks did not receive notification of the GPS monitor being installed by Ohio AMS until Monday 8/23/21 at 8:40 am within the SHCMC email. Harrison was then released to Lakewood PD on 8/23/21 at 9:47 am for an outstanding warrant with their agency.

**Michael Howard** – Howard was booked into County custody on 7/8/21 for two County Probation Violation charges. On 7/27/21, Common Pleas Judge Turner ordered Howard released due to the termination of his Probation. Howard remained in custody for his Adult Parole Violation until that was

removed on 7/29/21. Having no further cases, Howard was processed through the LEADS system and found to have an outstanding warrant for CPD. Howard was then booked on two Cleveland Contempt of Court cases on 7/29. Sheriff Records received bubble sheets from court on 8/4/21, however it was not correctly marked in order to release him. Records then received corrected copies of paperwork marked personal bond on 8/5/21 and Howard was released at 9:38 pm.

**Keith Jernigan** – On 8/12/21 Jernigan was booked into County custody for one Cleveland Contempt of Court charge. Sheriff Records received a personal bond for the contempt of court on 8/13/2021 and release information was forwarded to jail Release Desk at 1:59 pm. Jernigan was held by jail staff in error due to Lyndhurst Municipal paperwork. Jail staff was unaware that CCJ does not house for Lyndhurst Muni Court.

**Kayla Jonela** – Jonela was booked into County custody on 8/29/2021 for fresh Domestic Violence charges. Jail staff processed RNFC paperwork on 8/30/2021 at 20:35 and Jonela was released from custody on 8/31/21 at 7:03 pm.

**Thomas Kollar** – Kollar was booked into County custody on 7/29/2021 for felony Theft charges. It was found Kollar used his brother's information and an SO change form was conducted by SIU detective Redmond Dyer on 8/4/21. Once the information was confirmed, Kollar then was taken to court and given a personal bond on 8/6/21 and released from custody at 6:49 pm.

**Kenny Montgomery** – Montgomery was booked into CCJ on 8/6/2021 for eight contempt of court charges with CPD. Montgomery was scheduled for 3D court on 8/9/2021 where Sheriff Records received journal entries for all cases being satisfied. Information from Records was forwarded to Jail staff at 4:51 pm and Montgomery was then booked out of custody on 8/9/2021 at 7:38 pm.

**Bryan Novak** – Novak was booked into County custody on 8/4/21 for Using Weapons While Intoxicated and Aggravated Menacing charges. Initially the charges were entered as two separate cases within IMACS system. Sheriff Records received personal bond for the Weapons While Intox. Charge on 8/6/21 but was held in error due to charges unknowingly should have been booked under one case. Once mistake was corrected in IMACS, Novak was released from custody on 8/10/21 at 4:09 pm.

**Victor Ponomarenko** – Ponomarenko was booked into custody on 8/24/21 for fresh Domestic Violence charges. Ponomarenko was then RNFC'd by Cleveland detectives in LERMS on 8/25/21 however, Records did not receive paperwork or become aware of status until 8/27/21 (paperwork time stamped at 9:59 am)

**Reginald Poole** – Poole was booked into County custody on fresh CCW charges through CPD. On 8/23/21 a bond was set by Cleveland 3D Judge and $10,000 bail was posted by Poole. Due to an ATF detainer (Alcohol, Tobacco and Firearms) Poole did not leave custody until 8/26/21 and was turned over to the Federal agency once able to pick up.

**Jessica Priggins** – Priggins was booked into County custody on 8/21/21 for fresh Domestic Violence charges. Priggins was RNFC'd by Cleveland detectives in LERMS on 8/21/21 however Records Clerks did not receive RNFC paperwork until 8/23/21. Information was then forwarded to Jail staff by Records on 8/23/21 at 12:17pm. (weekend)

**Tanya Pritchett** – Pritchett was booked into County custody on 8/27/21 for fresh Domestic Violence and one contempt of court charge. Pritchett was RNFC'd off the Domestic Violence within IMACS on 8/28/21 however remained in custody for the contempt. The personal bond for the contempt of court was received in SHCMC on 8/29/21 at 2:09 am. (weekend)

**Caitlyn Smiley** – Smiley was booked into County Jail on 8/24/21 by Sheriff Deputy Lever at Juvenile Court. There was apparent confusion between the arresting officer, booking officer and Cleveland Clerk of Courts due to Smiley not being entered into LERMS until 8/27/21. Smiley also had three contempt of court charges through CPD and remained in custody until cases were satisfied on 8/28/21.

**Matthew Sowden** – Sowden was booked into custody on 6/29/21 for 13 contempt of court cases with CPD and fresh Assault through Cleveland Metroparks. On 8/9/21 Sowden was sentenced 71 days in Cuyahoga County Jail with GPS condition. On 8/19/21 Records received an additional journal granting Sowden credit for all 71 days, thus satisfying CCJ sanction. Sowden remained in custody for the GPS installation and Ohio AMS installation paperwork was not received until 8/23/21 within SHCMC email.

**Maxwell Takacs** – Takacs was booked into County custody on 8/21/21 for fresh Disorderly Conduct charges. Takacs was RNFC'd by Cleveland detectives on 8/21/21 however paperwork was not processed until 8/22/21 and Takacs was released from custody at 3:13 pm. (weekend)

**Michael Thomas** – Thomas was booked into custody on 7/6/21 for a felony Robbery Capias with the County. Cleveland fax sheet was not administered by Sally Port due to it not being a CPD arrest. Thomas was later found to have two contempt of court cases with CPD and booked on 8/13/21. On 8/14/21, 3D judge dismissed one of Thomas' cases, but issued a "no bond" on the second case. The no bond remained on Thomas after his 8/18, 9/2, and 9/9 hearings. On 9/15/21 Judge Sweeney satisfied Thomas' remaining Muni case and ordered him released. Thomas remained in custody for his felony case (659529) with the County until transported to Harbor Light on 9/29/21.

**Alexsandra Wakeman** – Wakeman was booked into custody on 8/7/21 for fresh Domestic Violence charges. Wakeman was RNFC'd by CPD detectives on 8/7/21 but was not released until Monday 8/9/21 at 8:36 am. (weekend)

**Carlos Wilson** – Wilson was booked into CCJ on 8/11/21 for fresh Unlawful Restraint charges. Wilson was set bail of $10,000 with GPS condition on 8/12/21. Wilson then posted bail on 8/19/21. Notification of GPS installation was sent to Records Clerk Rebecca Moore by Cleveland Liaison Pipkins at 4:28 pm (2 minutes to shift change.) Moore then forwarded release information to Jail staff on 8/20/21 upon discovering the GPS installation. (GPS email should have been sent to both Cleveland Records Clerks to avoid errors such as this in case of absence.) (records)

**Taylor Wimberly –** Wimberly was booked into Cuyahoga County Jail on 8/23/21 for fresh CCW, and three contempt of court cases with CPD. On 8/25, Records received personal bonds for the three contempt of court cases, however had no disposition for the felony CCW. It was not until 9/7 that jailor position then entered in RNFC disposition into IMACS system. Wimberly was then released from custody on 9/7/21 once local warrants were cleared.

**Tierra Woods** – Woods was booked into County custody on 8/5/21 for fresh Assault charges and one contempt of court with CPD. Woods was RNFC'd by CPD on 8/6/21 but remained in custody for

contempt of court. Personal bond for contempt of court was sent to SHCMC email on 8/7/21 at 3:46 am. Woods was then released from custody on 8/8/21 at 12:18 pm. (weekend)

**Prisoners Held Beyond Release Date September 2021**

**Briteny Bikauskas**
9/8/21 – booked into CCJ for contempt of court case 21CRB005236.
9/9/21 – Bond set at $3,000 by 3D Judge Patton.
9/14/21 – PB issued by Judge Patton. Not located in SHCMC email. Not sent by Clerk of Courts.
9/15/21 – PB sent in SHCMC at 10:31 from James Marshal in Clerk of Courts.
9/15/21 – Release emailed to CHECKS at 12:41 by Clerk Rita Fabian. Released from CCJ at 15:22.

**Russell Carter**
9/8/21 – booked into CCJ for fresh CCW charges
9/9/21 – green RNFC filled out by detective Bellanca at 8:55.
9/10/21 - LERMS printout by jailor Anisha Franklin at 10:28 and emailed to SHCMC at 10:34. Green RNFC received in Records at 11:00. Release emailed to CHECKS by Rita Fabian at 16:22. Carter is released from CCJ at 20:23.

**Elisa Eaves**
8/20/21 – booked into CCJ for 4 contempt of court cases for CPD (19CRB011188/19CRB015670/20CRB009058/20CRB009896)
8/21/21 – PB's issued for 3 of the 4 contempt of courts. Remains in custody for 19CRB011188 $2,500 bond set by Judge Patton in 3D. (Saturday)
8/25/21 - County capias issued, booked on case for RSP case 652943 Judge Miday.
9/7/21 – PB issued for remaining contempt of court 19CRB011188. County case not yet satisfied.
9/14/21 – Ordered released on County case 652943. Lakewood and Brooklyn warrants found in LEADS by Karri Eckert. Release sent to CHECKS by Clerk Janiese Cage at 16:21. Warrants advise and release. Eaves released from CCJ at 20:22

**Lee Gambrell**
9/14/21 – booked into CCJ for 2 VPO cases 21CRB007210/21CRB007211
9/16/21 - $1,000 bond set for 2 VPO cases with GPS condition and additional VPO case added with $25,000 case 21CRB006247 in 3D.
9/16/21 – bail posted for cases 21CRB007210/11, remains in custody for case 21CRB006247 and GPS condition.
9/17/21 – email received for GPS installation on cases 21CRB007210/11. Held for 21CRB006247.
9/20/21 – corrected mittimus paperwork received from Kabinda Robinson in clerk of courts at 16:39 in SHCMC. Original bond was reinstated on case 21CRB006247 instead of $25,000 bond. Bond was originally posted 6/15/21.
9/20/21 – Release email sent to CHECKS by Amanda Brewer at 16:45. Gambrell released from CCJ 19:14.

**Richard Gray**
9/8/21 – booked into CCJ for DUI, open container, and contempt of court initials SHQDJ in IMACS.
9/10/21 - $5,000 bond set and posted for DUI case 20TRC004542, PB issued for open container case 20CRB001936 in 3D. Remains in custody for contempt of court.
9/13/21 – remaining contempt of court case deemed as booking error by Records. Release sent to CHECKS by Rita Fabian at 10:50. Gray released from CCJ at 16:29

**Taron Harbin**
9/13/21 – booked into CCJ for fresh DV, possessing certain weapons at public place
9/14/21 – RNFC off DV and possessing certain weapons at public place. Aggravated menacing charge added to LERMS.
9/15/21 - $1,000 bond set for aggravated menacing with GPS condition in 3D.
9/16/21 – bail posted for aggravated menacing at 20:17. Sent by clerk of courts to SHCMC at 20:28 by Gary Samuels. Remains in custody for GPS. Disposition in IMACS for bond not entered by jail.
9/18/21 – GPS hold removed 9/18/21 by Court Liaison Monique Henderson at 10:11. Warrensville Hts. Warrant found in LEADS by Karri Eckert is advise and release. Released from custody 20:34 by jail staff. (Saturday)

**Ronald Jefferson**
9/14/21 – booked into CCJ for fresh assault charges.
9/14/21 – RNFC emailed to SHCMC email by jailor Kevin Boll at 12:37. Records does not process release for reason unknown. Amanda Brewer had left early same day at 12:15.
9/15/21 – Release emailed to CHECKS by Rebecca Moore at 10:18. Jefferson released from CCJ at 15:52.

**Keith Williams**
9/27/21 – booked into CCJ for contempt of court 17CRB022371
9/28/21 - $1,500 bond set by 3D Judge Cassidy. Bail posted at 12:59. Cannot locate in SHCMC from Clerk of Courts.
9/29/21 – 10% bond disposition entered into IMACS by SHBAB at 23:25. Williams released from CCJ at 23:25 by jail staff.

## Prisoners Held Beyond Release Date October 2021

**Kyle Bland**
10/4/21 – booked into CCJ for fresh theft and assault
10/4/21 - LERMS printout by jailor Gerald Keil at 10:01 states RNFC on assault and charged felony on theft, but conflicting green RNFC is filled out by detective Stiegelmeyer at 11:55. Charge field is blank on form. Not filled out correctly by detective to specify what charges are RNFC.
10/7/21 - Updated LERMS printout by Supervisor Leah Palagyi at 13:16 states RNFC on both theft and assault. RNFC disposition entered into IMACS by Rebecca Moore at 13:20. Shaker PD found in LEADS by Karri Eckert advise and release. Hold removed 16:27 by Supervisor Charmane Townswell. Release emailed to CHECKS by Amanda Brewer at 16:56. Released from CCJ on 20:03

**D'angelo Bryant**
10/30/21 – booked into CCJ for fresh obstructing official business (Saturday)
10/31/21 – LERMS printout by jailor Gerald Keil at 10:06 reads "charged felony" Green RNFC filled out by detective Stiegelmeyer at 10:25. Jailor did not check LERMS additional time to see RNFC nor was Green RNFC picked up from charging unit by jailor. (Sunday)
11/3/21 – LERMS printout printed by Supervisor Leah Palagyi at 10:38. Disposition for RNFC entered into IMACS by Rebecca Moore at 10:43. Records receives green RNFC from detective at 11:01. Charge field left blank by detective.
11/3/21 – Sent to CHECKS by Rebeccca Moore at 12:36. Released from CCJ at 19:53.

**Jawuane Conway**
10/7/21 – booked into CCJ for assault by Cleveland Bailiff's Dept. on "NO BOND" Judge Mccall.
10/13/21 – PB issued with GPS condition. Notification email sent by Supervisor Leah Palagyi to Court Liaisons Mott, Pipkins, Henderson, Perry and Figueroa at 15:53 to alert staff of inmate awaiting GPS hookup.
10/15/21 – Follow up email sent by Supervisor Leah Palagyi AT 11:24 to Court Liaisons on why inmate has not received GPS monitor. Pretrial services with Cleveland were apparently unaware of inmate awaiting installation, despite PB marked "GPS."
10/15/21 – GPS installed, email received by Supervisor Leah Palagyi, Rebecca Moore, and Amanda Brewer from Court Liaison Pipkins of installation at 11:53. Released emailed to CHECKS at 16:38 by Rebecca Moore. Released from custody at 20:44

**Roland Crider**
10/23/21 – booked into CCJ for fresh felonious assault and DV.
10/24/21 – green RNFC filled out by detective S. Hunter at 12:40 for felonious assault. Received by records at 15:50.
10/25/21 - LERMS printout printed by Records clerk Rebecca Moore at 10:06 only reads RNFC on DV, felonious assault field blank.
10/25/21 – LERMS printout from Rebecca Moore at 10:57 now corrected both DV and felonious assault RNFC. Release emailed to CHECKS by Rebecca Moore at 15:56. Released from CCJ at 20:37

**Ziary Evans**
10/3/21 – booked into CCJ for fresh DV.
10/3/21 – LERMS printed out by jailor Gerald Keil at 11:07 states "charged misdemeanor"
10/3/21 - Green RNFC filled out by detective Stiegelmeyer at 12:40. Not picked up from charging unit by jailor to initiate release. (Sunday)

10/4/21 – Green RNFC received in Records at 8:44. Release emailed to CHECKS by Rebecca Moore at 13:52. Released from CCJ at 16:27.

**Hunter Liccardi**
10/6/21 – booked into CCJ for fresh RSP, DUS , drug paraphernalia, and plates.
10/6/21 – LERMS printout by "wittb" at 19:03. RNFC RSP and drug paraphernalia disposition entered into IMACS at 19:01 but no initials appear. PB issued for DUS and plates case 21TRD019840 was not sent to SHCMC email by clerk of courts.
10/15/21 – PB emailed to SHCMC at 17:01 from clerk of courts Leslie Nichols. PB disposition entered into IMACS by Amanda Brewer at 17:05. Warrants found in LEADS by Rita Fabian for Brunswick, Parma and Parma Hts. Release emailed to CHECKS by Janiese Cage at 17:45. Liccardi released from CCJ at 22:57 turned over to Parma Heights PD.

**Brett Simmons**
10/29/21 – booked into CCJ for fresh DV and 2 contempt of court cases 21TRD014430/20TRD020424 not eligible for PB per clerk fax sheet.
10/30/21 – RNFC domestic violence in LERMS. Remains in custody for contempt of court cases.
10/31/21 – PB's issued and emailed to SHCMC email 2:38 (Sunday) from clerk of court Christopher Stephens. LERMS report printed from "bankert" at 2:51. Neither dispositioned in IMACS.
11/1/21 – Records notified of PB's and RNFC by jailor Gerald Keil via email at 9:58 and initiate release. Release emailed to CHECKS by Amanda Brewer at 15:56. Simmons is released from CCJ at 20:11

**Deshaun Stewart**
10/16/21 – booked into CCJ for fresh aggravated menacing.
10/17/21 – LERMS report printed by jailor Gerald Keil at 10:13 reads "charged misdemeanor" Green RNFC filled out by detective Stiegelmeyer at 10:20 (Sunday) Jailor did not pick up Green RNFC from charging unit to begin release.
10/18/21 – Green RNFC time stamped in records at 8:59. Release emailed to CHECKS at 16:33 from Amanda Brewer. Stewart released from CCJ 20:03

**Christopher Taylor**
10/15/21 – booked into CCJ for fresh CCW, WUD, OVI and contempt of court case 19CRB021585.Appeared to be booked on 3rd case which should have been same case as felony WUD. By "SHQDJ"
10/15/21 – RNFC CCW and OVI. Remains in custody for contempt of court and felony WUD.
10/16/21 – PB's received for WUD and contempt of court 19CRB021585 in 3D. Release not processed by Saturday jailor Ricky Taylor due to 3rd case on booking screen in error. Not corrected by jail staff.
10/18/21 – jailor Gerald Keil adds additional open container and marijuana possession ticket to booking in LERMS.
10/20/21 – RNFC in LERMS for marijuana and open container. Not dispositioned in IMACS by jailor.
10/21/21 – Records clerk Rita Fabian prints LERMS report at 9:40. Corrections made to booking screen by Supervisor Leah Palagyi for 3rd case booked in error "19CRA21585" which did not exist. Release emailed to CHECKS at 14:06 by Amanda Brewer. Taylor released from CCJ at 17:13

**Herman Williams**
10/12/21 – booked into CCJ for fresh assault and contempt of court 21CRB004922.
10/14/21 – PB's received for case 21CRB004922 and 21CRB011141 by Judge Sweeney with GPS requirement before release. GPS hold removed by officer Pipkins however did not email records clerks to alert installation to begin release.
10/15/21 – GPS notification email sent to Records clerks at 11:19 by officer Pipkins stating GPS has been installed on inmate. Release email sent to CHECKS at 12:53 by Amanda Brewer. Williams released at 21:01 from CCJ.

**Prisoners Held Beyond Release Date November 2021**

**Diane Bragg**
11/16/21 – booked into CCJ for fresh DV charges
11/17/21 – RNFC printed out of LERMS by jailor Ricky Taylor at 16:39
11/17/21 – RNFC not located in SHCMC email for records staff. Was not sent by jailor Taylor for records to initiate release process.
11/18/21 – disposition in IMACS entered at 3:34. No initials appear.
11/18/21 – Bragg is released by jail staff from CCJ at 9:26
***JAIL**

**David Dixon**
11/7/21 – booked into CCJ for fresh assault charges (Sunday)
11/7/21 – green RNFC paperwork filled out by detective Stiegelmeyer at 9:45 (Sunday)
11/7/21 – green RNFC received by Records weekend clerk time stamped 15:42 (Sunday – no release clerks) LERMS printout by jailor Gerald Keil still reads "charged misdemeanor" at 10:22
11/8/21 - LERMS printout of RNFC printed by release clerk Rebecca Moore 12:51 (Monday) and release processed.
11/8/21 – Release emailed to CHECKS at 15:11 by Rebecca Moore, Dixon released from CCJ at 20:17
***JAIL DIDN'T PROCESS OFF GREEN**

**Morris Durham**
10/31/21 – booked into CCJ for DV charges
11/1/21 – LERMS printout printed by jailor Gerald Keil reads "charged felony" at 11:43. Green RNFC filled out by detective Taylor at 12:00 charge field left blank.
11/2/21 – LERMS now changed to RNFC and printed out by jail officer Inge, disposition entered into IMACS at 6:39 by Gerald Keil. Durham released from CCJ at 11:48 by jail.
***JAIL DIDN'T PROCESS GREEN/LERMS READ "CHARGED"**

**Chelsea Grace**
11/13/21 – booked into CCJ for fresh endangering children, DUI, wrong way, and open container. (Saturday)
11/13/21 – PB's for DUI and open container sent to SHCMC email at 11:11 by clerk of courts Casey Cieplowski, but no disposition entered by jail.
11/13/21 – Released off endangering children. Disposition entered into IMACS by jail staff at 19:52, no initials appear.
11/16/21 – Records receives additional PB's in SHCMC by clerk of courts Lynette Carr (Tuesday) at 9:32.
11/16/21 – Release emailed at 13:52 by Rebecca Moore to CHECKS, Grace is released from CCJ at 17:50.
***JAIL DIDN'T PROCESS BOND (SATURDAY)**

**Larry Jacobs**
11/1/21 – booked into CCJ for aggravated menacing and telephone harassment warrant case 20CRB009910
11/3/21 - $10,000 bond set by 3D with GPS condition
11/8/21 – bond lowered to $3,500 by Judge Cassidy. GPS condition remains
11/13/21 – bail posted (Saturday) bond emailed to SHCMC at 23:47 by clerk of courts Christopher Stephens but remains in jail for GPS installation

11/15/21 – GPS hold removed by jail officer M. Brown indicating GPS monitor has been installed at 8:15 (Monday)
11/15/21 – released from CCJ at 12:48 by jail staff
***CLERK OF COURTS SENT BOND LATE**

**Erik Klotsche**
11/7/21 – booked into CCJ for contempt of court charge for CPD case 21CRB008133.
11/8/21 – given "NO BOND" in 3D Judge McCall
11/10/21 – NO BOND continued in court Judge McCall
11/17/21 - NO BOND continued in court Judge McCall
12/1/21 – Case nolled in court. Email not located in SHCMC from court for records to process.
12/7/21 – Records is made aware of nolle. Release emailed to CHECKS by Rebecca Moore at 12:39 and Klotzsche is released from CCJ at 17:16
***CLEVELAND DID NOT EMAIL PAPERWORK FROM VIDEO COURT**

**Kelly Moye**
11/15/21 – booked into CCJ on 10 contempt of court charges with CPD.
11/17/21 – PB's issued for 9 of the cases, $250 bail posted for case 20CRB006848. Sent to SHCMC email by clerk of courts Wanda Penamon at 8:07, not processed by jail staff. Jail monitors SHCMC email until Records takes over at 8:30.
11/18/21 – Releases made aware of remaining bond and release is emailed to CHECKS by Amanda Brewer at 12:33. Moye is released from CCJ at 16:48.
***JAIL**

**Imani Payne**
11/17/21 – booked into CCJ for fresh DV and assault charges
11/17/21 – RNFC entered into LERMS. Nothing sent to SHCMC by jailor Ricky Taylor to alert Records
11/18/21 – disposition entered into IMACS at 3:09 by SHTAB.
11/18/21 – released from CCJ at 9:18 by jail staff.
***JAIL**

**Evan Stewart**
10/29/21 – booked into CCJ for 2 DV and 1 unlawful restraint.
11/1/21 – PB received for case 21CRB007850 and $50,000 bond set with GPS condition for 21CRB001294 by 3D Judge.
11/3/21 – PB received for 21CRB007850 and bond lowered to $5,000 for 21CRB001294 and GPS continued by Judge Earley.
11/10/21 – PB's issued for both cases 21CRB007850 and 21CRB001294 with GPS by Judge Earley.
11/10/21 – GPS hold removed in IMACS, then re-entered "issue with address" initials "KB"
11/15/21 – unlawful restraint charge deemed as error. Both cases were to have 1 DV charge and 1 unlawful restraint each. 3rd case satisfied as booking error. Initials do not appear in IMACS to indicate who booked the case in error.
11/15/21 – Release Clerk Amanda Brewer emails release to CHECKS at 16:04 GPS hold removed by "BAB" and Stewart is released from CCJ at 19:56
***BOOKING/JAIL**

**Javon Stubbs**
10/18/21 – booked into CCJ for County Bindover through Lakewood PD and County Capias.
11/4/21 – PB's issued for County cases. CPD warrant found in LEADS by Karri Eckert, Confirmed by Jim in clerk of courts. Clerk check not filled out and sent to clerk of courts by jailor.
11/30/21 – Cleveland charges added to booking screen by Officer Cheryl Mott.
12/15/21 – Case 18CRB004935 nolled and case 19CRB000117 satisfied by Judge Oakar. Release emailed to CHECKS by Amanda Brewer at 17:37. Stubbs released at 23:57
***JAIL**

**Lisa Thomas**
11/23/21 – booked into CCJ for fresh Burglary charge
11/27/21 – PB issued in 3D (Saturday) however journal entry is marked faintly. Cannot locate journalized PB in SHCMC from clerk of courts. Mittimus on continuance generated and filled out with "personal bond" (error)
11/29/21 – Records notified of PB and release is emailed to CHECKS by Amanda Brewer at 14:01. Thomas released from CCJ at 18:26
***JAIL (SATURDAY)**

**Christopher Williams**
11/27/21 – booked into CCJ for 3 contempt of court charges for CPD.
11/27/21 – 2 PB's issued for cases 18TRD016454 and 18CRB008688 and $1,000 bond set for 18TRC017216 by Judge Hudak. Bail posted for 18TRC017216 but cannot locate in SHCMC email. Not sent by clerk of courts for jail staff to process.
11/30/21 - Records made aware of bonds. Release is emailed to CHECKS by Amanda Brewer at 16:01. Williams is released from CCJ at 17:18
***CLERK OF COURTS**

**Prisoners Held Beyond Release Date December 2021**

**Tryone Bailey**
12/10/21 – booked into CCJ for fresh aggravated menacing and two contempt of court cases 21CRB007105/21TRD020176.
12/11/21 – RNFC disposition entered into IMACS at 22:07 for aggravated menacing. No initials appear. Remains in custody for contempt of court cases despite being minor misdemeanors. Field left blank under "eligible for personal bond"
12/13/21 – Seen in court by 3D Judge, cases are satisfied. Release is emailed to CHECKS group by Rebecca Moore at 16:14. Bailey is released from CCJ at 19:21 after Westlake warrant is declared no good.
*CLEVELAND

**Sean Barker**
9/23/21 – booked into CCJ for County cases 655971/639703.
12/17/21 – ordered released for case 655971 and release is initiated by clerk Kelly Merth. CPD warrant found in LEADS by clerk Karri Eckert. Warrant is confirmed by Jim in Clerk of Courts. Case is not added into LERMS or IMACS by jailor Taylor. (Friday)
12/20/21 – booked in on domestic violence charge by jailor Gerald Keil (Monday)
12/21/21 – Green RNFC filled out by detective Poole at 1015. RNFC disposition entered into IMACS by jailor Keil at 11:08. Release emailed to CHECKS by clerk Rebecca Moore at 14:43. Warrant for Shaker Hts. Advise and release, hold removed by CAK at 15:10. Barker released from CCJ at 20:19.
*JAIL – RICKY TAYLOR

**Justin Colon**
11/24/21 – booked into CCJ for seatbelt, open container, and two contempt of court cases (20CRB002728/20TRD006981.)
11/27/21 - $5,000 bond set for 20CRB002728, PB's issued for 20TRD006981, seatbelt, and open container cases.
12/1/21 – paperwork received from court. Bond lowered to $2,500 for 20CRB002728, cases continued until future court date of 12/15/21.
12/15/21 – nothing received by Chris Noss in video court via email for court appearance.
12/16/21 – PB issued per courtview docket, however PB not located in SHCMC email from clerk of court.
1/4/22 – PB received by Records. Release emailed to CHECKS by Amanda Brewer at 16:41. Released from custody at 19:50.
*CLEVELAND-CHRIS NOSS

**Billy Frye**
11/20/21 – booked into CCJ for fresh DUI, domestic threats, menacing, obstructing official business, and three contempt of court cases 19CRB021731/21CRB010273/21CRB000501.
11/21/21 – RNFC off DUI and domestic threats. Disposition entered by jailor Keil at 13:56.
11/22/21 – PB's issued for cases 21CRB000501/21CRB010273/19CRB021731. $5,000 bond set by 3D judge for 21CRB012519.
11/23/21 – PB's and $5,000 continued by Judge Cassidy.
12/6/21 – 19CRB021731/21CRB010273/21CRB000501 cases nolled, journal entry for 21CRB012519 unclear of release or sentence.

12/8/21 – Additional journal entry provided by courtroom stating defendant is to be released from custody. Release is emailed to CHECKS by Rebecca Moore at 13:21. Frye is released from custody at 19:52.
*CLEVELAND

**Jason Hamilton**
11/7/21 - booked into CCJ for fresh DV, unlawful restraint, endangering children, and two contempt of court cases 21TRD019399/18TRD024178.
11/9/21 - $1,500 bond set for 18TRD024178, PB issued for 21TRD019399, and $20,000 bond set for 21CRB011953 in 3D.
11/16/21 – all cases continued to 11/30
11/30/21 - all cases continued to 12/6
12/6/21 – PB's issued for all cases with GPS condition. GPS hold removed in IMACS by officer Henderson.
12/7/21 - release emailed to CHECKS by Rebecca Moore. Possible miscommunication between shift changes. Hamilton released from custody at 19:56.
*RECORDS - REBECCA MOORE/AMANDA BREWER

**Shawn Hatten**
12/8/21 – booked into CCJ for fresh DV.
12/10/21 – bond set at $20,000 with GPS condition by 3D Judge.
12/13/21 – bond lowered to $7,500 by Judge Cassidy.
12/21/21 – bond continued at $7,500 by Judge Cassidy.
1/3/22 – PB issued by Judge Cassidy, held for GPS hold as it was previously a bond condition.
1/4/22 – GPS hold removed, verified by Marc Knipper with Probation that it was no longer a condition of release. Release emailed to CHECKS by Amanda Brewer at 16:49. Hatten released from CCJ at 19:52.
*PROBATION/RECORDS-REBECCA MOORE

**Nina Hornsby**
12/13/21 – booked into CCJ for fresh DV and two contempt of court cases 19CRB011676/19TRD012956.
12/14/21 – RNFC off DV, disposition entered into IMACS by GHK at 13:12. Plea to mitigate form should have been sent to release of minor misdemeanor cases. Clerk check indicated defendant was eligible for personal bonds.
12/17/21 – PB's sent to SHCMC by clerk of courts Christopher Stephens at 1:10 am. Hornsby is released by jail staff at 2:26 am.
*JAIL- GERALD KEIL

**Jazmine Jackson**
12/10/21 – booked into CCJ for fresh assault.
12/13/21 – green RNFC filled out by detective Young at 11:31. Clerk fax sheet not received in email until 17:40 by Clerk of Courts Gary Ellis Samuels.
12/14/21 – disposition entered into IMACS by Rebecca Moore at 9:28. Jackson released by jail staff at 10:59.
*CLERK OF COURTS

**Erik Klotzsche**
11/7/21 – booked into CCJ for contempt of court case 21CRB008133.
11/8/21 – NO BOND set by Judge Turner-McCall.
11/10/21 – NO BOND continued by Judge Turner-McCall.

11/17/21 – NO BOND continued by Judge Turner-McCall.
12/1/21 – case nolled by Judge Turner-McCall, journal entry not located in SHCMC email for that day.
12/7/21 – Nolle journal received by records. Release emailed to CHECKS by Rebecca Moore at 12:39. Klotzsche released from custody at 17:16.
*CLEVELAND BAILIFFS DEPARTMENT

**Derrick Lively**
11/26/21 – booked into CCJ for fresh drug abuse and two contempt of court cases 17CRB005571/19TRD015398.
11/27/21 – RNFC for fresh drug abuse in LERMS
12/2/21 – NO BOND set for case 17CRB005571, PB issued for case 19TRD015398.
12/8/21 – PB issued for 17CRB005571. Release emailed to CHECKS at 14:00 by Rebecca Moore. Lively released at 19:50. Brooklyn warrant advise and release.
*DO NOT SEE WHERE ERROR OCCURED

**Dashawn Marks**
12/3/21 – booked into CCJ for fresh DUI.
12/4/21 – PB issued in 3C (Saturday.) Bond emailed to SHCMC at 13:08 by Faceta Sutton in clerk of courts. Release not processed by jailor.
12/7/21 – disposition entered by Amanda Brewer at 14:19 for personal bond. Release emailed at 14:52. Marks released from custody at 17:25.
*JAIL- RICKY TAYLOR

**Edimar Ortiz Lebron**
12/10/21 – booked into CCJ for fresh drug abuse. (Friday)
12/12/21 – Green RNFC filled out by Detective Miranda, no clerk check received until next day.
12/13/21 – Clerk check reveals five contempt of court cases.
12/14/21 – 3 PB's issued and 2 bonds set for cases 18TRD009064/20CRB006598.
12/15/21 – 3 PB's issued and 2 cases nolled by Judge Oakar. Release is emailed to CHECKS by Amanda Brewer at 17:22. Parma Hts. Warrant no good. Ortiz Lebron is released at 23:51.
*JAIL-RICKY TAYLOR

**Francisco Rodriguez-Santiago**
12/31/21 – booked into CCJ for fresh violation of protection order.
1/1/22 – Green RNFC filled out by detective Horvath at 16:30 (Saturday)
1/2/22 – LERMS report printed by jailor Keil at 9:42. Disposition entered into IMACS at 10:56. Rodriguez-Santiago released from custody by jail staff at 13:56. (Sunday)
*JAIL- RICKY TAYLOR

**Steven Ross**
12/31/21 – booked into CCJ for fresh DV.
1/1/22 – Petty theft charge added to LERMS report.
1/3/22 - $2,500 bond set in 3D with GPS monitoring condition. Bail posted at 15:32 (after pretrial services leaves for day.) (Per phone conversation with Stephanie Pope Earley with Pretrial Services, a 9 am list is generated and a 2 pm for who is to be installed.)
1/4/22 –email confirmation received at 14:33 from officer Figueroa that GPS was installed. Release emailed to CHECKS by Amanda Brewer at 16:55. Ross released from custody at 20:04.
*NO ERROR. GPS INSTALLED NEXT DAY

**Robert Smith**
12/7/21 – booked into CCJ for fresh drug trafficking and contempt of court 21CRB010629.
12/8/21 – Juvenile delinquent case DL06101762 added to IMACS screen by abrewer. Warrant recalled by Juvenile court at 13:29 and disposition entered into IMACS at 14:05.
12/9/21 – bail posted for felony drug trafficking and PB issued for contempt of court. Emailed to SHCMC by clerk of courts Faceta Sutton at 20:04. Dispositions entered into IMACS for bonds by "GSBrooks" but release is not processed by jail staff. (Thursday evening.)
12/10/21 – "Warrant recalled" email forwarded to CHECKS by Amanda Brewer at 10:28. Smith is released from custody at 16:59.
*JAIL-GUYNISHA BROOKS

**Johnathan Townsend**
12/24/21 – booked into CCJ for three contempt of court cases (21CRB007328/21CRB006783/19CRB015190) and discharge of firearm (error?) Charges not entered into LERMS. (Friday)
1/4/22 – charges entered into LERMS. Clerk check received by clerk of court. Discharge of firearm removed from IMACS booking screen.
1/5/22 – PB's issued in 3D court. Release emailed to CHECKS at 14:30 by Amanda Brewer. Townsend released from custody at 00:44 on 1/6.
*JAIL-RICKY TAYLOR

**Robert Wade**
10/27/21 – booked into CCJ for fresh violation of protection order and three contempt of court cases (20CRB002213/20CRB011354/19CRB0017289)
10/29/21 – Bail set at $5,000 for cases 21CRB011621 and 19CRB017289 and PB's issued for cases 20CRB002213 and 20CRB011354 in 3D.
11/2/21 – paperwork received from court continuing cases until 11/3/21.
11/3/21 – bond lowered to $1,500 for case 21CRB011621 and GPS condition added. PB issued for 19CRB017289.
11/17/21 – Paperwork received from 13A that all cases are nolled yet email received from Zaire Morrison with pretrial services stating Wade was a "confirmed Probation hookup for GPS."
12/7/21 – per phone conversation between Amanda Brewer and Ronald Hampton with pretrial services, GPS was no longer needed. Release emailed to CHECKS by Amanda Brewer at 16:32. Wade released at 19:45.
*CLEVELAND PROBATION-ZAIRE MORRISON

**Prisoners Held Beyond Release Date January 2022**

**Dashone Dunlap**
1/15/22 – booked into CCJ for fresh DUS, speed limit, seatbelt, and contempt of court cases 2019TRC021675/2019TRD031696/20CRB008660.
1/18/22 – Seen in 3D court. Bond set and posted at $5,000 with GPS for case 20CRB008660, PB issued for 19TRC021675 and court appearance completed for 19TRD031696. Sheriff Records does not receive any paperwork pertaining to fresh DUS, speed limit, and seatbelt. LERMS printout still reads "charged misdemeanor" under those charges. Courtesy email sent to Lisa Scafidi by Supervisor Leah Palagyi regarding this matter. Was told Clerk of Courts did not have relating ticket in system and to call Clerk of Courts at 17:35.
1/20/22 – Copy of ticket emailed to Supervisor Ron Tabor by Leah Palagyi. Original ticket was not received by Clerk of Courts by arresting officer. PB issued for remaining DUS ticket case 22TRD000555 and received in Records. Remains in custody for GPS installation. Email also sent to Mike Negrey regarding JE in case 19TRD031696 due to being unclear.
1/21/22 – GPS monitor installed and notification emailed by Officer Henderson. Release emailed to CHECKS by Rebecca Moore at 10:12. Released from custody at 12:17.
*Charging unit/Leah

**Emmad Hart**
12/27/21 – booked into CCJ for Brookpark bindover drug paraphernalia.
12/29/21 - PB issued by Common Pleas Judge John O'Donnell. Release initiated by records Clerk Ge'Quise Allen. CPD warrant found in LEADS database by Clerk Karri Eckert at 15:14 confirmed by Jim in Clerk of Courts. (Further investigation pending to confirm if warrant confirmation was indeed forwarded to LEADS terminal in 4th floor LEADS room from Records LEADS terminal.) Should have been booked in IMACS by jailor that day.
1/19/22 – CPD case 21CRB005273 confirmed by Saronya in clerk of courts and added into IMACS booking screen by Officer Kevin Boll.
1/20/22 – seen in 3D court. PB issued with GPS condition. GPS confirmation sent to Sheriff Records by Officer Perry. Release sent to CHECKS email by Clerk Rebecca Moore at 16:32. Released from custody at 20:54.
*possibly records/LEADS desk **– change of procedure since this error. ALL releases with CPD warrants in LEADS are now to be emailed to CHECKS by records clerks to prevent this error.**

**William Hudson**
1/2/22 – booked into CCJ for fresh DV and contempt of court 21TRD014586.
1/3/22 – RNFC in LERMS for DV. Clerk check states case was not a minor misdemeanor but defendant was eligible for PB. No personal bond sent by Clerk of Court to SHCMC.
1/4/22 - PB for 21TRD014586 sent to SHCMC email by Clerk of Courts Cindy Wilson-King at 15:15. Release processed by Rebecca Moore and sent to CHECKS email by Amanda Brewer at 16:42. Released from custody at 20:01.
*clerk of courts

**Christopher Lukco**
1/17/22 – booked into CCJ for fresh DV and 4 contempt of court cases with CPD (21TRD020953/21TRD012649/21CRB011543/20TRD015423)

1/18/22 – RNFC domestic violence per LERMS printout from Gerald Keil at 15:38. Disposition entered into IMACS by Keil at 15:57. Remains in custody for contempt of courts. Clerk fax sheet states inmate was eligible for PB but were not minor misdemeanors.
1/19/22 – PB's for 21TRD020953/21TRD012649/21CRB011543/20TRD01543 issued at 2:40 am but cannot locate in SHCMC email.
1/20/22 – Clerk Rebecca Moore enters disposition into IMACS for PB's at 15:56. Release is emailed at 16:34. Lukco is released from custody at 23:37.
*clerk of courts

**Shonna Neal**
1/9/22 - booked into CCJ for fresh DV.
1/11/22 - bond set at $5,000 in 3D with GPS condition. Bail posted at 12:02 pm and bond emailed to SHCMC at 12:10 by Clerk of Courts. Notification of GPS requirement emailed to court liaisons and Pretrial Services by Records Clerk Amanda Brewer at 12:14 pm.
1/12/22 – Notification of GPS installation emailed to Clerk Amanda Brewer at 6:13 am by Officer Keith Pipkins and hold in IMACS removed by Officer Brown. Release emailed to CHECKS by Amanda Brewer at 11:35 am. Neal released from CCJ at 15:12.
*court liaisons/pretrial services

**Angela Thornton**
1/11/22 – booked into CCJ for fresh disorderly conduct; intoxication.
1/12/22 - RNFC per LERMS. (Wednesday) not processed by jailor (Taylor)
1/13/22 - LERMS printout by Officer Anisha Franklin emailed to SHCMC email at 12:18 pm by "release desk scanner" RNFC disposition entered into IMACS by Amanda Brewer at 12:32. Release emailed to CHECKS at 14:59. Thornton released from custody at 20:32.
*jailor

Prisoners Held Beyond Release – February 2022

**Shimira Brantley**
2/20/22 – booked into CCJ for felonious assault.
2/21/22 – Jailor Keil enters 3D court date into IMACS. LERMS printout by Keil at 11:20 does not yet say "RNFC." Green RNFC filled out by Detective Taylor at 11:30.
2/22/22 – Records receives Green RNFC at 9:06. Release initiated by Rebecca Moore and emailed to CHECKS at 15:23. Brantley released from custody at 19:12.

DEPARTMENT OF ISSUE: **JAIL**

**Adam Day**
2/10/22 – booked into CCJ for fresh DUI. PB sent by clerk of courts to SHCMC at 22:25. Disposition entered into IMACS by Officer Thomas Banker at 22:36. Release never processed by Jail.
2/11/22 - Clerk Rebecca Moore receives phone call by family member regarding release. Moore locates PB and initiates release process. Release sent to CHECKS at 14:55. Day released from custody at 19:57.

DEPARTMENT OF ISSUE: **JAIL**

**Jazianna Flemister**
2/17/22 - booked into CCJ for fresh misdemeanor assault.
2/18/22 – Green RNFC filled out by Detective at 13:00. (2 jailors on sick call list)
2/19/22 –RNFC disposition entered into IMACS at 9:55 am by Ricky Taylor. Flemister released by jail at 16:19

DEPARTMENT OF ISSUE: **JAIL**

**Damon Freemanknowles**
2/3/22 – booked into CCJ for fresh DV.
2/4/22 – RNFC on DV per LERMS report. (no green attached to file) Release not initiated by jailor Ricky Taylor.
2/6/22 – RNFC disposition entered by Officer Kuntz at 10:35. Released from jail at 11:53.

DEPARTMENT OF ISSUE: **JAIL**

**Charon Harris**
2/15/22 – booked into CCJ for contempt of court cases 05TRD024556/07CRB040039 with bonds set at $5,000.
2/22/22 – returns to court and cases are satisfied. Journal entries not located in SHCMC from courtroom or Chris Noss in video court.
2/23/22 – release initiated by Clerk Rebecca Moore at 9:54. Release emailed to CHECKS at 10:34. Harris released at 19:13.

DEPARTMENT OF ISSUE: **BAILIFF'S DEPARTMENT**

**Darmario Haynes**
2/2/22 – booked into CCJ for County arraignment. CPD warrant found in LEADS and booked on RSP felony.

2/3/22 – Green RNFC filled out by Detective Hannon at 22:30. Jailor Beverly Witt on sick call log. *snow day
2/4/22 – RNFC LERMS report printed by Records Clerk Rebecca Moore. Release emailed to CHECKS at 13:54. Haynes released at 17:39.

DEPARTMENT OF ISSUE: **JAIL**

**Crystal Johnson**
2/20/22 - booked in CCJ for fresh assault
2/21/22 – LERMS printout by jailor Keil reads “charged misdemeanor” at 9:25 and given court date. Charge status then later changed by detective to RNFC.
2/22/22 – Adult Parole holder placed by officer Williamson and added into IMACS by Records.
2/25/22- Adult Parole release sent to Records by officer Williamson and release processed by Janiese Cage and emailed to CHECKS at 17:27. Johnson released from custody 20:19.

DEPARTMENT OF ISSUE: **DETECTIVES**

**Mario Johnson**
2/15/22 – booked into CCJ for fresh drug abuse and contempt of court cases 19TRD003455/19TRD002478. LERMS printout by Officer Inge states “charged felony” for drug charge. PB’s issued for contempt of courts.
2/17/22 – Email sent to Supervisor Palagyi by Lisa Scafidi advising of drug charge now being charged to RNFC admitting the detective “made changes to the record a few times.” Release generated by Records Clerk Moore and Johnson released from custody 14:44.

DEPARTMENT OF ISSUE: **DETECTIVES**

**William Kelly**
1/27/22 – booked into CCJ for contempt of court cases 21CRB013562/21CRB012524.
1/28/22- PB issued for case 21CRB012524 and NO BOND issued for 21CRB013562 in 3D.
2/2/22- case 21CRB012524 dismissed, PB with GPS issued for case 21CRB013562. Records notified that it will be a Probation install, not Pretrial services.
2/8/22- Client allegedly installed per Ohio AMS paperwork (no notification administered to records.)
2/9/22 – GPS installation paperwork sent to SHCMC at 8:32 by Ohio AMS. Release processed by Rebecca Moore. Kelly released from custody at 17:03.

DEPARTMENT OF ISSUE: **CLEVELAND PROBATION**

**Robert Leach**
2/17/22 – booked into CCJ for violation of protection order.
2/18/22 – Green RNFC filled out by Detective Berry at 14:00.
2/19/22 – LERMS printout by jailor Taylor at 8:03 still reading “committed” no RNFC disposition changed by CPD detective. Release processed by jail. Leach released from custody by 16:11.

DEPARTMENT OF ISSUE: **DETECTIVES**

**Devin Robinson**
2/17/22 – booked into CCJ for fresh felonious assault.

2/18/22 – Green RNFC filled out by detective Majid at 15:30.
2/19/22 – released processed by jail and Robinson is released from custody at 16:12.

DEPARTMENT OF ISSUE: **JAIL**

**John Thomas**
2/23/22 - Booked into CCJ for fresh assault charge.
2/24/22 -PB bond set in 3D for now case number 22CRB001325 with GPS condition. Notification of installation of GPS sent to Records by Officer Henderson. Release not initiated (email looked over.)
2/25/22 – Mistake addressed and Release emailed to CHECKS by Rebecca Moore at 10:07. Thomas released from custody at 16:00.

DEPARTMENT OF ISSUE: **RECORDS**

**John Weakley**
2/16/22 – booked into CCJ for fresh DV and contempt of court case 16CRB013703, clerk check states case is minor misdemeanor but not eligible for PB. RNFC for fresh DV entered into IMACS by officer Keil at 16:02.
2/17/22 – seen in 3D for case 16CRB013703 and case nolled. Release processed by Clerk Rebecca Moore and Weakley released from custody at 18:09.

DEPARTMENT OF ISSUE: **CLERK OF COURT**

**INMATES HELD BEYOND RELEASE DATE – MARCH 2022**

**Inmate: D'andre Adams**

Cleveland report shows: 2/27/22-3/2/22

2/27/22 (Sunday) – booked into CCJ for fresh arrest on:

- Possession of drugs
- Receiving stolen property
- DUI
- Driving under suspension
- Failure to control
- Following too closely
- Drug abuse
- Failure to stop

2/28/22 (Monday) - Released in LERMS off:

- Possession of drugs
- Receiving stolen property
- Drug abuse

-PB issued in case 2022TRC1980. Bond only lists "driving under influence" missing 4 remaining charges:

- Driving under suspension
- Failure to control
- Following too closely
- Failure to stop

3/1/22 (Tuesday)

-Email sent by Lisa Scafidi to Leah Palagyi regarding remaining charges. Leah notated that LERMS read "charged felony" (error on detective) and remaining charges were not listed on PB for 22TRC1980.

3/2/22 (Wednesday)

-New bond with all charges listed and accounted for under 22TRC1980 is sent to SHCMC at 7:10 am.

-Adams is released at 7:12 PM.

CCCC findings: All charges listed were not accounted for under personal bond. Bond only listed one charge which left 4 remaining charges. The records department was left to reach out to the Clerk of Courts to edit bond and insure all 5 charges were listed. Cleveland detective also had "failure to control" and "failure to stop" as charged felonies which also caused confusion.

**Inmate: Henry Austin**

Cleveland report shows: 3/1/22-3/10/22

3/1/22 (Tuesday) – booked into CCJ for fresh arrest on:

1) Burglary

3/2/22 (Wednesday)

-Juvenile Capias added by records for cases DL19101542/DL18105515

- Seen in 3D, bond set at $50,000 for felony - 22CRA1478

3/8/22 (Tuesday)
-Warrants recalled by Juvenile court DL19101542/DL18105515 via email by Joseph Lucci.
3/9/22 (Wednesday)
-Felony burglary case 22CRA1478 NO-BILLED in County Clerk of Courts received by Clerk Karri Eckert.
-Email sent by Karri Eckert to Leah Palagyi to notate receipt of NO BILL by clerk of court.
-Lorain County warrant found in LEADS by Karri Eckert.
3/10/22 (Thursday) - Inmate turned over to Lorain Co. custody at 12:16 am.

CCCC findings: inmate was held in CCJ for transfer of custody to Lorain County SO on their warrant.

**Inmate: Bernard Bennett**

Cleveland report shows: 3/9/22-3/11/22

3/9/22 (Wednesday) – booked into CCJ for registered warrant 20CRA13505

3/10/22 (Thursday) –bond set at $2,500 in 3D
-Bail posted at 12:33 PM. Bond is not emailed to SHCMC by clerk of court for records to process release.
3/11/22 (Friday) – bond is emailed to SHCMC at 9:04 am by clerk of court
-Bennett released at 3:21 PM

CCCC findings: clerk of court did not send bond paperwork to County records for release.

**PENDING:** Awaiting response from Ron Tabor with clerk of court regarding if and when bond was sent on 3/10/22

**Inmate: Derek Brown**

Cleveland report shows: 3/15/22-3/25/22

3/15/22 (Tuesday) – booked in CCJ for fresh arrest domestic violence

3/17/22 (Thursday) – paperwork received for inmate Edward Brown (DOB 3/31/66) in 3D for misdemeanor DV case 2019CRB011258 who was also in custody of CCJ. Case does not belong to Derek Brown.

3/18/22 (Friday) – Derek Brown seen in 3D for felony DV. Bond set at $2,000.
-Case is added in IMACS by Monique Henderson.
-10% Bail is posted for DV case 668759 (now boundover to Common Pleas)
-Booking error for Edward Brown's case is not caught at this time.
3/24/22 (Thursday) – email is sent to Leah Palagyi from Lisa Scafidi regarding why Brown is still in custody.
-Leah responds we did not receive a personal bond for case 2019CRB11258 for this case in SHCMC email.

3/25/22 (Friday) – error is detected where the journal entry for 2019CRB011258 is for Edward Brown DOB 3/31/66, not Derek Brown DOB 7/11/65 who remains in custody.

-Disposition is entered for case 2019CRB011258 as "wrong defendant arrested"

-Brown is released from custody at 2:03 PM.

CCCC Findings: original DV case is added by Johnsie Wilson, however IMACS does not have audit trail to show case was changed from "felony" to "misdemeanor." IMACS does not also show who added the 2019CRB11258 case number. Lisa Scafidi looked up case 2019CRB011258 in Courtview and also did not notice that case was for Edward, not Derek.

**Inmate: Howard Clark**

Cleveland report shows: 2/28/22-3/7/22

2/28/22 (Monday) – booked into CCJ for:

- contempt of court -2019TRD31009
- contempt of court – 2019TRD36951
- contempt of court – 2020CRB3073
- contempt of court – 2020TRD7416

3/1/22 (Tuesday) – seen in 3D court

- personal bond issued – 2019TRD31009
- personal bond issued – 2019TRD36951
- NO BOND issued – 2020CRB3073
- personal bond issued – 2020TRD7416

3/3/22 (Thursday) – seen in Video Court with Judge Sheila Turner-McCall

- Continuance of personal bond – 2019TRD31009
- Continuance of personal bond – 2019TRD36951
- Personal bond issued with GPS requirement – 2020CRB3073
- Continuance of personal bond – 2020TRD7416

3/7/22 (Monday) – journal entry received in SHCMC email by Joshua Fritz removing GPS order for case 2020CRB3073. NOTE: Entry is dated 3/4/22 however is not located in SHCMC email for that day.

-GPS hold is removed

-Clark is released from custody at 6:30 PM.

CCCC Findings: corrected journal entry removed GPS requirement was not received from clerk of courts or video room until 3/7/22. The inmate was seen in video court, and the paperwork should have been emailed to SHCMC that day.
PENDING: awaiting response from Rob Tabor with clerk of courts, Court Administrator Mike Negray, and Video Court Bailiff Chris Noss regarding when original document from 3/4/22 was sent.

**Inmate: Nasir Cloud**

Cleveland Report Shows: 2/26/22-3/18/22

2/26/22 (Saturday) – booked into CCJ for:

- Fresh domestic violence misdemeanor
- Contempt of court – 2020CRB129

2/28/22 (Monday) – seen in 3D

- $2,500 bond set – fresh DV 22CRB1396
- $2,500 bond set – 2020CRB129

3/1/22 (Tuesday) – seen in court with Judge Charles Patton

- Bond increased to $10,000 – 22CRB1396
- Bond increased to $10,000 – 22CRB129

3/7/22 (Monday) – seen in court with Judge Charles Patton

- Continuance of bond – 22CRB1396
- Continuance of bond – 22CRB129

3/16/22 (Wednesday) – seen in court with Judge Charles Patton

- Personal bond issued with GPS requirement – 22CRB1396
- Personal bond issued with GPS requirement – 22CRB129

3/17/22 (Thursday) – email sent by Rodolfo Figueroa to Rebecca Moore stating "inmate Nasir SO 351596 was hooked up today with a GPS."

-Email is not investigated by Rebecca Moore and release is not processed.

3/18/22 (Friday) – error is noted that GPS was hooked up.

-Cloud is released at 7:25 PM.

CCCC findings: the error occurred when Court Liaison Rodolfo Figueroa only puts inmate's first name. Rebecca thought that the inmate's last name was Nasir and the release would be processed by partner Amanda Brewer due to the letter breakdown. Still does not justify that the email was not investigated by Rebecca Moore.

**Inmate: Eris Eanes**

Cleveland report shows: 3/26/22-3/28/22

3/26/22 (Saturday) – booked into CCJ for:

- Fresh felonious assault
- Fresh domestic violence
- Contempt of court minor misdemeanor – 2021TRD17058

3/27/22 (Sunday) – RNFC felonious assault and domestic violence disposition in IMACS by jailor Gerald Keil.

3/28/22 (Monday) – personal bond issued in 3D – 2021TRD17058

-Eanes released from custody 6:02 PM

CCCC findings: Cleveland clerk check is marked "minor misdemeanor-yes" but the clerk of courts did not send the personal bond along with the clerk check. In prior discussion with Court Administrator Mike Negray and Bailiff Supervisor Rob Furda, all acknowledged the inmate should not be booked on minor misdemeanor, due to it not being an arrestable offense on its own. The Clerk of courts wants CCSD to suggest personal bond once RNFC'd off originating charge.

**Inmate: Honesty Harris**

Cleveland report shows: 3/24/22-3/28/22

3/24/22 (Thursday) – inmate turns self in on registered warrant 22CRA1931.
-Inmate taken directly to female booking from Sally Port due to booking officer Diya Davis not being familiar with Cleveland booking process.
-Did not notify jailor in order to be booked in LERMS/clerk check requested

3/25/22 (Friday) – entered into LERMS by Officer Anisha Franklin

3/28/22 (Monday) – seen in 3D.
- Personal bond issued – 22CRA1931
-Harris released from custody at 6:01 PM.

CCCC Takeaways: Booking officer Diya Davis was unaware of booking procedure due to being new to area. Lieutenant Jaenke informed Davis on proper protocol and officer Davis is now aware of how to properly inform jailor of individuals being booked into CCJ for Cleveland.

**Inmate: Bland Hutchins**

Cleveland report shows: 3/15/22-3/17/22

3/15/22 (Tuesday) – booked into CCJ for:
-contempt of court – 22TRD863

3/16/22 (Wednesday) – seen in 3D. $2,500 bond set
-10% bail posted at 5:22 PM
-NOTE: the bond is not sent to county records/SHCMC email by clerk of courts.

3/17/22 (Thursday) – bond is sent to SHCMC by Erika Logan at 2:01 PM
-Hutchins is released from CCJ at 6:32 PM

CCCC Findings: the clerk of courts did not follow procedure and failed to email the bond to county records/jail . Records would have no reason to inquire on this matter unless a phone call from family member/friend/etc is made.
PENDING: awaiting response from Ron Tabor to verify if bond was sent on the day it was posted, 3/16.

**Inmate: Damone Madison**

Cleveland report shows: 3/29/22-4/4/22

3/29/22 (Tuesday) – booked into CCJ for:
- Fresh domestic violence
- Fresh endangering children
- Contempt of court – 2016CRB016246

*NOTE- clerk check only notates case 2016CRB016246

3/30/22 (Wednesday) – RNFC in LERMS for:
- Domestic violence
- Endangering children

3/31/22 (Thursday) – seen in 3D court
- dismissed – 2016CRB016246
- conflicting personal bond/$7,500 bond set – 2018CRB010709
- personal bond issued – 2018TRD20660

-Records protocol is to always refer to the typed "mittimus on continuance" paperwork versus the journal entry from court.

-Madison remains in custody for the $7,500 bond set issued from the mittimus paperwork.

4/4/22 (Monday) – phone called received in records from Saronya Green with clerk of courts inquiring why Madison is still in custody.

-Clerk Amanda Brewer advises Saronya Green Madison has a bond set at $7,500.
-Saronya disagrees and states he was given a personal bond on 3/31/22.
-Clerk of court sends new personal bond to SHCMC at 10:21 am.
Madison released at 4:51 PM.

CCCC takeaways: Cleveland sent two separate documents which were completely conflicting. The first document received at 10:42 AM indicates Madison was to be released on a personal bond. The second document received at 12:59 PM indicates Madison was to remain in custody upon posting a $7,500 bond. Records policy and procedure for all releases is to act off the latest document received by courtroom/clerk of court.

**Inmate: Keion Mason**

Cleveland report shows: 3/11/22-3/15/22

3/11/22 (Friday) – booked into CCJ for fresh assault.
- ❖ NOTE- paperwork not sent to charging unit by jailor

3/15/22 (Tuesday) seen in 3D court for case 22CRB1884

-Personal bond issued – 22CRB1884
-Mason released at 4:43 PM

CCCC takeaways: the jailor on shift for Friday, March 11 did not scan the booking documents/registered warrant over to charging unit. After speaking with jailor Gerald Keil, he stated that he had sent the documents over on Sunday when he started his shift, March 13.

**Inmate: William McNulty**

Cleveland report shows: 3/31/22-4/7/22

3/31/22 (Thursday) – booked into CCJ for domestic violence registered warrant – 19CRB7637
4/1/22 (Friday) – seen in 3D
-$50,000 bond set – 19CRB7637
4/6/22 (Wednesday) – seen in video court Judge Sheila Turner-Mcall
-Personal bond issued – 19CRB7637
-CPD warrant for 19CRB7637 still entered in LEADS at 1:35 PM found by Clerk Karri Eckert.
-1:45 PM warrant for 19CRB7637 is verified as good per Erica in clerk of courts despite being issued personal bond.
-Text sent to Ron Tabor by Leah Palagyi to inquire about warrant still being in LEADS despite bond being issued. Ron replies he is checking on it.
-After no follow up from Ron Tabor, Mcnulty is ran through LEADS for a second time at 5:28 PM, warrant is still entered.
-Mcnulty remains in custody overnight.
4/7/22 (Thursday) – Mcnulty is ran through LEADS at 8:05 AM at beginning of shift, warrant is still entered.
-Email sent to Jail Administrator Ronda Gibson, Associate Warden O'Donnell, Lieutenant Jaenke, and Lisa Scafidi at 9:12 from Leah Palagyi briefing all on situation.
-Text response from Ron Tabor to Leah Palagyi received at 1:21 PM that the warrant has now been recalled.
-Mcnulty released from CCJ at 4:35 PM now that warrant is no longer in LEADS.

CCCC takeaways: Cleveland did not recall their warrant in LEADS despite issuing the individual a personal bond to be released. CCJ cannot release inmates with open warrants for agencies that are verified as good. All proper procedure for communication with clerk of courts supervisor was followed to inform on situation.

**Inmate: Barbara Nicholas**

Cleveland report shows: 3/24/22-3/28/22

3/24/22 (Thursday) – inmate turns self in on registered warrant 22CRA1936.
-Inmate taken directly to female booking from Sally Port due to booking officer Diya Davis not being familiar with Cleveland booking process.
-Did not notify jailor in order to be booked in LERMS

3/25/22 (Friday) – entered into LERMS by Officer Anisha Franklin

3/28/22 (Monday) – seen in 3D. Personal bond issued – 22CRA1936
-Nicholas released from custody at 6:00 PM.

CCCC Takeaways: Booking officer Diya Davis was unaware of booking procedure due to being new to area. Lieutenant Jaenke informed Davis on proper protocol and officer Davis is now aware of how to properly inform jailor of individuals being booked into CCJ for Cleveland.

**Inmate: Ronald Nicholas**

Cleveland report shows:2/26/22-3/30/22

2/26/22 (Saturday) – booked into CCJ for:
- Fresh arrest assault
- Fresh arrest aggravated menacing
- Contempt of court – 21CRB2542
- Contempt of court – 22CRB823

2/28/22 (Monday) – seen in 3D court
- $25,000 bond set with GPS requirement – 22CRB1397
- Personal bond issued – 21CRB2542
- Personal bond issued – 22CRB823

3/3/22 (Thursday) – seen in court Judge Jazmin Torres-Lugo
- Bond lowered to $20,000. GPS requirement remains – 22CRB1397
- Continuance of personal bond – 21CRB2542
- Continuance of personal bond – 22CRB823

3/10/22 (Thursday) journal entries received by courtroom of Judge Torres-Lugo
- Continuance – 22CRB1397
- Continuance – 21CRB2542
- Continuance – 22CRB823

3/21/22 (Monday) – seen in court with Judge Torres-Lugo
- Personal bond issued with GPS requirement – 22CRB1397
- Personal bond issued – 21CRB2542
- Personal bond issued – 22CRB823

3/23/22 (Wednesday) – email received by Amanda Brewer from Stephanie Pope Earley with Pretrial Services stating Nicholas will not be hooked up with GPS due to a full extradition with Medina County.

-LEADS check is performed by Karri Eckert, Medina County advise and release due to defendant being in hospital.

3/24/22 (Thursday) – paperwork received by courtroom of Judge Torres-Lugo that defendant is in Metro Hosptial. Case continued to 3/30/22.

NOTE: in addition to being in hospital, Nicholas had open warrants for:
- Medina OSP
- Fairview Park
- North Olmsted
- Parma
- Portage County
- Medina County
- Lakewood

3/29/22 (Tuesday) – LEADS checks are ran again by Karri Eckert
- Fairview Park advise and release
- North Olmsted advise and release
- Parma advise and release
- Lakewood advise and release
- Medina County confirms and arranges pick up with release desk.

3/30/22 (Wednesday) – Nicholas is released at 11:37 AM and turned over to Medina County SO.

CCCC Takeaways: When individuals have multiple warrants with GPS requirements, it complicates the release process. Pretrial Services had not stated a proper protocol with CCJ for this situation. On March 29, 2022 Lieutenant Jaenke, A/W O'Donnell and Leah Palagyi met with Pretrial Services, Cleveland Probation, Bailiff's Department, and Court Administrator Mike Negray on how to streamline workflow

processes for situations such as this. Stephanie Pope Earley with Pretrial Services stated that when a defendant needs GPS and has an open warrant for a local municipality, it is okay for the individual to be installed with the monitor. When the individual has an open warrant for a felony with another County, they cannot be installed with the monitor in fear of the device being damaged/ cut off. Since this meeting, there is more clarity on the procedure.

**Inmate: Michael Snowden**

Cleveland report shows: 3/5/22-3/7/22

3/5/22 (Saturday) – booked into CCJ for:

- Fresh domestic violence
- Contempt of court – 2014TRD20231

-Clerk check states “minor misdemeanor-yes” and “eligible for personal bond-yes”

- NOTE – the open warrant is from 2014 (8 years old) Court Administrator Mike Negray informed Lieutenant Jaenke and Leah Palagyi that warrants are to be pulled after 5 years.

3/6/22 (Sunday) – RNFC in LERMS for domestic violence. Gerald Keil enters 3D court date into IMACS for contempt.

3/7/22 (Monday) – seen in 3D court

-Case dismissed – 2014TRD20231

-Snowden released at 6:18 PM.

CCCC takeaways: Lisa states this should have been a minor misdemeanor plea form once RNFC’d off the fresh arrest. Cleveland suggests our jailor is to contact the clerk of court for personal bond however inmate had court date in LERMS for 3D on 3/7. The process would be easier if the clerk of court sent the personal bond to SHCMC along with the clerk check OR, don’t write the minor misdemeanor on the clerk check at all if the case itself is not an arrestable offense. This case is what held the inmate the additional day.

**Inmate: Jamal Townsend**

Cleveland report shows: 2/28/22-5/5/22

2/28/22 (Monday) – booked into CCJ for County Probation Capias case 645375 (Judge Daniel Gaul)

-Commit card states arresting department Cleveland. case 22CRA01042 and conveyed to jail by officer Hinkle (CPD)

-Townsend is not booked in for CPD case and clerk check is not completed.

3/3/22 (Thursday) – Townsend sentenced to Community Based Correctional Facility (CBCF) by Judge Daniel Gaul for probation violation.

3/25/22 (Friday) – Townsend is ran through LEADS check prior to transport to Cuyahoga CBCF.

-CPD warrant 22CRA1042 is found by Karri Eckert

-clerk check performed by jailor Anisha Franklin

-Townsend entered into LERMS, case is added to IMACS booking screen.

3/26/22 (Saturday) – seen in 3D court

-$25,000 bond set. Boundover to Common Pleas case 669043.

4/15/22 (Thursday) – Alcohol, Tobacco and Firearms (ATF) detainer received by records, placed in IMACS hold section by clerk Janiese Cage.

5/3/22 (Tuesday) – case 669043 dismissed
5/5/22 (Thursday) – Townsend transferred to ATF custody on their detainer.

CCCC takeaways: the clerk check was not done at the time of booking by intake officer Johnsie Wilson/Kevin Boll.

**INMATES HELD BEYOND RELEASE DATE – APRIL 2022**

**Inmate: Arthur Battle**

Cleveland report shows: 4/6/22-4/21/22

4/6/22 (Wednesday) – booked in CCJ for contempt of court case 2019 CRB 150 (original charge domestic violence)
4/12/22 (Tuesday) – NO BOND set by Judge Shiela Turner-Mccall.
4/13/22 (Thursday) – personal bond issued with GPS condition by Judge Shiela Turner-Mccall.
4/15/22 (Friday) – email from Zaire Morrison with Pretrial Services sent to Records Clerks states Battle was "sentenced to Probation February 6th of 2019" despite the GPS paperwork coming from Pretrial Services.

- Remains in custody until notification of hook up from Probation.

4/19/22 (Tuesday) – email sent by Leah Palagyi to Marc Knipper with Cleveland Probation asking if Knipper is aware of Battle's installation.
4/20/22 (Wednesday) - Knipper replies to Leah Palagyi via email "Mr. Battle will be DOR (defendant ordered returned) for his court date tomorrow with Judge Mccall."
4/21/22 (Thursday) – new personal bond paperwork sent to SHCMC to Records does not have GPS condition marked.

- GPS holder removed as monitor is no longer required per phone conversation with Marc Knipper.
- Battle released from custody at 7:15 PM.
    - *NOTE – email chain with Lisa Scafidi states Marc Knipper was unaware of his GPS requirement until 4/18.

**CCCC takeaways**: there is an ongoing communication issue between Records/Jail staff and Probation/Pretrial Services about the correct individuals getting notified when an inmate is installed with their monitor. Meetings between Cleveland Muni and Sheriff's Department were held in the past to correct this issue and suggestions were made by the Sheriff's Office to help improve workflow and Cleveland has not been open to them. Records continues to be notified of installation by Corrections Staff.

**Inmate: Gary Doubrava**

Cleveland report shows: 4/6/22-4/13/22 (additional 2 days)

4/6/22 (Wednesday) – booked into CCJ for registered warrant 22 CRA 24859 (burglary) booked in from Cleveland Bailiffs.

- Not entered into LERMS by jailor or sent to charging unit until 4/8/22 (Friday)

4/11/22 (Monday) – seen in 3D court. $40,000 bond set.
4/12/22 (Tuesday) – NO BOND issued on misdemeanor case 20 CRB 6465 in court. Case added to IMACS booking screen.
4/13/22 (Wednesday) – seen in County arraignment room for felony burglary. Bond set at $25,000.

- Surety bond set at $25,000 is posted.
    - Personal bond issued for 20 CRB 6465 in Muni court.
    - Released from custody at 6:58 PM.

**CCCC Takeaways**: the booking/release process was delayed due to the jailor not entering the individual into LERMS upon being booked in from courtroom. Jailor should be submitting paperwork to charging unit within timely manner.

**Inmate: Tyrica Duff**

Cleveland report shows: 4/27/22-5/2/22
4/27/22 (Wednesday) – booked into CCJ for fresh menacing and criminal trespassing charges.
4/28/22 (Thursday) – RNFC off menacing. Remains in custody for criminal trespassing.
4/29/22 (Friday) – seen in 3D for criminal trespassing case 22 CRB 3147.

- Personal bond issued.
- Release process initiated.
- Duff refuses to leave custody

5/2/22 (Monday) – Duff is booked out of custody at 9:18 AM.

**Inmate: Jazman Hicks**

Cleveland report shows: 4/16/22-4/20/22 (additional 2 days)

4/16/22 (Saturday) booked into CCJ for fresh domestic violence and endangering children.

- Not entered into LERMS or sent to charging unit by jailor until 4/18/22 (Monday)

4/20/22 (Wednesday) seen in 3D court. $15,000 bond set for case 22 CRB 2815

- Bail posted at 1:40 PM.
- Released from custody 8:00 PM.

**CCCC takeaway**: jailor should be submitting paperwork to charging unit within timely manner.

**Inmate: Maurice Mcfarlin**

Cleveland report shows: 4/23/22-5/6/22 (additional 3 days)

4/23/22 (Saturday) booked into CCJ for burglary warrant case 22 CRA 1971

- Not entered into LERMS or sent to charging unit by jailor until 4/26/22 (Tuesday)

4/27/22 (Wednesday) seen in 3D court.

- Bond set at $7,500

5/2/22 (Monday) initial appearance held in Common Pleas arraignment room.

- Original bond continued at $7,500

5/6/22 (Friday) $7,500 bail posted

- Released from custody at 9:06 PM.

**CCCC takeaway**: jailor should be submitting paperwork to charging unit within timely manner.

**Inmate: Tyrece Williams**

Cleveland report shows: 4/27/22 – 4/29/22 (additional 1 day)

4/27/22 (Wednesday) – booked into CCJ

- Fresh domestic violence

  - Fresh burglary
  - Contempt of court case 20 CRB 10713 (marijuana drug abuse original charge)

4/28/22 (Thursday) – RNFC

- Fresh domestic violence
- Fresh burglary

- Remains in custody for contempt of court 20 CRB 10713.

4/29/22 (Friday) – seen in 3D for contempt of court 20 CRB 010713

  - Case NOLLED

- Released from custody at 6:56 PM

**CCCC takeaway**: the clerk of courts requests that our jailor notifies them when defendant is eligible for personal bond once RNFC'd off fresh charges. Their viewpoint is their "fax sheet" states the defendant is eligible for personal bond but cannot send the bond with the fax sheet due to fear of inmate being released. We should not have to request paperwork from them, they should tell us who they want released. Also, if they are stating the inmate is eligible for personal bond, then he should not be scheduled to appear in 3D court in LERMS.

**Inmate: Eric Zeider**

Cleveland report shows: 4/13/22-4/15/22 (additional 1 day)

4/13/22 (Wednesday) booked into CCJ

  - Fresh domestic violence
  - Fresh criminal damaging
  - Fresh menacing
    - RNFC domestic violence

4/14/22 (Thursday) $7,500 bond set in 3D with SCRAM device requirement marked on journal entry.

  - Bail posted at 1:22 PM.
  - Held for SCRAM monitor installation.

4/15/22 (Friday) Records notified via email at 5:49 AM by Corrections Officer Cheryl Mott that inmate has been installed with SCRAM device.

- Released at 4:36 PM

**CCCC takeaway**: further investigation as to when inmate was installed is pending. Typically, as service by the name of Ohio AMS enters the jail and installs monitor. After doing so, a specific form is submitted via email to Records staff. This document is not located within the email group SHCMC. If the email is not sent by Ohio AMS, it should be Cleveland's staff that is notifying us of installation, not our own.

**INMATES HELD BEYOND RELEASE DATE – MAY 2022**

**Inmate: Robert Chambers**

Cleveland report shows: 5/11/22-5/16/22

5/11/22 (Wednesday) – booked into CCJ for fresh aggravated menacing and domestic violence case 2022 CRB 0003603.
5/13/22 (Friday) – seen in 3D courtroom and bail is set at $10,000 with GPS condition attached.

- Bail is posted at 6:07 pm
    - Remains in custody for GPS installation.
    - Hold is not removed in IMACS by Correction Officer in 3D.

5/14/22 (Saturday) – per Lisa's report, GPS is installed.

- Remains in custody

5/16/22 (Monday) – Clerk Rebecca Moore sends email to Pretrial Services regarding GPS installation upon notice of Chambers posting bond over weekend.

- Zaire Morrison with Pretrial Services responds to Clerk Rebecca Moore that Chambers was installed with GPS on Saturday (5/14.)
- Clerk Rebecca Moore processes release and Chambers is released at 5:27 PM.

**CCCC takeaways:** The lapse occurred between the installation of GPS by Pretrial Services, and the jail staff. At some point, the individual was installed with the monitor but jail staff was not notified in order to release him for custody. Procedures have since been changed where an email from Oriana House is sent to the SHCMC email group to notify the jail of the installation.

**Inmate: Lewis Foster**

Cleveland report shows: 5/16/22-5/25/22

5/16/22 (Monday) – booked into CCJ with contempt of court charge for case 2021CRB0006520.
5/24/22 (Tuesday) – Seen in video court with Judge Earley. Journal entry is marked "defendant to be released today."

- Release is not processed for Foster due to Sheriff Records not receiving the paperwork from video court liaison Chris Noss.

5/25/22 (Wednesday) – Journal entry ordering Foster released is sent to SHCMC at 7:10 AM from Chris Noss.

- ❖ NOTE: Lisa Scafidi sends email to Administrative Supervisor Leah Palagyi also at 7:10 regarding the status of inmate Foster. Leah responds notifying Lisa that Sheriff Records did not receive the journal entry on 5/24.
- Release is processed by Records and Foster is released from custody at 7:23 PM.

**CCCC takeaways**: Cleveland did not send the paperwork until the day after his court appearance. Lisa's emails are helpful to stay on top of situations however at the point of which her email was sent, the inmate was already held an extra day too late.

**Inmate: Alexander Gambler**

Cleveland report shows: 5/7/22-5/9/22

5/7/22 (Saturday) - booked into CCJ for:
  - breaking and entering
  - Theft
  - Vandalism
  - Possessing criminal tools
  - Contempt of court case 22 TRD 002890 (original charge seatbelt violation)

5/8/22 (Sunday) – RNFC off:
  - Breaking and entering
  - Theft
  - Vandalism
  - Possessing criminal tools

- Remains in custody for 22 TRD 002890.
- Clerk check is marked case is minor misdemeanor and is eligible for personal bond.
- Jailor Kevin Boll enters 3D court date into IMACS for Gambler to appear.

5/9/22 (Monday) – Gambler is seen in 3D for case 22 TRD 002890 and case is dismissed.
- Gambler is released from custody at 6:19 PM.

**Inmate: Paris Howard**

Cleveland report shows: 5/9/22-5/11/22

5/9/22 (Monday) – booked into CCJ for fresh domestic violence and violation of state drug law.
5/10/22 (Tuesday) – RNFC off both domestic violence and VSDL in LERMS.
- Release not processed.

5/11/22 (Wednesday) – Sheriff Clerk Amanda Brewer receives green RNFC time stamped at 10:46 AM.
- Email sent to Lisa by Leah Palagyi stating the status in LERMS is not changed to RNFC yet.
- Lisa responds there are duplicate entries in LERMS for Howard.
- Release is processed by Sheriff Records and Howard is released at 6:57 PM.

**Inmate: Ivan Mathis**

Cleveland report shows: 5/13/22-5/16/22

5/13/22 (Friday) – booked into CCJ for fresh felony domestic violence and contempt of court case 2021 TRD 019261.
5/15/22 (Sunday) – RNFC fresh domestic violence
  - Remains in custody for case 2021 TRD 019261
  - Scheduled for 3D court appearance in LERMS

5/16/22 (Monday) – Personal bond emailed to SHCMC for case 2021 TRD 019261 and release is processed by Sheriff Records.
- Mathis is released at 6:32 PM.

**CCCC takeaway**: Jailor Gerald Keil should have requested the personal bond for 2021 TRD 019261 once he received the RNFC due to the clerk check stating this case was eligible for personal bond.

**Inmate: Javasse Mcclain**

Cleveland report shows: 5/1/22-5/3/22

5/1/22 (Sunday) – booked into CCJ for fresh felonious assault and contempt of court case 2020 TRD 015842.
5/2/22 (Monday) – RNFC on felonious assault charge in LERMS.
- Remains in custody for case 2020 TRD 015842.
- Clerk check states case is NOT a minor misdemeanor

5/3/22 (Tuesday) – personal bond for case 2020 TRD 015842 is emailed to SHCMC by clerk of court at 12:34 AM.
- Mcclain is released from custody at 1:06 AM.

**CCCC takeaway**: Lisa's report states there should have been a minor misdemeanor plea form initiated by jailor however, their clerk check states the case is NOT a minor misdemeanor therefore he should have remained in custody until the correct paperwork is submitted by clerk of courts.

**Inmate: Ryan Monge**

Cleveland report shows: 5/9/22-5/14/22

5/9/22 (Monday) – booked into CCJ for
- fresh domestic violence
- unlawful restraint
- aggravated menacing
- contempt of court case 2021 TRD 004649.
- Clerk check states 21 TRD 004649 is a minor misdemeanor but NOT eligible for personal bond.

5/11/22 (Wednesday) – seen in 3D court. Bail set at $10,000 with GPS condition.
- Posts $10,000 bail for DV case 2022 CRB 003493
  - Remains in custody for 2021 TRD 004649

5/12/22 (Thursday) - Journal entry received in SHCMC for 2021 TRD 004649 is not marked personal bond, just has future court date of 5/17/22 written.
5/13/22 (Friday) – personal bond for 2021 TRD 004649 is now sent to SHCMC by clerk of court.
5/14/22 (Saturday) – GPS monitor is now installed by pretrial services for case 2022 CRB 003493.
- Monge is released at 7:41 PM.

**CCCC takeaway**: the clerk check filled out by the clerk of court was marked the defendant's case was NOT eligible for personal bond. When bail was made for the fresh arrest, Sheriff Records should not have to request any paperwork for any other existing cases due to their clerk check stating he was not personal bond eligible. Records held Monge in custody until they received the proper documentation.

**Inmate: Bobby Nix**

Cleveland report shows: 5/5/22-5/8/22

5/5/22 (Thursday) – booked into CCJ for felony arraignment case 669231 (resisting arrest)
- Personal bond issued.
- CPD warrant in LEADS. Clerk check performed and defendant is booked on case 2022 CRB 003221.

5/7/22 (Saturday) – seen in 3D court. Bail set at $20,000.

- Bail posted for case 2022 CRB 003221 at 2:01 PM
- Bond is emailed to SHCMC by clerk of court
    - Release not processed by jail.

5/8/22 (Sunday) – released from custody at 10:39 AM.

**CCCC takeaways**: the jail/jailor did not process the bond on Saturday.

**Inmate: Deshawn Petty**

Cleveland report shows: 5/5/22-5/8/22

5/5/22 (Thursday) – booked into CCJ for aggravated menacing warrant 2021 CRB 011854,
5/7/22 (Saturday) – personal bond issued in 3D with GPS condition.

- GPS holder removed in IMACS by CO Monique Henderson as unit was installed.
    - Not released by jail

5/8/22 (Sunday) – released by jail at 10:41 AM.

**CCCC takeaway** – the jail/jailor did not process the paperwork on Saturday.

**Inmate: Adrian Recker**

Cleveland report shows: 5/16/22-5/25/22

5/16/22 (Monday) – booked into CCJ for fresh gross sexual imposition.
5/18/22 (Wednesday) - $25,000 bail set in 3D court.
5/23/22 (Monday) – personal bond with GPS condition issued in video court Judge Lauren Moore.

- Lisa's report states the GPS unit was installed same day.

5/25/22 (Wednesday) – email sent to Clerk Amanda Brewer by CO Rodolfo Figueroa alerting GPS monitor was installed.

- Recker released at 6:16 PM.

**CCCC takeaway** – communication has strengthened between Sheriff Records, Pretrial Services, and Court Liaison's regarding GPS installation. Emails from Oriana House have been implemented to alert Sheriff Records of installation which will now prevent these situations.

**Inmate: Devonte Riggins**

Cleveland report shows: 5/16/22-5/19/22

5/16/22 (Monday) – booked into CCJ for fresh improperly handling firearms in motor vehicle and contempt of court case 2017 TRD 024383.
5/17/22 (Tuesday) – LERMS printout by jailor Gerald Keil states defendant is CHARGED on felony improperly handling firearms in vehicle.
5/18/22 (Wednesday) – case 2017 TRD 024383 is satisfied in courtroom 3D.

- Remains in custody for felony handling f/a in m/v.

5/19/22 (Thursday) – handling firearms in motor vehicle is now changed to RNFC in LERMS after detectives had entered into database he was charged.

- Riggins is released by jail staff at 1:45 AM.

**CCCC takeaway**: Detectives should not enter disposition into LERMS as charged unless they are completely sure the defendant is going to be charged. When they make changes AFTER our jailor notes they are charged, they need to notify our department.

**Inmate: Tina Umstott**

Cleveland report shows: 5/18/22-5/21/22

5/18/22 (Wednesday) – booked into CCJ for fresh violation of state drug law and contempt of court 2022 TRD 005497.
5/20/22 (Friday) – bail set at $100,000 in 3D for felony VSDL case 2022 CRA 003918.

  - Personal bond issued for contempt of court case 2022 TRD 005497.
  - Bail posted for 2022 CRA 003918 is posted at 8:18 PM but NOT sent to SHCMC by clerk of court.

5/21/22 (Saturday) – bond for 2022 CRA 003918 is sent to SHCMC by clerk of court at 8:15 AM.

- Umstott is released at 9:26 AM.

**CCCC takeaway**: clerk of court did not submit the bond to the SHCMC email group for the jail to process Friday evening.

**Inmate: Jason Wilson**

Cleveland report shows: 5/7/22-5/10/22

5/7/22 (Saturday) – booked into CCJ for:

  - Possession of drugs
  - Drug abuse: marijuana
  - Display of license plates
  - Contempt of court case 2021 TRD 010669
  - Contempt of court case 2019 TRD 035843
  - Contempt of court case 2019 TRD 020815

- All cases are noted on clerk check as eligible for personal bond.

5/9/22 (Monday) – RNFC possession of drugs
5/10/22 (Tuesday) – seen in 3D for remaining charges/cases.

- All remaining cases are satisfied/dismissed in 3D.
- Processed by records, released at 6:43 PM.

**CCCC takeaway**: Due to the clerk check being marked the contempt of court cases were eligible for personal bond, Wilson should have been released on 5/9 when the detectives released him off of the fresh drug possession. Jailor Gerald Keil did not request the personal bonds from the clerk of court.

**INMATES HELD BEYOND RELEASE DATE – JUNE 2022**

**Inmate: Jerry Martin**

Cleveland report shows: 6/6/22-6/8/22

6/6/22 (Monday) – booked into CCJ for fresh domestic violence felony and contempt of court case 2022 TRD 000801.
6/7/22 (Tuesday) - $50,000 bail set in 3D for felony case 2022 CRA 004487

- Personal bond issued for contempt of court case 2022 TRD 000801.
- Felony bail posted at 6:12 PM.
- Bond sent to SHCMC by clerk of court at 6:19 PM
    - Not released by jail.

6/8/22 (Wednesday) – processed by Records Clerk Amanda Brewer (possible phone call by clerk of court/family member?)

- Released from custody at 5:08 PM.

**CCCC takeaway**: jail did not process release after cut off time of 5 PM.

**Inmate: Willie Oliver**

Cleveland report shows: 5/2/22-6/23/22

5/2/22 (Monday) – booked into CCJ for:

- fresh violation of protection order
- contempt of court case 2021 CRB 000932
- contempt of court case 2020 TRC 010887
- contempt of court case 2021 CRB 002117
- contempt of court case 2021 CRB 002118
- contempt of court case 2021 CRB 002868

5/4/22 (Wednesday) – seen in courtroom 3D.

- $25,000 bail set for violation of protection order case 2022 CRB 003294
- $10,000 bail set for 2021 CRB 000932
- Personal bond for 2020 TRC 010887
- Personal bond for 2021 CRB 002117
- Personal bond for 2021 CRB 002118
- Personal bond for 2021 CRB 002868

5/12/22 (Thursday) – all bond amounts continued by Judge Torres Lugo. Bail not yet posted.
5/19/22 (Thursday) – all bond amounts continued by Judge Torres Lugo. Bail not yet posted.
5/26/22 (Thursday) – all bond amounts continued by Judge Torres Lugo. Bail not yet posted.

- 2021 CRB 002117 dismissed
- 2021 CRB 002118 dismissed
- 2021 CRB 002868 dismissed

6/16/22 (Thursday) – seen in 13C Judge Torres Lugo's courtroom

- 2022 CRB 003294 satisfied
- 2021 CRB 000932 satisfied with GPS release condition.
- 2020 TRC 010887 satisfied

- Remains in custody for GPS on case 2021 CRB 000932.

6/22/22 (Wednesday) - Lisa emails Leah asking status of GPS. Clerk Amanda Brewer states she had notified Marc Knipper with Cleveland Probation Department that Oliver was ready for installation. Amanda did not get a response from Knipper at this time.
6/23/22 (Thursday) – Sheriff Records receives installation completion order by Ohio AMS in SHCMC email at 4:24 PM.

- Oliver is released at 11:25 PM.

**CCCC takeaways**: Clerk Amanda Brewer went above her job duties in notifying Probation that the individual was ready for installation. It should not be on the Records Clerks to notify probation when their client is ready. Probation has since have implemented new procedures to manage their docket.

**Inmate: Amanda Ozanich**

Cleveland report shows: 6/3/22-6/13/22

6/3/22 (Friday) – booked into CCJ for CPD warrant 2019 CRA 005876
6/7/22 (Tuesday) – NO BOND set in courtroom 3D.
6/13/22 (Monday) – personal bond issued via zoom hearing Judge Moore.

- Released at 6:49 PM.

**CCCC takeaway**: jailor did not forward paperwork regarding arrest to Cleveland Charging Unit.

**Inmate: Ronald Pierce**

Cleveland report shows: 6/3/22-6/15/22

6/3/22 (Friday) – booked into CCJ for CPD warrant 2018 CRB 016268.
6/8/22 (Wednesday) - $15,000 bail set in courtroom 3D.
6/15/22 (Wednesday) – personal bond issued in courtroom 14C Judge Earley.

- Released from custody at 10:24 PM.

**CCCC takeaway**: jailor did not forward paperwork onto Cleveland Charging Unit.

**Inmate: Branden Robinson**

Cleveland report shows: 6/25/22-6/27/22

6/25/22 (Saturday) – booked into CCJ for fresh domestic violence.
6/26/22 (Sunday) – RNFC in LERMS

    - Not processed by jailor

6/27/22 (Monday) – RNFC paperwork forwarded to SHCMC email by jailor Gerald Keil for Records to process.

- Released from custody 6:57 PM.

**CCCC takeaway**: Sunday jailor did not process the RNFC out of LERMS.

**Inmate: Dwayne Sims**

Cleveland report shows: 6/22/22-6/25/22

6/22/22 (Wednesday) – booked into CCJ for fresh domestic violence and contempt of court case 2021 CRB 003077

- Clerk check states 2021 CRB 003077 is a minor misdemeanor and is eligible for personal bond.

6/24/22 (Friday) – RNFC in LERMS for domestic violence.

  - Not processed by jail.

6/25/22 (Saturday) – released from custody at 2:13 AM.

**CCCC takeaways**: after the RNFC was entered into LERMS, there should have been an automatic personal bond resulting in Sims' release.

**Inmate: Theresa Stephens**

Cleveland report shows: 6/4/22-6/6/22

6/4/22 (Saturday) – booked into CCJ for:

  - Fresh resisting arrest
  - Open container
  - Disorderly conduct

6/5/22 (Sunday) – RNFC in LERMS for fresh resisting arrest.

  - Remains in custody for open container and disorder conduct tickets.

6/6/22 (Monday) – personal bonds for tickets submitted to SHCMC email at 2:14 AM.

- Release processed by jail staff and Stephens is released at 5:12 PM.

**CCCC takeaways**: the individual should not have been held for tickets after she was RNFC'd off her initiating charge.

**INMATES HELD BEYOND RELEASE DATE – JULY 2022**

**Inmate: Brandon Bailey**

Cleveland report shows: 5/4/22-7/1/22

5/4/22 (Wednesday) – booked into CCJ for:
  - Fresh felonious assault
  - Criminal damaging
  - Contempt of court case 2020 CRB 013693

5/5/22 (Thursday) – RNFC fresh felonious assault
5/6/22 (Friday) - $15,000 bail set for criminal damaging case 2022 CRB 003339
  - Personal bond issued contempt of court case 2020 CRB 013693

5/10/22 (Tuesday) - $15,000 bail remains in video court Judge Sweeney
5/18/22 (Wednesday) - $15,000 bail remains in video court Judge Sweeney
5/31/22 (Tuesday) - $15,000 bail remains in courtroom 12C Judge Sweeney
6/8/22 (Wednesday) - $15,000 bail remains in courtroom 12C Judge Sweeney
6/22/22 (Wednesday) - $15,000 bail remains in courtroom 12C Judge Sweeney
6/29/22 (Wednesday) – personal bond issued for case 2022 CRB 003339 with GPS condition.
6/30/22 (Thursday) – email sent to SHCMC by Oriana House stating Bailey was installed.
  - Not processed by Records

7/1/22 (Friday) – Email to Leah from Lisa Scafidi sent asking status of Bailey's release.
- Leah inquires with Records Clerk Amanda Brewer and finds email in SHCMC from Oriana House.
- Amanda processes release
- Bailey released at 4:45 PM.

**CCCC takeaway**: the email from Michael Brown with Oriana House was over-looked by Records. In typical procedure, Records Clerks receive emails from Court Liaison Correction Officers regarding the installation.

**Inmate: Depolo Barnes**

Cleveland report shows: 7/20/22-7/29/22

7/20/22 (Wednesday) – booked into CCJ for Euclid drug trafficking charge.
7/21/22 (Thursday) – Euclid narcotics detectives submit email to SHCOURT email group notifying Records they will not be charging Barnes and individual can be released.
- CPD warrants found in LEADS
- Warrants verified and booked on cases:
  - 2021 CRA 011192
  - 2020 CRB 007932

7/23/22 (Saturday) - $20,000 bail set for 2021 CRA 011192
  - $500 bail set for 2020 CRB 007932

7/28/22 (Thursday) – bail remains set in courtroom 13C Judge Torres-Lugo.
  - Bail posted for cases 2021 CRA 011192 and 2020 CRB 007932.
  - Bonds sent to SHCMC email at 6:50 PM.
  - Not released by jail.

7/29/22 (Friday) – email from Lisa Scafidi to Leah Palagyi sent regarding Barnes' release status.

- Leah advises Lisa the Jail most likely did not release due to not having the Euclid release documents located in Barnes' file.
- Release is processed by Records.
- Barnes is released at 4:39 PM.

**CCCC takeaway**: Lisa's email alerted Records the individual was held beyond release however at the point of which the inmate had already been held 1 day over. The jail did not have the email on file from Euclid Narcotics Detectives and did not want to mis-release Barnes.

**Inmate: Cardale Elmore**

Cleveland report shows: 7/20/22-7/27/22

7/20/22 (Wednesday) – booked into CCJ for:

- Contempt of court 2017 CRB 016511
- Contempt of court 2020 CRB 011784

7/21/22 (Thursday) – 3D court appearance

- Personal bond issued case 2017 CRB 016511
- $5,000 bail set for 2020 CRB 011784

7/26/22 (Tuesday) – personal bond issued for 2017 CRB 11784

- journal entry was marked "total 10 days in jail, Pros. Hawkins – no objection"
- Email sent from Charmane Townsell to Cleveland Court Administrator Mike Negray at 5 PM asking about 10 days written on journal entry

7/27/22 (Wednesday) – Mike Negray responds to Charmane notifying it is a good personal bond and no days are to be served.

- Elmore is released at 3:14 PM.

**CCCC takeaway**: Charmane had doubts regarding what was written on the journal entry and reached out to the Court Administrator for insight. Whenever Records is unsure of a release document, the release is paused until verification.

**Inmate: Cuyahoga Eutsey**

Cleveland report shows: 7/1/22-7/4/22

7/1/22 (Friday) - booked into CCJ for:

- Fresh domestic violence
- Violation of protection order
- Telephone harassment
- Contempt of court 2022 TRD 004524

7/2/22 (Saturday) – RNFC

- Domestic violence
- Violation of protection order
- Telephone harassment.
- Personal bond eligible for minor misdemeanor 2022 TRD 004524

7/4/22 (Monday) – release initiated by jailor Kevin Boll.

- NOTE: personal bond for 2022 TRD 004524 sent to SHCMC at 6:42 AM. Did jailor request personal bond and it took that long to receive?
- Eutsey released at 2:49 PM.

**CCCC takeaway**: Saturday jailor on July 2 should have initiated release once Eutsey was RNFC off fresh charges due to having minor misdemeanor.

**Inmate: Briana Jordan**

Cleveland report shows: 7/11/22-7/13/22

7/11/22 (Monday) – booked in CCJ for fresh felonious assault.
7/12/22 (Tuesday) – RNFC off fresh felonious assault

  - Not processed by jailor

7/13/22 (Wednesday) – Corporal Barb Bailey processes LERMS printout.

- Jordan released at 7:55 AM.

**CCCC takeaway**: the jailor didn't process the release

**Inmate: Eboni Keyes**

Cleveland report shows: 7/11/22-7/13/22

7/11/22 (Monday) – booked into CCJ for fresh aggravated menacing.
7/12/22 (Tuesday) – RNFC aggravated menacing

  - Not processed by jailor

7/13/22 (Wednesday) – Corporal Barb Bailey processes LERMS printout.

- Keyes released 11:06 AM.

**Inmate: Cameron Leonard**

Cleveland report shows: 7/15/22-7/17/22

7/15/22 (Friday) – booked into CCJ for fresh domestic violence and contempt of court 2022 TRD 008057. Clerk check states case is minor misdemeanor but not eligible for personal bond.

- RNFC fresh domestic violence

7/17/22 (Sunday) – personal bond sent to SHCMC for 2022 TRD 008057

- Leonard released from CCJ at 5:09 PM.

**CCCC takeaway**: if the jailor did their job correctly, the personal bond should have been sent sooner than 7/17. Also, if the clerk check states the case is not personal bond eligible, why would the jailor request the personal bond?

**Inmate: Jason Mclaren**

Cleveland report shows: 7/27/22-7/29/22

7/27/22 (Wednesday) – booked into CCJ for aggravated menacing warrant case 2022 CRB 005850
7/29/22 (Friday) – personal bond issued in 3D with GPS condition.

- GPS installed and Mclaren is released at 7:35 PM.

**CCCC takeaway**: Mclaren was booked into custody at 11:51 AM and was not entered into LERMS until the following day. Lisa did email Lieutenant Jaenke and Leah Palagyi on 7/28 (the day after his arrest) that he was not in LERMS as of yet.

**Inmate: Tommie Pratt**

Cleveland report shows: 7/29/22-7/31/22

7/29/22 (Friday) – booked into CCJ for having weapons under disability fresh arrest.
7/30/22 (Saturday) – RNFC fresh weapons under disability in LERMS.
7/31/22 (Sunday) – jailor Kevin Boll processes RNFC.

- Pratt released at 3:26 PM.

**CCCC takeaway**: Saturday jailor did not process release from LERMS.

**Inmate: Herbert Robertson**

Cleveland report shows: 7/23/22-7/26/22

7/23/22 (Saturday) – booked into CCJ for:

  - Fresh assault
  - Contempt of court 2021 CRB 002033
  - Contempt of court 2019 TRD 006872

7/25/22 (Monday) – RNFC fresh assault

  - Remains in custody for 2021 CRB 002033 and 2019 TRD 006872

7/26/22 (Tuesday) – both contempt of court cases satisfied in courtroom 3D.

- Released from custody at 5:28 PM.

**CCCC takeaway**: the Saturday jailor did not sent paperwork to charging unit once Robertson was booked in.

**Inmate: Jamaal Rose**

Cleveland report shows: 7/27/22-7/29/22

7/27/22 (Wednesday) – booked into CCJ for:

  - Fresh assault
  - Aggravated menacing
  - Contempt of court 2021 CRB 008062
  - Contempt of court 2021 CRB 002701

7/29/22 (Friday) – RNFC

  - Assault
  - Aggravated menacing

- Personal bonds issued for

    - Contempt of court 2021 CRB 008062
    - Contempt of court 2021 CRB 002701
- Released from custody at 7:30 PM

**CCCC takeaway**: Rose was not entered into LERMS upon being booked in until the following day. Lisa sent an email to Lieutenant Jaenke and Leah on 7/28 regarding this matter.

**Inmate: Luis Velez**

Cleveland report shows: 7/5/22-7/14/22

7/5/22 (Tuesday) – booked into CCJ for fresh breaking and entering.
7/7/22 (Thursday) - $5,000 bail set courtroom 3D.

- NOTE: Lisa's report states Velez posts bail

7/14/22 (Thursday) – bond posted and sent to SHCMC email. Bond is dated 7/14, not 7/7.

- Velez released at 7:19 PM.

**CCCC takeaway**: it is being investigated on when the bond was actually posted. The public access website states the bond was posted on 7/7, yet the bond sent to SHCMC email was dated 7/14.

**Inmate: Andrew Watkins**

Cleveland report shows: 7/11/22-7/19/22

7/11/22 (Monday) – booked into CCJ for contempt of court case 2022 CRB 000120

- $5,000 bail set in courtroom 3D.

7/14/22 (Thursday) – journal entry received in SHCMC from courtroom 13C Judge Torres-Lugo only marked with future court date of 8/4/22
7/19/22 (Tuesday) – corrected journal entry marked personal bond is submitted by clerk of court in SHCMC.

- Watkins released at 7:44PM.

**CCCC takeaway**: the original journal entry was NOT marked personal bond. Due to the individual having a previous $5,000 bail set, there would be no reason to assume Watkins needed to be released. It would have just been assumed the $5,000 bond stayed until future court date of 8/4/22.

**Inmate: Terrell Williams**

Cleveland report shows: 6/28/22-7/1/22

6/28/22 (Tuesday) – booked into CCJ for fresh domestic violence and burglary
6/29/22 (Wednesday) – RNFC domestic violence
6/30/22 (Thursday) - $25,000 bail set in courtroom 3D case 22 CRA 005381

- ❖ NOTE: bail was posted at 1:51 PM and was not submitted by clerk of court to SHCMC email for Records to process

7/1/22 (Friday) – bond for case 22 CRA 005381 sent to SHCMC email.

- Williams released at 7:06 PM.

**CCCC takeaway**: Williams was not released on 6/30/22 due to the clerk of court not submitted the bond to Sheriff Records in SHCMC. It wasn’t until the following day the bond was located.

| NAME | DOB | ARREST DATE | RELEASE DATE | DAYS HELD | COMMENTS |
|---|---|---|---|---|---|
| CHRISTOPHER ANDERSON | 10/3/1987 | 8/2/2022 | 8/4/2022 | 1 | CLERK CHECK LEFT BLANK UNDER "PB ELLIGIBLE" (CLEVELAND) |
| ASIA, LOUIS ARMANDO | 7/11/1957 | 8/23/2022 | 9/13/2022 | | JOURNAL ENTRY NOT SUBMITTED TO RECORDS FROM BAILIFF'S DEPARTMENT (CLEVELAND) |
| BUSH, ANDREW | 8/29/2000 | 8/23/2022 | 8/25/2022 | 1 | NOT PROCESSED BY JAILER WILLIAMS UNTIL 8/25/22 (CCCC) |
| COCKWELL, JESSICA | 11/4/1992 | 8/10/2022 | 8/12/2022 | 1 | NO JAILER SCHEDULED. PROCESSED IN RECORDS FOLLOWING DAY (CCCC) |
| EADS, CHERYL | 12/16/1967 | 8/10/2022 | 8/17/2022 | 1 | PAPERWORK NOT SENT TO RECORDS BY CLERKS OFFICE UNTIL 8/17 (CLEVELAND) |
| HAYNES, WILLIAM | 1/17/1983 | 8/9/2022 | 8/11/2022 | 1 | NOT PROCESSED BY JAILER UNTIL 8/11/22 NO JAILER FOR 8/10/22 (CCCC) |
| LACLAIR, DYLAN | 7/10/1993 | 8/4/2022 | 8/6/2022 | 1 | PAPERWORK NOT SENT TO CHARGING UNIT BY JAILER FRANKLIN (CCCC) |
| MITCHELL, ROBERT | 10/8/1996 | 7/31/2022 | 8/9/2022 | 5 | PAPERWORK NOT SENT TO RECORDS BY CLERKS OFFICE UNTIL 8/9 (CLEVELAND) |
| NIGHSWONGER, JESSICA | 1/17/1994 | 8/20/2022 | 8/26/2022 | 1 | BOND STAMPED GPS, NOT SCRAM. RECORDS RECEIVED SCRAM WAS INSTALLED AT 9:41 AM 8/26 (CLEVELAND) |
| ORTIZ, RUBEN | 6/21/1953 | 8/14/2022 | 8/19/2022 | 3 | BONDS SUBMITTED BEFORE RECORDS SHIFT AT 7:54 AM. NOT PROCESSED BY JAILER BOLL (CCCC) |
| PAPESH, FRANK | 2/27/1978 | 8/5/2022 | 8/15/2022 | 3 | NO JAILER SCHEDULED. NOT SENT TO CHARGING UNIT UNTIL 8/8/22 (CCCC) |
| PATTERSON, FREDDIE | 8/18/1984 | 8/20/2022 | 8/23/2022 | 2 | PAPERWORK NOT SENT TO CHARGING UNIT BY JAILER FRANKLIN (CCCC) |
| PETERSON, ANTHONY | 2/1/2000 | 8/5/2022 | 8/9/2022 | 3 | NO JAILER SCHEDULED. NOT SENT TO CHARGING UNIT UNTIL 8/8/22 (CCCC) |
| SIZEMORE, JOSHUA | 5/17/2000 | 8/25/2022 | 9/7/2022 | 1 | SENT TO CHARGING UNIT FOLLOWING DAY (CCCC) |
| SKALA, JOHN | 3/8/1963 | 8/11/2022 | 8/13/2022 | 1 | MINOR MISDEMEANOR PB'S NOT SENT TO SHCMC BY CLERK OF COURT (CLEVELAND) |
| TOWNSEND, MICHAEL | 7/15/1992 | 8/5/2022 | 8/9/2022 | 3 | NO JAILER SCHEDULED. NOT SENT TO CHARGING UNIT UNTIL 8/8/22 (CCCC) |
| TURNER, KELLUM | 12/17/1990 | 8/10/2022 | 8/12/2022 | 1 | NO JAILER SCHEDULED. PROCESSED IN RECORDS FOLLOWING DAY (CCCC) |
| WOODS, TYRON | 10/6/1966 | 7/30/2022 | 8/2/2022 | 2 | NO SATURDAY JAILER SCHEDULED (CCCC) |

**INMATES HELD BEYOND RELEASE DATE – SEPTEMBER 2022**

**Inmate: Paul Carter**

Cleveland report shows: 9/28/22-9/30/22 (1 day)

9/28/22 (Wednesday) – booked into CCJ for fresh felonious assault and contempt of court case 2017TRD24950.
9/29/22 (Thursday) – RNFC off fresh felonious assault. Disposition entered into IMACS by Jailor Anisha Franklin.
- Remains in custody for contempt of court case 2017TRD24950.

9/30/22 (Friday) – seen in 3D Muni Court
- Case dismissed and paperwork sent to Records by Court Liaison Rodolfo Figueroa.
- Released from custody at 8:49 PM.

**CCCC Takeaway**: according to Cleveland operations, when a clerk check for an individual is parked "minor misdemeanor" and "personal bond eligible" once they are RNFC'd their fresh arrest, our jailor is to then request the personal bond. The Clerk of Court has stated they will not send the personal bond along with the clerk check in fear the individual may be released in error.

**Inmate: Cuyahoga Eutsey**

Cleveland report shows: 9/8/22-9/29/22 (1 day)

9/8/22 (Thursday) – booked into CCJ for fresh aggravated menacing and violation of protection order charges.
9/10/22 (Saturday) – personal bond issued for aggravated menacing case 2022CRB7673 in 3D Muni Court.
- Remains in custody for violation protection order case 2022CRB5897 $10,000 bail set.

9/13/22 (Tuesday) – seen in court with Judge Cassidy, bail lowered to $2,500 for case 2022CRB5897.
9/28/22 (Wednesday) - personal bonds issued for cases 2022CRB5897 and 2022CRB7673 by Judge Cassidy. Paperwork emailed to SHCMC by video court liaison Chris Noss.
- ❖ Release not processed by Clerk Rebecca Moore (no longer employed)

9/29/22 (Thursday) – original copies from courtroom time stamped in records at 8:37 AM.
- Release processed by Clerk Rebecca Moore.
- Released from custody at 6:58 PM.

**CCCC Takeaway**: Clerk Moore did not process the release despite the paperwork being emailed to SHCMC email group. It is difficult to pinpoint how the error occurred whether the paperwork was simply overlooked in the email, or it was printed and overlooked on her desk.

**Inmate: Charles Hines**

Cleveland report shows: 9/4/22-9/6/22 (1 day)

9/4/22 (Sunday) – booked into CCJ for fresh robbery charge and contempt of court 2019TRD31836.
9/5/22 (Monday) – RNFC fresh robbery. Disposition entered into IMACS by jailor Kevin Boll.

- Remains in custody for 2019TRD31836. Clerk check states individual is eligible for personal bond.

9/6/22 (Tuesday) – personal bond issued for case 2019TRD31836 and sent to SHCMC.
- Release processed by Clerk Rebecca Moore
- Hines released at 5:32 PM.

**Inmate: Precious Johnson**

Cleveland report shows: 9/15/22-9/17/22 (1 day)

9/15/22 (Thursday) – booked into CCJ for fresh felonious assault and domestic violence.
9/16/22 (Friday) – RNFC both felonious assault and domestic violence charges.
9/17/22 (Saturday) – RNFC disposition entered in IMACS by Corporal Chapman at 10:16 AM.
- Released from custody at 7:56 PM.

**Inmate: Dakotah Love**

Cleveland report shows: 9/19/22-9/27/22 (1 day)

9/19/22 (Monday) – booked into CCJ for fresh domestic violence.
9/21/22 (Wednesday) – seen in 3D Muni Court, $3,000 bail set with GPS condition.
9/24/22 (Saturday) – bail posted at 4:44 PM.
- GPS not installed.

9/27/22 (Tuesday) – GPS installed and notated in IMACS by Court Liaison Ronald Williams.
- Released at 8:32 PM.

**CCCC Takeaway**: Cleveland Operations states in their report that it was unknown Love posted bail. It was discussed in prior meetings with the Clerk of Court and Pretrial Services that the Clerk of Court is responsible for sending the bonds with not only GPS conditions, but CSR as well. It should not be on the Sheriff's Department to notify Pretrial Services the individual is ready for installation.

**Inmate: Derrick Townsend**

Cleveland report shows: 9/25/22-9/27/22 (1 day)

9/25/22 (Sunday) – booked into CCJ for fresh domestic violence and contempt of court cases 2022TRD12993/2022TRD12995.
9/26/22 (Monday) – RNFC'd on fresh domestic violence. Notated in system by jailor Kevin Boll.
- Remains in custody for cases 2022TRD12993/2022TRD12995. Clerk check states both cases are personal bond eligible.

9/27/22 (Tuesday) – Personal bonds sent by Clerk of Court to SHCMC.
- Release processed by Clerk Amanda Brewer.
- Townsend released at 7:37 PM.

**CCCC takeaway**: As previously stated, according to Cleveland operations, when a clerk check for an individual is parked "minor misdemeanor" and "personal bond eligible" once they are RNFC'd their fresh arrest, our jailor is to then request the personal bond. The Clerk of Court has stated they will not send the personal bond along with the clerk check in fear the individual may be released in error.

**Inmate: Jerome Williams**

Cleveland report shows: 9/20/22-9/23/22 (1 day)

9/20/22 (Tuesday) – booked into CCJ for fresh rape charges and contempt of court cases:
- 2019TRD15909
- 2019TRD14962
- 2019TRD13362

9/21/22 (Wednesday) – RNFC fresh rape.
- Held for contempt of court cases

9/22/22 (Thursday) – seen in 3D Muni Court.
- All 3 contempt of court cases dismissed.
  - Release not processed by Clerk Amanda Brewer despite email being sent to SHCMC.

9/23/22 (Friday) – Clerk Amanda Brewer processes release
- Williams released at 4:20 PM.

**CCCC takeaway**: Records is currently investigating how the paperwork got missed or looked over.

**INMATES HELD BEYOND RELEASE – OCTOBER 2022**

**Inmate: Tameka Brown**

Cleveland report shows: 10/14/22-10/17/22 (3 days)

10/14/22 (Friday) – booked into CCJ for fresh weapons while intoxicated and DUI.

- RNFC fresh weapons while intoxicated
- Personal bond issued on DUI case 2022TRC14766.
    - Personal bond sent by Clerk of Court at 5:46 PM.
        - ❖ Release is not processed by jailor T. Williams.

10/17/22 (Monday) – personal bond is re-issued and submitted by Clerk of Court at 11:58 am.

- Release processed by Clerk Rebecca Moore
- Brown released from custody at 4:12 PM.

Department of issue: JAIL

**Inmate: Reginald Burris**

Cleveland report shows: 10/17/22-10/28/22 (1 day)

10/17//22 (Monday) – booked into CCJ for violating protection order and

- Contempt of court case 2022CRB3391
- Contempt of court case 2021CRB1971

10/18/22 (Tuesday) – seen in courtroom 3D.

- $25,000 bail set for violation of protection order case 22CRB8844
- NO BOND set for 2022CRB3391
- NO BOND set for 2021CRB1971

10/25/22 (Tuesday) – seen in Judge Cassidy's courtroom

- Personal bond issued for 22CRB8844
- Personal bond issued for 22CRB3391
- $10,000 bail set for 2021CRB1971

10/27/22 (Thursday) – bail posted at 1:49 PM.

- ❖ Bond not sent to SHCMC by Clerk of Court

10/28/22 (Friday) – bond sent to SHCMC by Clerk of Court at 12:20 PM.

- Release processed by Clerk Rebecca Moore
- Released from custody at 5:32 PM.

**CCCC takeaway**: the bond was not located in the SHCMC email group until the following day of bail being posted.

Department of issue: **CLERK OF COURT**

**Inmate: Jazzmine Chiles**

Cleveland report shows: 10/5/22-10/8/22 (1 day)

10/5/22 (Wednesday) – booked into CCJ for fresh felonious assault and contempt of court case 2019TRD24814

10/7/22 (Friday) – RNFC fresh felonious assault. Notated in IMACS by jailor Anisha Franklin
- Remains in custody for 2019TRD24814. Clerk states personal bond eligible.

10/8/22 (Saturday) – case dispositioned in IMACS by SHKXA (Officer Kathleen Belle.)
- Released from custody at 2:33 PM.

**CCCC takeaway**: Lisa's report states the case was personal bond eligible and wants our jailor to request the bond once released the fresh charges.

Department of issue: **JAIL**

**Inmate: Jerry Clemons**

Cleveland report shows 10/7/22-10/11/22 (3 days)

10/7/22 (Friday) – booked in fresh arson and criminal trespassing with
- Contempt of court 2022CRB6414
- Contempt of court 2022CRB5992
- Contempt of court 2022CRB7778
- Contempt of court 2022CRB5838
- Contempt of court 2022CRB7576

10/8/22 (Saturday) – RNFC arson and criminal trespassing. Notated in IMACS by jailor Anisha Franklin.
- Remains in custody for remaining 5 contempt of court cases.
- Clerk check states all cases are personal bond eligible.

10/11/22 (Tuesday) – seen in courtroom 3D.
- All remaining cases are dismissed/satisfied in 3D.
- Release processed by Clerk Michelle Fogler.
- Released from custody at 7:52 PM.

**CCCC takeaway**: Lisa's report states the cases were personal bond eligible and wants our jailor to request the bonds once released the fresh charges.

Department of issue: **JAIL**

**Inmate: Cedrick Crenshaw**

Cleveland report shows: 10/2/22-10/5/22 (1 day)

10/2/22 (Sunday) – booked into CCJ for fresh domestic violence and contempt of court 2013TRC12710

10/3/22 (Monday) – RNFC fresh domestic violence in LERMS. Notated in IMACS by jailor Anisha Franklin.
- Remains in custody for 2013TRC12710.
- Clerk check states case is not a minor misdemeanor and is not personal bond eligible.

10/5/22 (Wednesday) – personal bond for 2013TRC12710 sent to SHCMC at 1:44 PM by clerk of court.
- Released from custody at 5:14 PM.

**CCCC takeaway**: Lisa's report states the personal bond was issued on 10/4 however, was not submitted by Clerk of Court to Records until 10/5. The bond is also dated 10/5.

Department of issue: **CLERK OF COURT**

**Inmate: Heriberto Galindez**

Cleveland report shows: 10/15/22-10/21/22 (1 day)

10/15/22 (Saturday) – booked into CCJ for DUI case 2019TRC29296.
10/17/22 (Monday) - $20,000 bail set in courtroom 3D.
10/20/22 (Thursday) – video appearance with Judge Turner McCall. Given 7 days credit and community control continued for 18 months.

- Release not processed by Clerk Michelle Fogler in Records (possible confusion with journal entry language)

10/21/22 (Friday) – email sent by Supervisor Leah Palagyi to Bailiff's Department Mike Ivy ensuring Galindez is to be released.

  - Release is processed by Records.
  - Released from custody at 4:18 PM

**CCCC takeaway**: Records policy is to not act on release unless 100% positive of status however, the Records Clerk should have inquired the day of paperwork being received.

Department of issue: **RECORDS**

**Inmate: Chantel Johnson**

Cleveland report shows: 10/4/22-10/6/22 (1 day)

10/4/22 (Tuesday) – booked in CCJ for fresh felonious assault and contempt of court case 2019TRD23676.
10/5/22 (Wednesday) – RNFC fresh felonious assault. Notated in IMACS by jailor Anisha Franklin.

- Remains in custody for 2019TRD23676. Clerk check states case is personal bond eligible.

10/6/22 (Thursday) – seen in courtroom 3D for case 2019TRD23676.

  - Case is satisfied.
  - Release processed by Clerk Rebecca Moore
  - Released from custody at 7:12 PM.

**CCCC takeaway**: Lisa's report states the case was personal bond eligible and wants our jailor to request the bond once released the fresh charges.

Department of issue: **JAIL**

**Inmate: William Jordan**

Cleveland report shows: 10/14/22-10/16/22 (1 day)

10/14/22 (Friday) – booked into CCJ for aggravated murder warrant (case 2022CRB8730 written on clerk check, correct case number is 22CRA8730)
10/15/22 (Saturday) – RNFC aggravated murder warrant.

- Release not processed by Saturday jailor.

10/16/22 (Sunday) – RNFC processed by Sunday jailor Kevin Boll.

- Released from custody at 9:39 AM.

**CCCC takeaway**: further investigation of jail roster and attendance for Saturday, October 15.

Department of issue: **JAIL**

**Inmate: Nathaniel Moore**

Cleveland report shows: 10/20/22-10/25/22 (4 days)

10/20/22 (Thursday) – booked into CCJ for fresh aggravated menacing and contempt of court 2013CRB38429
10/21/22 (Friday) – RNFC fresh aggravated menacing. Notated in IMACS by jailor Anisha Franklin.

- Remains in custody for 2013CRB38429. Case is personal bond eligible per clerk check.

10/22/22 (Saturday) – seen in courtroom 3D. case 2013CRB38429 is dismissed.

- Dismissed disposition is entered by Court Liaison Rodolfo Figueroa.
  - Not released from custody (unknown as to reason)

10/25/22 (Tuesday) – contacted by family as to why Moore is still in custody. Email from Lisa Scafidi to Supervisor Leah Palagyi also sent. Advised Lisa release is in process.

- Release processed by Clerk Amanda Brewer.
- Released from custody at 6:15 PM.

**CCCC takeaway**: it is unknown why 120 jail staff did not release Moore on 10/22. Further investigation pending.

Department of issue: **JAIL**

**Inmate: Timothy Reeves**

Cleveland report shows: 10/18/22-10/24/22 (4 days)

10/18/22 (Tuesday) – booked into CCJ for fresh domestic violence.
10/20/22 (Thursday) - $5,000 bail set in courtroom 3D with GPS condition.

- Bail posted at 12:45 PM.
  - Bond not located in SHCMC from Clerk of Court.
  - Still awaits GPS installation.

10/24/22 – Records receives GPS installation email from Oriana House at 4:28 PM.

- Released from custody at 7:00 PM.

10/25/22 (Tuesday) – Lisa emails Supervisor Leah Palagyi, LT. Jaenke, A/W O'Donnell, Ron Tabor, Stephanie Pope (Pretrial Services), and Court Administrator Mike Negray regarding breakdown of release. Stephanie Pope advises Lisa the Clerk of Court failed to forward bond to both Records and Pretrial Services.

**CCCC takeaway**: if the Clerk of Court does not forward the bond to Pretrial Services, they are unaware the individual is in need of a GPS monitor.

Department of issue: **CLERK OF COURT**

**Inmate: Ja'yon Duvall Simmons Thompson**

Cleveland report shows: 10/11/22-10/17/22 (3 days)

10/11/22 (Tuesday) – booked into CCJ for fresh domestic violence, resisting arrest, and failure to disclose information.
10/13/22 (Thursday) – RNFC:

- fresh resisting arrest
- failure to disclose personal information
- Charged misdemeanor in LERMS for domestic violence and obstructing official business.

10/17/22 (Monday) – seen in courtroom 3D for 2022CRB8721

- Personal bond issued with GPS condition.
- GPS installed per Oriana House email at 4:23 PM.
- Released from custody at 4:33 PM.

**CCCC takeaway**: Lisa's report states our jailor did not send the paperwork to charging unit on 10/11 when Simmons-Thompson was booked into custody. Jailor Ragena Inge forwarded paperwork to charging unit at 7:05 PM on Tuesday October 11 confirmed per jailor Kevin Boll.

Department of issue: **CHARGING UNIT**

**Inmate: Kenneth Stevens**

Cleveland report shows: 9/29/22-10/3/22 (3 days)

9/29/22 (Thursday) – booked into CCJ for improperly discharging firearm into school registered warrant.
9/30/22 (Friday) – charged in LERMS at 10:01 AM by Detective Harper.

- RNFC in LERMS at 2:37 PM by Detective Helscel per Lisa's report.

10/3/22 (Monday) – RNFC processed by Records Clerk Amanda Brewer.

- Released from custody at 6:51 PM.

**CCCC takeaway**: When detectives officially charge an individual in LERMS, the jailor is under the impression their role is essentially finished, and the individual will be seen in court. When the detectives go back in and change the status in LERMS to be released without notifying anyone, the jailor will have no idea the person is to be released.

Department of issue: **CHARGING UNIT**

**Inmate: Frank Thompson**

Cleveland report shows: 10/5/22-10/13/22 (1 day)

10/5/22 (Wednesday) – booked into CCJ for contempt of court case 2022CRB6305
10/6/22 (Thursday) – seen in courtroom 3D. $1,000 bail set.
10/11/22 (Tuesday) – court appearance held via zoom Judge Moore. $1,000 bail continued.
10/12/22 (Wednesday) – personal bond issued for case 22CRB6305 by Judge Moore.

- Paperwork not sent by Bailiff's Department.

10/13/22 (Thursday) – personal bond for 22CRB6305 sent by Bailiff's Deparment Mark Carr at 10:42 AM.
- Release processed by Clerk Rebecca Moore
- Released from custody at 7:26 PM.

**CCCC takeaway**: Lisa's report states she is aware the Bailiff's Department did not send the paperwork until 10/13/22

Department of issue: **COURTS**

**Inmate: A'majiah Wiggins-Hardnick**

Cleveland report shows: 10/30/22-11/1/22 (1 day)

10/30/22 (Sunday) – booked into CCJ for fresh domestic violence and contempt of court case 2022TRD3899.
10/31/22 (Monday) – RNFC fresh domestic violence in LERMS. Disposition entered in IMACS by jailor Kevin Boll at 7:13 PM.
- Remains in custody for 2022TRD3899. Clerk check states case is not a minor misdemeanor and personal bond eligible field is left blank.

11/1/22 (Tuesday) – personal bond is sent to SHCMC by clerk of court at 12:31 AM.
- Released from custody at 8:53 AM.

**CCCC takeaway**: Lisa's report states this was a "delayed release." Further investigation as to staffing for that day in jail.

Department of issue: **JAIL**

**Inmate: Jasmine Wilson**

Cleveland report shows: 10/14/22-10/16/22 (1 day)

10/14/22 (Friday) – booked into CCJ for fresh robbery.
10/15/22 (Saturday) – RNFC fresh robber in LERMS
- Not released from custody

10/16/22 (Sunday) – RNFC disposition entered into LERMS by Sunday jailor Kevin Boll at 7:48 AM.
- Released from custody at 9:24 AM.

**CCCC takeaway**: further investigation of jail roster for Saturday, October 15.

Department of issue: **JAIL**

**Inmate: Endia Smith**

Cleveland report shows: 10/16/22-10/19/22 (1 day)

10/16/22 (Sunday) – booked into CCJ for:
- fresh having weapons under disability
- endangering children

- improperly handling firearms in m/v

10/17/22 (Monday) – RNFC:
- weapons under disability
- endangering children
- charged felony for improperly handing firearms in m/v

10/18/22 (Tuesday) – seen in courtroom 3D.
- personal bond issued for felony 22CRA8826
- Additional case 22TRC14967 OVI is added to IMACS booking screen by Court Liaison Monique Perry. No disposition entered but unmarked journal entry is received for case from 3D.
    - ❖ Remains in custody for 22TRC14967 OVI.

10/19/22 (Wednesday) – personal bond issued for OVI case 22TRC14967 sent to SHCMC at 10:28 AM.
- Release is processed by Records Clerk Amanda Brewer
- Released from custody at 7:32 PM

**CCCC takeaway**: the unmarked personal bond journal entry is what held the individual in custody.

Department of issue: **CLERK OF COURT/3D JUDGE**

January 23, 2023

**INMATES HELD BEYOND RELEASE – NOVEMBER 2022**

**Inmate: Joshua Campbell**

Cleveland report shows: 11/18/22-11/23/22 (1 day)

11/18/22 (Friday) – booked into CCJ for DUI warrant case 2022TRC13252.
11/21/22 (Monday) - $1,500 bail set in courtroom 3D.
11/22/22 (Tuesday) – Bail posted at 1:53 PM.

- Bond not sent by Clerk of Court to SHCMC to be processed.

11/23/22 (Wednesday) – email sent by Lisa Scafidi to Supervisor Palagyi inquiring about bond at 8:17 AM. Leah advises Lisa the Clerk of Court did not email the bond to SHCMC.

- Records receives the bond via email at 9:31 AM.
- Campbell released at 3:06 PM.

**CCCC takeaway**: Lisa was aware the Clerk of Court did not send over the bond to SHCMC until the following day.

Department of issue: **CLERK OF COURT**

**Inmate: Gabrielle Conway**

Cleveland report shows: 11/20/22-12/2/22 (2 days)

11/20/22 (Sunday) – booked into CCJ for fresh assault charge.
11/22/22 (Tuesday) - $5,000 bail sent in courtroom 3D.

- Case 2017CRB18719 added to IMACS booking screen by SHKXP (Court Liaison Keith Pipkins) Case belonged to Adam Daniels who also visited courtroom 3D that day.

11/30/22 (Wednesday) – personal bond issued in courtroom 13C Judge Torres-Lugo.

- Not released due to case 2017CRB18719 having been added in error to IMACS booking screen. Case belonged to an Adam Daniels.

12/2/22 (Friday) – Error located and Conway released at 6:58 PM.

**CCCC takeaway**: the case was added in error as a clerical mistake.

Department of issue: **LIAISONS**

**Inmate: Joseph Golden**

Cleveland report shows: 11/9/22-11/21/22 (3 days)

11/9/22 (Wednesday) – booked into CCJ for fresh domestic violence
11/15/22 (Tuesday) - $10,000 bail set in courtroom 3D. Case boundover to Common Pleas.
11/21/22 (Monday) - Initial appearance held. Personal bond issued by Judge Kelly Ann Gallagher with GPS condition.

- GPS installed by County Probation.
- Golden released from custody at 7:12 PM.

January 23, 2023

**CCCC takeaway**: Golden did not make it to courtroom 3D until November 15th which then delayed his release process. Lisa's report states "not placed on docket 11/12 or 11/14 – Ron to handle."

Department of issue: **CLERK OF COURT**

**Inmate: Leandre Jones**

Cleveland report shows: 11/30/22 – 12/2/22 (1 day)

11/30/22 (Wednesday) – booked into CCJ for fresh carrying concealed weapons and contempt of court 2022TRD15789.
12/1/22 (Thursday) – RNFC fresh CCW in LERMS. Notated in IMACS by jailor Anisha Franklin.
- ❖ Held in custody for case 2022TRD15789. Clerk check states case is PB eligible.
- ❖ 3D court date of 12/2 entered in LERMS.

12/2/22 (Friday) – personal bond issued in courtroom 3D. Processed by Records.
- ○ Released from custody at 7:18 PM.

**CCCC takeaway**: Cleveland operations suggests our jailor request the personal bond (if eligible) from the Clerk of Court once RNFC fresh charges.

Department of issue: **CLERK OF COURT**

**Inmate: Brandon Killingsworth aka Brandon Allen**

Cleveland report shows: 11/17/22-11/19/22 (1 day)

11/17/22 (Thursday) – booked into CCJ for contempt of court case 2020TRC3157.
11/18/22 (Friday) – personal bond issued in courtroom 3D. Personal bond journal entry sent to Records by Court Liaison Monique Perry at 11:36 AM.
- ○ Personal bond mitt sent by Clerk of Court at 2:36 PM.
  - ❖ Release not processed by Records Clerk

11/19/22 (Saturday) – personal bond resubmitted by Clerk of Court at 9:11 PM.
- ○ Released from custody at 9:07 PM.

**CCCC takeaway**: All proper paperwork was submitted to Records in order for Killingsworth to be released.

Department of issue: **RECORDS**

**Inmate: Roberto Leon**

Cleveland report shows: 11/3/22-11/5/22 (1 day)

11/3/22 (Thursday) – Booked into CCJ for fresh drug abuse and contempt of court case 22TRD15944.
11/4/22 (Friday) – Personal bond for 22TRD15944 sent by Clerk of Court to SHCMC at 2:54 PM.
- ○ RNFC fresh drug abuse charge. Notated in IMACS by jailor Anisha Franklin at 4:21 PM.
  - ❖ Not released from custody.

11/5/22 (Saturday) – personal bond re-sent at 8:54 PM by Clerk of Court.

- Released from custody at 11:15 PM.

**CCCC takeaway**: all proper paperwork was submitted by the Clerk of Court in order to release defendant. Possible miscommunication between Records and jailor due to timing of RNFC/bond.

Department of issue: **RECORDS/JAIL**

**Inmate: Jada Oden**

Cleveland report shows: 11/23/22-11/25/22 (2 days)

11/23/22 (Wednesday) – booked into CCJ for fresh domestic violence charges and contempt of court 2016TRD36414
11/25/22 (Friday) – RNFC fresh domestic violence

- Personal bond sent by Clerk of Court to SHCMC at 4:26 PM.
- Oden released at 7:44 PM.

**CCCC takeaway**: I do not see where the individual was held beyond release. She was not RNFC in LERMS until the 25th. Lisa's report states she was RNFC on the 23rd.

**Inmate: Gregory Perez**

Cleveland report shows: 11/12/22-11/14/22 (2 days)

11/12/22 (Saturday) – booked into CCJ for fresh domestic violence, disorderly conduct, violation of protection order and contempt of court 2022CRB8339.

- RNFC all fresh charges
    - Domestic violence
    - Disorderly conduct
    - Violation of protection order
- Held in custody for contempt 2022CRB8339. Clerk check states case is not personal bond eligible.

11/14/22 (Monday) – seen in courtroom 3D.

- Given credit for 3 days in custody. Case satisfied per journal entry.
- Release processed by Records
- Released from custody 6:31 PM.

**CCCC takeaway**: the Clerk check states the case was not personal bond eligible. We released the individual once proper paperwork was given to us. No error or delay was found.

Department of issue: **CLERK OF COURT**

**Inmate: Charon Samilton**

Cleveland report shows: 11/28/22-12/1/22 (1 day)

11/28/22 (Monday) – booked into CCJ for fresh inducing panic and menacing and contempt of court 2019TRD29336 (Clerk check states case is PB eligible.)

11/30/22 – seen in courtroom 3D. Personal bond issued for case 2022CRB10055 with GPS condition.
- Journal entry for case 2019TRD29336 not in attachments from 3D Liaisons.
- GPS installed per Court Liaison Rodolfo Figueroa.
- Remains in custody for 2019TRD29336.

12/1/22 – Clerk Brewer receives paperwork for case 2019TRD29336. Released from custody at 4:38 PM.

**CCCC takeaway**: the proper paperwork was not submitted to Records in order for the individual to be released. Perhaps it could have been a scanner error where the paperwork was skipped.

Department of issue: **LIAISONS**

**Inmate: Brian Simms**

Cleveland report shows: 11/3/22-11/5/22 (1 day)

11/3/22 (Thursday) – booked into CCJ for fresh drug abuse and contempt of court 22TRD15943.
11/4/22 (Friday) – personal bond issued for 22TRD15943. Disposition entered into IMACS by Clerk Amanda Brewer at 3:08 PM.
- RNFC fresh drug abuse. Disposition entered by jailor Anisha Franklin at 4:20 PM.
  - Not released.

11/5/22 (Saturday) – personal bond resubmitted by Clerk of Court at 3:52 PM.
- Released from custody at 7:39 PM.

**CCCC takeaway**: there was an existing DNA hold in the IMACS hold field which potentially held the individual in custody. Otherwise, miscommunication between Records and jailor due to timing of RNFC/bond.

Department of issue: **RECORDS/JAIL**

**Inmate: Alexandria Wagner**

Cleveland report shows: 11/6/22-11/8/22 (1 day)

11/6/22 (Sunday) – booked into CCJ for fresh violation of protection order.
11/8/22 (Tuesday) – RNFC in LERMS. Paperwork sent to Records by jailor Boll at 11:40 AM.
- Release processed by Clerk Amanda Brewer.
- Released from custody at 6:55 PM.

**CCCC takeaway**: Lisa's report states the defendant was RNFC on 11/7 despite LERMS not saying RNFC until 11/8. Records will not act off just the green paperwork.

Department of issue: **DETECTIVES**

**Inmate: Darius Williford**

Cleveland report shows: 11/14/22-11/18/22 (2 days)

11/14/22 (Monday) – booked into CCJ for:

- fresh receiving stolen property
- contempt of court 2017CRB6711
- contempt of court 2015TRD5979

11/16/22 (Wednesday) – seen in courtroom 3D.

- personal bond for case 22CRA9658 only (RSP)

11/18/22 (Friday) – 2017CRB6711 and 2015TRD5979 heard in courtroom 3D.

- both 2017CRB6711/2015TRD5979 dismissed
- Released from custody at 7:06 PM.

**CCCC takeaway**: per Lisa's report, Williford's misdemeanor cases were not on the 11/16 docket and therefore were not heard. Per Officer Kevin Boll, all information was sent to charging unit on 11/15/22 at 5:14 AM.

Department of issue: **CLERK OF COURT/CHARGING UNIT**

February 18, 2023

**INMATES HELD BEYOND RELEASE – DECEMBER 2022**

**Inmate: Daijhanay Black**

Cleveland report shows: 12/7/22-12/9/22 (1 day)

12/7/22 (Wednesday) – booked into CCJ for fresh misdemeanor assault and contempt of court 2021TRD6448.
12/8/22 (Thursday) – RNFC fresh assault notated in IMACS by Jailor Anisha Franklin.

- Remains in custody for 21TRD6448 (Clerk check states case is personal bond eligible.)

12/9/22 (Friday) – appears in courtroom 3D for case 2021TRD6448. Case is court appearance complete. Release is processed by Records.

- Released from custody at 7:26 PM.

Department of issue: **CLERK OF COURT**

**Inmate: Chazerae Coats**

Cleveland report shows: 12/4/22-12/8/22 (1 day)

12/4/22 (Sunday) – booked into CCJ for:

- Fresh domestic violence
- Contempt of court 2022CRB10192
- Contempt of court 2022CRB6134
- Contempt of court 2021TRD19981

12/6/22 (Tuesday) - $10,000 bail set in 3D for domestic violence case 22CRB10246 with GPS condition

- $4,000 bail set in 3D for 2022CRB10192 with GPS condition
- $2,500 bail set in 3D for 2022CRB6134 with GPS condition
- Personal bond issued in 3D for 2021TRD19981
    - Bail posted at 8:56 PM for cases 2022CRB10246, 2022CRB10192, and 2022CRB61234.
        - Held in custody for GPS installation.

12/8/22 (Thursday) – GPS installed. Released from custody at 6:57 PM.

**CCCC takeaway**: the delay of release was due to the individual needing the GPS monitor. Pretrial Services was unaware of the inmate needing hooked up until our Clerk, Amanda Brewer notified them. The notification should come from the Clerk of Court once the bond is posted so they can begin their process.

Department of issue: **CLERK OF COURT/PRETRIAL SERVICES**

**Inmate: Carla Edward**

Cleveland report shows: 12/28/22-12/31/22 (1 day)

12/28/22 (Wednesday) – booked into CCJ for fresh domestic violence and contempt of court case 2022CRB6849. Clerk check states case is personal bond eligible.
12/29/22 (Thursday) – RNFC fresh domestic violence in LERMS. Remains in custody for 2022CRB6849.

12/30/22 (Friday) – personal bond issued in courtroom 3D.

- Release processed by Records and emailed to release desk from Clerk Amanda Brewer at 4:26 PM.

12/31/22 (Saturday) – released from custody at 12:19 AM.

Department of issue: **CLERK OF COURT**

**Inmate: Rayshaun Glass**

Cleveland report shows: 12/16/22-12/19/22 (2 days)

12/16/22 (Friday) – booked into CCJ for domestic violence case 2022CRB8388 with $2,500 bail set and GPS condition.

- Bail posted at 5:17 PM and sent to SHCMC email at 5:25 PM from Clerk of Court.
    - Remains in custody for GPS installation.

12/19/22 (Monday) – bond re-submitted to SHCMC email by Clerk of Court.

- Email sent to Pretrial Services by Administrative Support Supervisor that individual is ready for installation.
- GPS installed per Court Liaison Mark Hale.
- Glass released at 5:07 PM.

**CCCC takeaway**: Pretrial Services should have been notified by the Clerk of Court when Glass posted bond so they could install the monitor.

Department of issue: **CLERK OF COURT**

**Inmate: Ashley Gray**

Cleveland report shows: 12/6/22-12/8/22 (1 day)

12/6/22 (Tuesday) – booked into CCJ for fresh domestic violence and contempt of court 2022TRD8400.
12/7/22 (Wednesday) – RNFC fresh domestic violence.

- Remains in custody for 2022TRD8400. Clerk check states case is PB eligible.

12/8/22 (Thursday) – Case satisfied in courtroom 3D.

- Release processed by Records.
- Released from custody at 7:47 PM.

Department of issue: **CLERK OF COURT**

**Inmate: Rayvon Hale**

Cleveland report shows: 12/11/22-12/14/22 (1 day)

12/11/22 (Sunday) – booked into CCJ for fresh felonious assault, resisting arrest, and one contempt of court case 2022TRD5640.
12/13/22 (Tuesday) – RNFC fresh felonious assault and resisting arrest. Disposition entered in IMACS by Jailor Kevin Boll at 4:14 PM.

- Remains in custody for 2022TRD5640. Case is personal bond eligible per clerk check.

12/14/22 (Wednesday) – personal bond sent to SHCMC by Clerk of Courts at 1:54 AM.

- Hale released from custody by jail staff at 2:49 AM.

Department of issue: **CLERK OF COURT**

**Inmate: Yolanda Jones**

Cleveland report shows: 12/13/22-12/14/22 (1 day)

12/13/22 (Tuesday) – booked into CCJ for fresh domestic violence and contempt of court case 2022TRD14605.

- RNFC fresh domestic violence. Disposition entered in IMACS by Jailor Kevin Boll at 4:34 PM.
- Held in custody for 2022TRD14605. Case is personal bond eligible per clerk check.

12/14/22 (Wednesday) – personal bond sent to SHCMC by Clerk of Court at 1:54 AM for case 2022TRD14605.

- Released from custody by jail staff at 2:49 AM.

Department of issue: **CLERK OF COURT**

**Inmate: Ronald Lavendosky**

Cleveland report shows: 12/9/22-12/11/22 (1 day)

12/9/22 (Friday) – booked into CCJ for fresh domestic violence, unlawful restraint, breaking and entering and contempt of court case 2022TRD14557.

12/10/22 (Saturday) – RNFC fresh domestic violence, unlawful restraint, breaking and entering. Notated in IMACS by "LTJones01" at 3:23 PM.

- Remains in custody for 2022TRD14557. Case is personal bond eligible per clerk check.

12/11/22 (Sunday) – personal bond sent to SHCMC by Clerk of Court at 12:12 AM.

- Released from custody at 12:59 AM.

Department of issue: **CLERK OF COURT**

**Inmate: Kelly Lewis**

Cleveland report shows: 12/7/22-12/13/22 (4 days)

12/7/22 (Wednesday) – booked into CCJ for fresh arrest probation violation for Cleveland and contempt of court 2022CRB8580.

- Clerk check says "CLEAR" but hand written at bottom "court hearing set Dec 7th at 11:00 AM 13th floor case # 2022CRB8580"
- Nolle journal entry received for case 22CRB8580.
    - Held in custody by Administrative Support Supervisors for fresh probation violation in LERMS. Advised by jailor Inge that is fresh charge.

12/8/22 (Thursday) – personal bond received for additional contempt of court case 22CRB10336.

- Remains in custody for "fresh" probation violation.

February 18, 2023

12/9/22 (Friday) – email sent from Lisa Scafidi to Leah Palagyi inquiring why Lewis was still in custody. Lisa advises Leah the fresh probation violation is now changed to "released" in LERMS. Leah advises Lisa the arresting officer informed the probation violation is treated as fresh arrest.

- Lewis is processed through LEADS database and warrant is found for Highland Hills.
- Lewis is booked on Highland Hills case 07TRD06989 with $5,000 bail set.

12/13/22 (Tuesday) – Release order received from Highland Hills for case 07TRD06989

- Lewis released from custody at 7:00 PM.

**CCCC takeaway**: Records supervisors kept Lewis is custody on 12/7 due reassurance from jailor on Lewis' fresh probation violation. After her two contempt of court's were satisfied, it was not then communicated to jailor she was now released on the fresh probation violation in LERMS.

**Inmate: Alexys Medina Negron**

Cleveland report shows: 12/21/22-12/23/22 (1 day)

12/21/22 (Wednesday) – booked into CCJ for fresh drug trafficking and contempt of court 2022CRB3794.
12/22/22 (Thursday) – RNFC fresh drug trafficking. Notated in IMACS at 11:53 AM by jailor Anisha Franklin.

- Remains in custody for 2022CRB3794. Clerk check states case is personal bond eligible.

12/23/22 (Friday) – Case 2022CRB3794 satisfied in courtroom 3D.

- Released from custody at 4:39 PM.

Department of issue: **CLERK OF COURT**

**Inmate: Nyoka Minor**

Cleveland report shows: 12/14/22-12/17/22 (2 days)

12/14/22 (Wednesday) – booked into CCJ for fresh domestic violence.
12/15/22 (Thursday) – RNFC fresh domestic violence in LERMS.
12/16/22 (Friday) – RNFC disposition entered into IMACS for domestic violence by jailor Anisha Franklin.

- Paperwork sent to SHCMC by Franklin at 7:40 AM.
    - Minor not released by jail.

12/17/22 (Saturday) – Minor released from custody at 7:22 PM.

**CCCC takeaway**: Jailor sent all proper paperwork to SHCMC email group. Records would not have processed it do to the email being before 8:30 AM. Possible miscommunication between jail staff?

Department of issue: **JAIL**

**Inmate: Jefferey Moore**

Cleveland report shows: 12/16/22-12/18/22 (1 day)

12/16/22 (Friday) – booked into CCJ for fresh felonious assault and two contempt of court cases 2021TRD12945/2017TRD37316
12/17/22 (Saturday) – RNFC fresh felonious assault in LERMS. Not notated in IMACS by Saturday jailor.

- Cases 2021TRD12945/2017TRD37316 are minor misdemeanors although unknown if personal bond eligible due to field left blank on clerk check.

12/18/22 (Sunday) – personal bonds sent to SHCMC by clerk of court for 2021TRD12945/2017TRD37316 at 12:28 AM.

- RNFC disposition entered into IMACS for felonious assault by jailor Kevin Boll at 7:44 AM.
- Released from custody at 12:42 PM.

Department of issue: **CLERK OF COURT**

**Inmate: Tyler Mullin**

Cleveland report shows: 12/17/22-12/21/22 (1 day)

12/17/22 (Saturday) – booked into CCJ for felonious assault warrant case 2022CRA8496 and contempt of court 2021TRD6369
12/21/22 (Wednesday) - $20,000 bail set for case 2022CRA8496 and personal bond issued for 21TRD6369 in courtroom 3D.

- 10% bail posted for felonious assault in Common Pleas Clerk of Court.
- Released from custody at 8:16 PM.

**CCCC takeaway**: Lisa's report states the paperwork was not sent to the charging unit when Mullin was booked in on 12/17. Officer Kevin Boll sent it to the charging unit on 12/19.

Department of issue: **JAIL**

**Inmate: Lytwanda Pollard**

Cleveland report shows: 12/31/22-1/3/23 (1 day)

12/31/22 (Saturday) – booked into CCJ for:

- fresh domestic violence
- contempt of court 2019TRD24766
- contempt of court 2020TRD19269
- contempt of court 2020TRD22103

1/2/23 (Monday) – RNFC fresh domestic violence in LERMS. Notated in IMACS by jailor Boll.

- Remains in custody for:
- 2019TRD24766
- 2020TRD19269
- 2020TRD22103
    - Clerk check states all cases are personal bond eligible.

1/3/23 (Tuesday) – personal bonds issued in courtroom 3D for:

- 2019TRD24766
- 2020TRD19269
- 2020TRD22103

- Release processed by Records.
- Released from custody at 6:20 PM.

Department of issue: **CLERK OF COURT**

**Inmate: Jimmia Raines**

Cleveland report shows: 12/23/22-12/25/22 (1 day)

12/23/22 (Friday) – booked into CCJ for fresh domestic violence and contempt of court 2022TRD11089.
12/24/22 (Saturday) – RNFC fresh domestic violence in LERMS. Notated in IMACS by jailor Franklin at 3:51 PM.

- Remains in custody for 2022TRD11089. Clerk check states case is personal bond eligible.

12/25/22 (Sunday) – personal bond sent to SHCMC from Clerk of Court at 1:40 AM.

- Released from custody at 3:02 AM.

Department of issue: **CLERK OF COURT**

**Inmate: Aleeya Robinson**

Cleveland report shows: 12/21/22-12/22/22 (1 day)

12/21/22 (Wednesday) – booked into CCJ for fresh domestic violence.

- RNFC in LERMS at 7:42 PM per Lisa's report.

12/22/22 (Thursday) – RNFC paperwork sent to SHCMC by jailor Franklin at 3:27 PM.

- Release processed by Records
- Released from custody at 7:51 PM.

**CCCC takeaway**: further investigation as to staffing for 12/21.

Department of issue: **JAIL**

**Inmate: Deandre Samuel**

Cleveland report shows: 12/21/22-12/28/22 (4 days)

12/21/22 (Wednesday) – booked into CCJ for fresh domestic violence.
12/23/22 (Friday) - $10,000 bail set in courtroom 3D with GPS condition.

- Bail posted at 9:28 PM. Sent to SHCMC at 9:32 just labeled "SAMUEL"

12/27/22 (Tuesday) – email from Oriana House states Samuel was installed with GPS.

- Records Clerk Amanda Brewer stated she could not locate bond.

12/28/22 (Wednesday) – email from Lisa Scafidi sent to Leah Palagyi inquiring why Samuel is still in custody and that he was installed with monitor day prior. Leah advises Lisa the release is in process and the bond was not located until now.

- Samuel released at 7:09 PM.

February 18, 2023

**CCCC takeaway**: The situation could have been avoided if the Clerk of Court sent the bond to Pretrial Services once Samuel posted bail so he could have been released the following day (Saturday.) Records was unaware of the bond being posted due to it being posted on Friday evening.

Department of issue: **CLERK OF COURT/RECORDS**

**Inmate: David Scott**

Cleveland report shows: 11/15/22-12/9/22 (2 days)

11/15/22 (Tuesday) – booked into CCJ for 5 contempt of court cases:

- 2022CRB6142
- 2018TRD32123
- 2016TRD30197
- 2013TRD2725.
- 2013CRB10186

11/17/23 (Thursday) – seen in courtroom 3D.

- 2022CRB6142 – $15,000 bail set
- 2018TRD32123 – personal bond
- 2016TRD30197 –personal bond
- 2013TRD27253 – personal bond
- 2013CRB10186 – personal bond

11/22/22 (Tuesday) – video appearance held with Judge Charles Patton

- 2022CRB6142 – Bail lowered to $10,000
- 2018TRD32123 – personal bond continued
- 2016TRD30197 – personal bond continued
- 2013TRD27253 – personal bond continued
- 2013CRB10186 – personal bond continued

11/29/22 (Tuesday) – video appearance held with Judge Charles Patton

- 2022CRB6142 – bail continued at $10,000
- 2018TRD32123 – case continued to 12/7/22
- 2016TRD30197 – case continued to 12/7/22
- 2013TRD27253 – case continued to 12/7/22
- 2013CRB10186 – case continued to 12/7/22

12/7/22 (Wednesday) – video appearance held with Judge Charles Patton

- 2022CRB6142 – Personal bond issued
    - ❖ Paperwork for personal bond not submitted to Records by Bailiff's Department
        - ▪ Remains in custody

12/9/22 (Friday) – email submitted by Lisa to Leah inquiring why Scott was in custody. Leah advises Lisa we only received one journal entry for Scott for case 2013TRD27253. Leah reaches out to Bailiff's Department and all proper paperwork is now submitted for release process by Bailiff Jason Beyer.

- Released from custody at 7:16 PM

Department of issue: **BAILIFF'S DEPARTMENT**

February 18, 2023

**Inmate: Brian Shaw**

Cleveland report shows: 12/2/22-12/4/22 (1 day)

12/2/22 (Friday) – booked into CCJ for fresh felonious assault
12/3/22 (Saturday) – RNFC fresh felonious assault in LERMS

- ❖ Not processed by Saturday jailor

12/4/22 (Sunday) – RNFC paperwork submitted to SHCMC email group by jailor Boll at 10:30 AM.

- Released from custody at 11:45 AM.

**CCCC takeaway**: further investigation as to staffing for 12/3

Department of issue: **JAIL**

**Inmate: Latoya Thomas**

Cleveland report shows: 12/29/22-12/31/22 (1 day)

12/29/22 (Thursday) – booked into CCJ for fresh domestic violence charge
12/30/22 (Friday) – RNFC fresh domestic violence in LERMS 11:04 AM per Lisa's report

- ❖ Not processed by jailor

12/31/22 (Saturday) – RNFC paperwork sent to SHCMC email group by jailor Franklin at 8:54 AM.

- Released from custody at 7:18 PM.

**CCCC takeaway**: further investigation as to staffing for 12/30

Department of issue: **JAIL**

**Inmate: James Washington**

Cleveland report shows: 12/14/22-12/16/22 (1 day)

12/14/22 (Wednesday) – booked into CCJ for fresh domestic violence
12/15/22 (Thursday) – RNFC fresh domestic violence in LERMS at 11:59 AM per Lisa's report

- ❖ Not processed by jailor

12/16/22 (Friday) – RNFC paperwork in LERMS printed and processed by Supervisor Leah at 1:37 PM.

- Released from custody at 7:18 PM.

**CCCC takeaway**: further investigation as to staffing for 12/15

Department of issue: **JAIL**

# EXHIBIT E

# CUYAHOGA COUNTY SHERIFF'S OFFICE

**FILE NO.** ____________ **DATE** 3/17/23

**FROM** Leah Palagyi **TO** Human Resources

**SUBJECT** Amanda Brewer missed bond

**COPIES TO**

---

On Thursday, January 5, 2023, I received an email from Cleveland Police Project Manger Lisa Scafidi regarding the release of inmate Juan Melendez. Lisa stated Melendez received a personal bond in Cleveland Municipal Court on Wednesday, January 4 but was still in County custody. After investigating the situation, I pinpointed where the error occurred. Sheriff Clerk Amanda Brewer had received the personal bond in the shcmc@cuyahacounty.us email group, however had overlooked the document resulting in Melendez spending one extra day in County custody. Once I notified Amanda of the mishap, she processed the inmate's packet for release. Melendez was later released that day from custody.

Respectfully,

Leah Palagyi
Administrative Support Supervisor

# EXHIBIT F

# CUYAHOGA COUNTY EXECUTIVE
# DEPARTMENT OF HUMAN RESOURCES

## EMPLOYEE REPRIMAND

**Type: Verbal** ☒ **Written** ☐

**DATE ISSUED:** 3/17/23

**TO:** Amanda Brewer
Employee's name

**CLASSIFICATION:** Sheriff's Clerk

**DIVISION:** Criminal Records

**DEPT / UNIT:** Sheriff

**DATE(S) OF INCIDENT:** January 4, 2023

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goal of the County and increases public confidence in County government. This requires that you refrain from behavior that might be harmful or which violates conflicts with County policies, practices, or procedures. Your behavior is in violation of the County's Personnel Policies and Procedures Manual.

**DESCRIPTION OF MISCONDUCT:**

On January 4, 2023, Amanda Brewer was in receipt of a personal bond for County inmate Juan Melendez and failed to process his release from custody. Melendez had no pending matters and was eligible to be released that day. The personal bond was submitted via email by the Cleveland Clerk of Court at 1:01 pm. It was then detected the following day on January 5, 2023 that Melendez was still in County custody. He was then released at 5:05 pm.

Remember, the County's Employee Assistance Program, EASE@Work, is available to you. To learn more, you can consult the County's policy manual (Section 7.03) or Human Resources for more information about this program

Should further infractions occur in the future, you will be subject to additional disciplinary action, including suspension and/or removal from your position. The employee's signature below acknowledges receipt of this notice and does not constitute agreement with the details herein.

[signature] 3/17/23
EMPLOYEE SIGNATURE DATE

[signature] 3/17/23
SUPERVISOR SIGNATURE DATE

[signature] 3/17/23
WITNESS SIGNATURE DATE

CC: Human Resources Personnel File

COPY

# EXHIBIT G

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Amanda Brewer **Date:** 3/22/22

**Summary of Incident:**
Jason Hamilton SO #302625 was held in custody one (1) additional day due to the release notification not being emailed to "CHECKS" distribution group by Sheriff Records Clerk. The purpose of the email is to notify Release Desk staff of which inmates to release.

**Summary of Counseling:**
To further prevent this error, Sheriff Records Clerks are to cross-check their notepad which they already keep, and ensure each individual was emailed to CHECKS email group. This will help prevent an inmate from being over-looked.

______________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: ______________________________ Date: ____________________

Employee's Signature: ______________________________ Date: ____________________

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Rebecca Moore **Date:** 3/22/22

**Summary of Incident:**
Jason Hamilton SO #302625 was held in custody one (1) additional day due to the release notification not being emailed to "CHECKS" distribution group by Sheriff Records Clerk. The purpose of the email is to notify Release Desk staff of which inmates to release.

**Summary of Counseling:**
To further prevent this error, Sheriff Records Clerks are to cross-check their notepad which they already keep, and ensure each individual was emailed to CHECKS email group. This will help prevent an inmate from being over-looked.

______________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: ______________________________ Date: ____________________

Employee's Signature: ______________________________ Date: ____________________

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Rodolfo Figueroa **Date:** June 9, 2022

**Summary of Incident:**
On March 17, 2022 Officer Rodolfo Figueroa sent an email to Rebecca Moore that inmate Cloud, Nasir SO#0315596 received his GPS. Officer Rodolfo Figueroa put NASIR in heading on email. Rebecca believed that this was inmate's last name. This email was not checked by Rebecca Moore. Inmate was not processed for releases until March 18, 2022 due to these errors made by both individuals.

**Summary of Counseling:**
Officer Figueroa is advised to place inmate's full name on all emails. When sending paperwork to records send all emails to shcmc@cuyahogacounty.us. This way both Rebecca Moore and Amanda Brewer receive the email and can determine who's work load the inmate belongs.

---

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 6-10-22

Employee's Signature: [signature] Date: 6-10-2022

COPY

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Janiese Cage **Date:** 12/9/22

**Summary of Incident:**
On Thursday, December 8, Sheriff Clerk Janiese Cage was given two authorization to release forms Jessica Fitzgerald and Gereil Jones, booked into custody by the Sheriff's Offender Unit. The release paperwork was provided by Deputy Sergeant Massey and received by Supervisor Leah Palagyi at 11:10 AM. Supervisor Palagyi handed the release documents to Clerk Cage and Cage did not process the release for Jessica Fitzgerald and Gereil Jones. On Friday, December 9, it was discovered that both individuals were still in custody. When Clerk Cage was asked of why she did not process the releases, she stated she did not properly read the documents and did not realize they were releases.

**Summary of Counseling:**
Clerk Cage was notified by Supervisor Leah Palagyi that the in connection with arrests will either result in an authorization to release form, or a probable cause form which will both be provided by arresting Deputies. Cage was advised to read all documents thoroughly, before placing in the file.

---

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: ______________________ Date: 12/9/22

Employee's Signature: ______________________ Date: 12·9·22

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

Page left blank intentionally

COUNTY OF CUYAHOGA
OHIO

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Kathleen Belle 205408 **Date:** January 27, 2023

**Summary of Incident:**

Officer Belle is assigned to the Release Desk, Leads. Officer Belle receives emails alerting of inmate releases. On October 22, 2022 an email was sent for Inmate Moore, Nathaniel's release. This email was overlooked. This caused this inmate's release to be postponed and not released on time.

**Summary of Counseling:**

Officer Belle needs to be more aware of the emails being received, so that releases can be completed in a timely manner. Before end of shift double check all emails are read for that day.

____________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 1-27-23

Employee's Signature: [signature] Date: 1-27-23

COPY

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

COUNTY OF CUYAHOGA
OHIO

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Rowe-Cook, Alicia 1598 **Date:** January 27, 2023

**Summary of Incident:**
Officer Rowe-Cook is assigned to the Release Desk. Officer Rowe-Cook receives emails alerting of inmate releases. On October 22, 2022 an email was sent for Inmate Moore, Nathaniel's release. This email was overlooked. This caused this inmate's release to be postponed and not released on time.

**Summary of Counseling:**
Officer Rowe-Cook needs to be more aware of the emails being received, so that releases can be completed in a timely manner. Before end of shift double check all emails are read for that day.

______________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 1-27-23

Employee's Signature: [signature] Date: 1·27·23

COPY

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Terrance Williams 221018 (handwritten "4" above "1")   **Date** 2/23/2023

**Summary of Incident:** On 10/14/2022 Officer Terrance Williams did not process a Cleveland RNFC (Released No Formal Charges) entry.

Brown, Tameka 0354459 was issued an RNFC on 10/14/22 and a personal bond the same day at 5:46PM. No action was taken by Officer Williams on 10/15 regarding Brown's release. Brown remained in jail until 10/17.

On 10/15/2022 Officer Terrance Williams did not process two Cleveland RNFC entries.

Jordan, William 0208993 was issued an RNFC on 10/15/22. RNFC processed on 10/16 by another Jailer.

Williams, Jasmine 0261713 was issued an RNFC on 10/15/22. RNFC processed on 10/16 by another Jailer.

On 12/3/2022 Officer Williams did not process Felonious Assault RNFC paperwork for Shaw, Brian 0355086. Shaw released on 12/4 when another jailer acted upon the RNFC.

On 12/17/2022 Officer Williams did not forward paperwork to the charging unit for Mullin, Tyler 0305627. Paperwork was sent 2/19 by another jailer.

**Summary of Counseling:** Officer Williams was advised it is his responsibility as a Jailer to run a Prisoner Type Report in IMACS for "Cleveland Not Charged" repeatedly throughout his shift. Officer Williams was also advised it is part of his duties to access LERMS periodically and repeatedly throughout the shift to verify the charge status of all cases or if an individual has been released from any charges. If an RNFC is noted, it is his responsibility to print the arrest detail report and forward it to checks@cuyahogacounty.us,and shcmc@cuyahogacounty.us, and follow-up with the release desk to confirm it was received. If an RNFC is received, the disposition of that case must be entered in IMACS. Officer Williams was advised that all jailers are a safety net for other shifts. It is each jailer's responsibility to review all in custody inmates and ensure all LERMS and IMACS data is accurate and current. This is especially important when a prior shift's jailer is absent.

COPY

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 2-23-23

Employee's Signature: [signature] Date: 2-23-2023

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

Page left blank intentionally

**CUYAHOGA COUNTY SHERIFF'S DEPARTMENT**

# RECORD OF COACHING SESSION

**Employee's Name:** Janiese Cage **Date:** March 9, 2023

**Summary of Incident:**
On February 23, 2023, Janiese Cage failed to process a release notated on the bonds report generated in CJIS databse. Cage had highlighted the individual's name on the list, but did not follow through with releasing the individual. Inmate Larry Brewer was held one additional day in County Jail custody and released on February 24, 2023.

**Summary of Counseling:**
Janiese Cage was advised to be more careful while analyzing the bonds report. She was also advised it is her responsibility to cross-check all highlighted names on her bonds report at the end of work day.

______________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: ______________________________ Date: ____________________

Employee's Signature: ______________________________ Date: ____________________

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

RECEIVED
APR 25 2023
DEPARTMENT OF
HUMAN RESOURCES

COUNTY OF CUYAHOGA OHIO

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Jayla Hemphill **Date:** 4/25/23

**Summary of Incident:**
On April 24, 2023, Jayla Hemphill had overlooked the bond for Jadakis Cistrunk housed in County Jail, on her bonds report. Jayla is responsible for last name letters of C,D,I,W, and had not processed a release for Cistrunk. Due to this error, Cistrunk spent 1 additional day in County custody.

**Summary of Counseling:**
Jayla was coached to be more cautious and take more time at the end of each work day while processing the bonds report.

---

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 4/25/23

Employee's Signature: Jayla Hemphill Date: 04-25-23

COPY

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Ryan Ilcisko **Date:** 5/25/23

**Summary of Incident:**
On Wednesday, May 24, 2023, Ryan Ilcisko failed to print a release document in the email group shcourt@cuyahogacounty.us. The release document was for inmate Jason Hussan-Tate who was ordered released by Juvenile Court. Hussan was held in Cuyahoga County custody for 1 extra day as a result of this.

Also, on Wednesday, May 24, 2023, Ryan Ilcisko had printed an attachment with release documents for inmate Arjuna Hunter-Bey however, only forwarded 1 of 2 documents onto the correct Clerk. As a result of this, Hunter-Bey was held in Cuyahoga County custody for 1 extra day.

**Summary of Counseling:**
Ryan was coached to be more cautious while reading journal entries and to take his time. Ryan was also coached to minimize excess chatter that is not work related in order to more clearly focus.

______________________________

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: ______________________________ Date: ____________________

Employee's Signature: _______________________________ Date: ____________________

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File

# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## RECORD OF COACHING SESSION

**Employee's Name:** Kevin Boll 225044 **Date:** 8/22/2023

**Summary of Incident:** On 2/1/2023 Officer Boll booked in Long, Rashawn 0355855. Paperwork was not forwarded to the Cleveland Charging Unit until the next day by Officer A. Franklin.

On 4/9/2023, RNFC (release) paperwork was available for Adams, Tyshaida 0356736. Officer Boll did not email the release to SHCMC email account until 4/10/23.

**Summary of Counseling:** While both incidents were likely influenced by short staffing, Officer Boll was instructed to double check all entries for accuracy to facilitate timely releases.

---

As a County employee, you are responsible for performing your job in a competent and professional manner that advances the goals of the County and increases public confidence in County government. This requires that you follow all Policies and Procedures set forth in the County's Personnel Policies and Procedures Manual.

Should further infractions occur in the future, you may be subject to disciplinary action, including suspension and/or removal from your position.

In an effort to help you recognize and remedy any personal issues, you are encouraged to contact the County's Employee Assistance Program, Moore Counseling & Mediation Services at (216) 404-1900. You may consult the County's policy manual (Section 7.03), or Human Resources for more information.

Supervisor's Signature: [signature] Date: 8-22-23

Employee's Signature: Kevin Boll Date: 8/22/2023

*Per the County Policies and Procedures Manual Section 13.10, the Employee's signature is an acknowledgement of receipt of the form, not agreement with its contents.*
*The Supervisor shall retain the original and the employee shall receive a copy of the document.*
cc: Personnel File