**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ALANNA DUNN, et al., | ) | CASE NO. 1:23-CV-00364-BMB |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR 7-DAY EXTENSION OF
EXPERT DISCOVERY DEADLINE DUE TO A MEDICAL EMERGENCY**

Pursuant to F.R.C.P. 16(b) and 29(b), Defendant Cuyahoga County (the "County") moves this Court for an Order allowing for a brief, one-week extension of expert discovery deadline from August 21, 2025, to August 28, 2025. Plaintiffs do not oppose this Motion, and the granting of the Motion will not affect any of the other deadlines in the case. This Motion is being filed because the Parties originally scheduled Mr. Eiser's deposition for August 19, 2025, at 10:30 a.m., but on the afternoon of August 18, Mr. Eiser learned that he would be unable to appear for the deposition due to an unexpected, family medical emergency.

On August 18, Plaintiffs offered to reschedule Mr. Eiser's deposition for either August 20 or 21. Although Defendant's counsel did not initially believe that Mr. Eiser could be available on those dates due to his family emergency and informed Plaintiffs that his next availability was August 27, 28, or 29, the undersigned counsel checked with Mr. Eiser on August 19 to see if he could possibly make August 21 work. In response, Mr. Eiser indicated that he could make himself available for his deposition on August 21 if the deposition concluded by 4:30 CT/5:30 ET. The

1

County also offered to start Mr. Eiser's deposition early on August 21 to provide Plaintiffs' counsel sufficient time to complete Mr. Eiser's deposition. Unfortunately, Plaintiffs' counsel indicated they were no longer available on that date, but that they had rearranged other commitments to make themselves available on August 28.

Accordingly, in light of the last-minute family medical emergency that arose and the fact that Plaintiffs' counsel is no longer able to take Mr. Eiser's deposition on August 21, the Parties have agreed upon a new date of August 28 for Mr. Eiser's deposition. This new date will not require an extension of the dispositive motion deadline of September 19, 2025, or any other trial or pretrial deadlines. Furthermore, the Parties were diligent in scheduling Mr. Eiser's deposition before the expert discovery cutoff, but due to circumstances outside of the Parties' control, Mr. Eiser's deposition had to be cancelled at the last minute and rescheduled to a new date. Therefore, Defendant respectfully requests leave to present Mr. Eiser for his deposition on August 28, 2025.

    Respectfully submitted,

    MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County, Ohio

    /s/ *Brendan D. Healy*
    By: BRENDAN D. HEALY (0081225)
    bhealy@prosecutor.cuyahogacounty.us
    Phone: (216) 698-6447
    JAKE A. ELLIOTT (0093521)
    jelliott@prosecutor.cuyahogacounty.us
    Phone: (216) 443-5756
    BRIDGET E. DEVER (0102462)
    bdever@prosecutor.cuyahogacounty.us
    Phone (216) 443-5947
    Cuyahoga County Prosecutor's Office
    1200 Ontario Street, 8th Floor
    Cleveland, Ohio 44113

                Stephen W. Funk (0058506)
                ROETZEL & ANDRESS, LPA
                222 South Main Street, Suite 400
                Akron, OH 44308
                Telephone: 330-849-6602
                E-mail: sfunk@ralaw.com

*Counsel for Defendant Cuyahoga County*