**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALANNA DUNN, et al., | ) | CASE NO. 1:23-CV-00364-BMB |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR SECOND, 7-DAY**
**EXTENSION OF EXPERT DISCOVERY DEADLINE**

Pursuant to F.R.C.P. 16(b) and 29(b), Defendant Cuyahoga County (the "County") moves this Court for an Order allowing for a second, 7-day extension of the expert discovery deadline from August 28, 2025 to September 4, 2025.  This Motion is being filed because the deposition of Defendant's Expert, Jeff Eiser, had been scheduled to occur today on August 28, 2025, but had to be re-scheduled at the last minute because Mr. Eiser became suddenly ill with vomiting and severe nausea on the night before and was <u>physically</u> unable to sit for his deposition today.  This sudden gastrointestinal illness was unexpected.

Defendant's counsel, Stephen W. Funk, in fact, specifically confirmed with Mr. Eiser by phone at approximately 6:00 pm on August 27, 2025, that he was ready and prepared to proceed with his deposition on the next day.  However, early on the morning of August 28, 2025, Mr. Eiser's spouse sent an e-mail to Defendant's counsel to report that Mr. Eiser had been vomiting throughout the night and was physically unable to sit for his deposition.  Defendant's counsel immediately notified Plaintiffs' counsel and the parties have agreed that, with the Court's consent, the deposition could be conducted at a future date.

1

Attached is a Declaration from Jeff Eiser that explains his sudden illness and why he was physically unable to sit for his deposition on August 28, 2025.  Given the nature of illness (vomiting, nausea, etc.), Mr. Eiser clearly was in no condition to sit for a 7-hour deposition. Accordingly, in light of Mr. Eiser's sudden and unexpected illness, Defendant respectfully requests that the Court grant a one-week extension of the expert discovery deadline from August 28, 2025, until September 4, 2025.  This extension will not require an extension of the dispositive motion deadline of September 19, 2025, or any other trial or pretrial deadlines.  Indeed, throughout the proceedings, the Parties have been diligent in adhering to this Court's scheduling orders. Defendant's counsel only makes this unopposed request, therefore, not for purposes of delay, but solely due to the fact that Mr. Eiser's sudden illness rendered him physically unable to sit for his deposition today.  The Motion is not opposed by Plaintiff's counsel.[1]

WHEREFORE, Defendant respectfully requests that the Court grant another 7-day extension of the expert discovery deadline from August 28, 2025 to September 4, 2025

<div style="margin-left: 45%">

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County, Ohio

</div>

| | |
|---|---|
| /s/  Stephen W. Funk | /s/ Brendan D. Healy |
| Stephen W. Funk (0058506) | By: BRENDAN D. HEALY (0081225) |
| ROETZEL & ANDRESS, LPA | bhealy@prosecutor.cuyahogacounty.us |
| 222 South Main Street, Suite 400 | Phone: (216) 698-6447 |
| Akron, OH 44308 | JAKE A. ELLIOTT (0093521) |
| Telephone:  330-849-6602 | jelliott@prosecutor.cuyahogacounty.us |
| E-mail:  sfunk@ralaw.com | Phone: (216) 443-5756 |
| | BRIDGET E. DEVER (0102462) |
| | bdever@prosecutor.cuyahogacounty.us |
| | Phone (216) 443-5947 |

---

[1]  Defendants intended to file this Motion earlier in the day on August 28, 2025, but were prevented from doing so due to errors in the Court's electronic filing system.  Attached as Exhibit 2 is a sample of the error messages that were received when attempting to file this Motion.

Cuyahoga County Prosecutor's Office
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113

*Counsel for Defendant Cuyahoga County*