# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ALANNA DUNN, et al., | ) | CASE NO.: 1:23-cv-00364 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BRIDGET M. |
| vs. | ) | BRENNAN |
| | ) | |
| CUYAHOGA COUNTY, | ) | |
| | ) | |
| Defendant. | ) | **DECLARATION OF JEFF** |
| | ) | **EISER** |
| | ) | |

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.      I am over 18 years of age, am competent to testify, and make this declaration based on my personal knowledge of the facts contained herein.

2.      Cuyahoga County retained me to serve as an expert in the above captioned matter.

3.      On August 28, 2025, I was scheduled for a deposition at 10:00 a.m. (E.S.T.).

4.      A little after 11:00 p.m. on August 27, 2025, I started to feel ill and experienced vertigo, vomiting, and other gastrointestinal issues. These issues continued throughout the night and through the morning of August 28, 2025.

5.      A little after 6:00 a.m. on August 28, 2025, I asked my wife to contact the County's attorneys to inform them that I was unable to sit for my scheduled deposition but that I would make myself available any day next week for a deposition.

6.     Until I started vomiting, I was fully prepared and ready to sit for a deposition on August 28, 2025, but due to my sudden illness, I was physically unable to sit for a deposition on that date.  I am prepared to sit for a deposition on any day next week.

7.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of August 2025.


JEFF EISER