UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Alanna Dunn, *et al*. | Case No. 1:23-cv-00364 |
| Plaintiffs | Judge Bridget Meehan Brennan |
| v. | |
| Cuyahoga County, *et al*. | |
| Defendants | |

### PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JEFF EISER

Plaintiffs, by their undersigned counsel, hereby move to exclude the expert testimony of Jeff Eiser, offered on behalf of Defendant Cuyahoga County. As further detailed in Plaintiffs' accompanying memorandum, Defendant cannot satisfy its burden to show that Mr. Eiser's expert testimony is admissible pursuant to Federal Rule of Evidence 702 because the scope of his testimony is irrelevant to the issues in this case and because his opinions are not based on sufficient facts to be reliable.

WHEREFORE, because it is inadmissible for failing to satisfy the relevance and reliability requirements of Federal Rule of Evidence 702, Plaintiffs respectfully request that the Court exclude the expert testimony of Jeff Eiser.

Dated: October 20, 2025

Respectfully submitted,

/s/ *Kate Schwartz*

Drew Legando (0084209)
MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
(216) 522-9000
drew@merrimanlegal.com

1

Kate Schwartz
Caryn Lederer
Emily Brown
HUGHES SOCOL PIERS RESNICK & DYM LTD.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
T. (312) 580-0100
kschwartz@hsplegal.com
clederer@hsplegal.com
ebrown@hsplegal.com

Janet Herold
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
jherold@justicecatalyst.org

Akeeb Dami Animashaun
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
(929) 266-3971
dami@animashaun.me

*Counsel for Plaintiffs & Proposed Class*