UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Alanna Dunn, *et al.* | Case No. 1:23-cv-00364 |
| Plaintiffs | Judge Bridget Meehan Brennan |
| v. | |
| Cuyahoga County, *et al.* | |
| Defendants | |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this Notice of Supplemental Authority to provide this Court the recent class certification ruling in *Humphrey v. LeBlanc*, No. CV 20-233-JWD-SDJ, 2025 WL 2694604 (M.D. La. Sept. 22, 2025), attached as Exhibit 1, which is pertinent to Plaintiffs' pending Motion for Class Certification (ECF No. 44). *See e.g.*, *Williams v. Mentor Worldwide LLC*, No. 4:18CV0899, 2019 WL 4750843, at *1, n.1 (N.D. Ohio Sept. 30, 2019) ("If pertinent and significant authorities come to a party's attention after the party's brief has been filed, a party may promptly advise the Court by serving and filing a Notice of Supplemental Authority that sets forth the citation(s)." (citing Fed. R. App. P. 28(j)).

*Humphrey* was decided on September 22, 2025, four months after Plaintiffs' Motion for Class Certification was fully briefed. It involves "alleged policies of 'overdetaining' individuals who have served their term of imprisonment," 2025 WL 2694604 at *2—as opposed to those entitled to pretrial release, as applicable here. Nonetheless, the court's rationale for certifying an overdetention class may be useful to this Court in analyzing similar class certification issues.

Dated: October 22, 2025  Respectfully submitted,

/s/ *Kate Schwartz*

1

Drew Legando (0084209)
MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
(216) 522-9000
drew@merrimanlegal.com

Kate Schwartz
Caryn Lederer
Emily Brown
HUGHES SOCOL PIERS RESNICK & DYM LTD.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
T. (312) 580-0100
kschwartz@hsplegal.com
clederer@hsplegal.com
ebrown@hsplegal.com

Janet Herold
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
jherold@justicecatalyst.org

Akeeb Dami Animashaun
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
(929) 266-3971
dami@animashaun.me

*Counsel for Plaintiffs & Proposed Class*