**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Alanna Dunn, *et al*. | Case No. 1:23-cv-00364 |
| Plaintiffs | Judge Bridget Meehan Brennan |
| v. | |
| Cuyahoga County, *et al*. | |
| Defendants | |

### PLAINTIFFS' CERTIFICATE OF COMPLIANCE FOR MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully submit this Certificate of Compliance in support of their Memorandum in Opposition to Defendant's Motion for Summary Judgment (ECF 67), which counsel for Plaintiffs inadvertently omitted from the memorandum filed on October 20, 2025. The undersigned attorney certifies that this case is assigned to the standard track and that Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment complies with the 20-page limitation for memoranda relating to dispositive motions in standard track cases, excluding the cover page, tables, signature block and indexes.

Dated: November 4, 2025

Respectfully submitted,

/s/ *Kate Schwartz*

Drew Legando (0084209)
MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
(216) 522-9000
drew@merrimanlegal.com

1

Kate Schwartz
Caryn Lederer
Emily Brown
HUGHES SOCOL PIERS RESNICK & DYM LTD.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
T. (312) 580-0100
kschwartz@hsplegal.com
clederer@hsplegal.com
ebrown@hsplegal.com

Janet Herold
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
jherold@justicecatalyst.org

Akeeb Dami Animashaun
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
(929) 266-3971
dami@animashaun.me

*Counsel for Plaintiffs & Proposed Class*

2