IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALANNA DUNN, et al., ) | CASE NO. 1:23-CV-00364-BMB |
| ) | |
| Plaintiffs, ) | JUDGE BRIDGET MEEHAN BRENNAN |
| ) | |
| v. ) | |
| ) | |
| CUYAHOGA COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Cuyahoga County hereby submits the following Notice of Supplemental Authority relating to two recent Sixth Circuit decisions, issued after the close of class certification briefing, in which the Sixth Circuit vacated class certification orders that failed to apply the proper legal standards for certifying a class under Fed. R. Civ. P. 23(b)(3):

1. *In Re FirstEnergy Corp. Sec. Litig.*, 149 F.4th 587 (6th Cir. Aug. 13, 2025) (vacating district court's class certification order under Rule 23(b)(3) for failing to conduct proper legal analysis of predominance requirement).

2. *Speerly v. Gen. Motors, LLC*, 143 F.4th 306 (6th Cir. June 27, 2025) (en banc) (vacating district court's class certification order under Rule 23(b)(3) for failing to conduct proper legal analysis of commonality and predominance requirements).

The foregoing cases set forth binding Sixth Circuit precedent on the legal standards that must be applied in deciding whether to certify a class under Fed. R. Civ. P. 23(b)(3). Accordingly, Defendant respectfully submits this supplemental authority for the Court's review and consideration in deciding the pending motion for class certification in this case (Doc.#44).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Stephen W. Funk* |
| Michael C. O'Malley, Prosecuting Attorney for Cuyahoga County, Ohio | Stephen W. Funk (0058506) ROETZEL & ANDRESS, LPA 222 South Main Street |
| Brendan D. Healy (0081225) Jake A. Elliott (0093521) Cuyahoga County Prosecutor's Office 1200 Ontario Street, 8th Floor Cleveland, Ohio 44113 Telephone: (216) 443-7800 bhealy@prosecutor.cuyahogacounty.us jelliott@prosecutor.cuyahogacounty.us | Akron, Ohio 44308 Telephone: (330) 376-2700 Facsimile: (330) 376-4577 E-mail: sfunk@ralaw.com  *Attorneys for Defendant Cuyahoga County* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2025, the foregoing *Notice of Supplemental Authority* was served upon all counsel of record via the Court's electronic filing system.

*/s/ Stephen W. Funk*
Stephen W. Funk (0058506)

2