**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Alanna Dunn, *et al*. | Case No. 1:23-cv-00364 |
| Plaintiffs | Judge Bridget Meehan Brennan |
| v. | |
| Cuyahoga County, *et al*. | |
| Defendants | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBPOENA CLASS DATA**

Plaintiffs, by their undersigned class counsel, respectfully seek leave to issue subpoenas for data that class counsel requires to identify class members in preparation to issue class notice. In support of this Motion, Plaintiffs state as follows:

1. This is a class action in which Plaintiffs allege that they and similarly situated pretrial detainees were overdetained in the Cuyahoga County Jail after the basis for their detention ended because Defendant Cuyahoga County maintained systemically deficient release procedures. (ECF 39)

2. On September 18, 2024, this Court set a deadline to propound any new written discovery, including third-party subpoenas, by January 31, 2025. (Sept. 18, 2024, Minute Order)

3. While discovery was open, Plaintiffs subpoenaed the City of Cleveland, the Clerk of Cleveland Municipal Courts, and two monitoring device installation companies—Ohio AMS and Oriana House—for data concerning the date and time of detainees' applicable release triggering events.

4. Plaintiffs' data analysis expert used the data produced by the subpoena respondents and Defendant to identify all discrete custody sessions from February 23, 2021, to December 31,

1

2023; to calculate the time it took the Jail to release the individual in each custody session after their release triggering action; and, to calculate the total number of people released within specific time intervals.  (ECF 45-30 at ¶¶ 7-8)  Plaintiffs used the results of such data analysis in support of their Motion for Class Certification.  (*See* ECF 45)

5.      On March 31, 2026, this Court granted Plaintiffs' Motion for Class Certification, with modification to the class definition. (ECF 77) In pertinent part, the Court certified a class of detainees who were over-detained for longer than 18 hours from February 23, 2021, through the present.  (*Id.* at 53)

6.      On April 14, 2026, Defendant filed a Rule 23(f) Petition for Permission to Appeal this Court's Class Certification Order, which Plaintiffs opposed.  *See In re. Cuyahoga County, OH*, Case No. 26-0302 (6th Cir.).

7.      Defendants' Rule 23(f) Petition is fully briefed, and the Sixth Circuit's ruling is pending.

8.      On May 5, 2026, class counsel requested that Defendant supplement its prior data productions so counsel may identify class members in preparation to issue class notice.  After conferring on May 14, 2026, Defendants' counsel agreed to this request and indicated that they anticipated producing supplemental data in approximately two weeks.

9.      In addition to the forthcoming supplemental data from Defendant, class counsel requires data through the present from the City of Cleveland, the Clerk of Cleveland Municipal Courts, Ohio AMS, and Oriana House concerning the date and time of detainees' applicable release triggering events.  This complete set of data (from Defendant and the subpoena respondents) will enable Plaintiffs' data analysis expert to identify members of the certified class, as necessary for class counsel to prepare to issue class notice.

10.     There is nothing extraordinary about permitting Plaintiffs to issue subpoenas for these purposes.  District courts recognize that "[p]ost-discovery, post class-certification subpoenas are permissible to identify class members and issue notice of the class action."  *In re Suboxone (Buprenorphine Hydrochloride & Nalaxone) Antitrust Litig.*, 421 F. Supp. 3d 12, 73 (E.D. Pa. 2019) (citing *In re Relafen Antitrust Litig. v. Smithkline Beecham*, No. 01-12239, 2004 U.S. Dist. LEXIS 29834, at *17–19 (D. Mass. Nov. 24, 2004)).  *See also Lenorowitz v. Mosquito Squad of Fairfield & Westchester Cnty.*, No. 3:20-CV-01922 (JBA), 2023 WL 2612874, at *5 (D. Conn. Mar. 23, 2023) ("[C]ourts have repeatedly allowed for discovery [after discovery is closed] for the narrow purpose of putting together a list of potential class members to be noticed or for purposes of evaluating who falls within the class.") (citing cases).

11.     Plaintiffs' counsel conferred with counsel for Defendant before filing this Motion, and they indicated that, without waiving any rights or defenses, Defendant does not oppose the proposed issuance of subpoenas by Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs leave to issue third-party subpoenas for class data necessary to identify members of the certified class.

Dated: May 28, 2026                    Respectfully submitted,

                                       /s/ *Kate Schwartz*

                                       Drew Legando (0084209)
                                       MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
                                       1360 West 9th Street, Suite 200
                                       Cleveland, Ohio 44113
                                       (216) 522-9000
                                       drew@merrimanlegal.com

                                       Kate Schwartz
                                       Caryn Lederer
                                       Emily Brown

3

HUGHES SOCOL PIERS RESNICK & DYM LTD.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
T. (312) 580-0100
kschwartz@hsplegal.com
clederer@hsplegal.com
ebrown@hsplegal.com

Janet Herold
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, New York 10006
(518) 732-6703
jherold@justicecatalyst.org

Akeeb Dami Animashaun
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
(929) 266-3971
dami@animashaun.me

*Counsel for Plaintiffs & Plaintiff Class*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of May, 2026, I caused a copy of PLAINTIFFS'

UNOPPOSED MOTION FOR LEAVE TO SUBPOENA CLASS DATA to be served upon all

counsel of record via the Court's electronic filing system.

<u>/s/ Kate Schwartz</u>
Kate Schwartz