UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALANNA DUNN, *et al.*, | ) | Case No. 1:23-cv-00364 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On August 21, 2026, the Court issued a Memorandum Opinion and Order granting Defendant Cuyahoga County's Motion for Summary Judgment. The Court's Order was issued after it granted class certification, but the County's Motion was filed before any class was certified. The parties are therefore ORDERED to submit briefs addressing whether the Court should enter judgment on a class-wide basis, or whether the Court should decertify the class and enter judgment on an individual basis as to the named Plaintiffs alone. The parties shall file their briefs on or before **September 4, 2026**, and their briefs shall not exceed **twelve (12) pages**. If no brief opposing class-wide judgment is filed by this deadline, the Court will enter judgment on a class-wide basis.

**IT IS SO ORDERED.**

Date: August 21, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE