IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALANNA DUNN, | ) | CASE NO. 1:23-cv-00364 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NON-PARTY CITY OF CLEVELAND'S MOTION TO DROP OR DISMISS THE CITY AS AN INTERESTED NON-PARTY TO THE LITIGATION AND DEEMING AS MOOT ANY RESIDUAL ISSUES PERTAINING TO PRIOR SUBPOENAS ISSUED BY PLAINTIFF TO NON-PARTIES**

Pursuant to the Court's non-document order dated August 21, 2026, non-party City of Cleveland respectfully moves the Court for an order dropping or dismissing the City as an interested non-party to the litigation and also deeming moot any remaining issues pertaining to subpoenas issued by Plaintiff to non-parties prior to the Court's August 21, 2026 summary judgment ruling.

Former City of Cleveland Assistant Director of Law Dylan Ford's[1] limited July 3, 2024 appearance in this case pertained to two, pre-class action certification subpoenas issued by Plaintiff in 2024. *See* [ECF 29], PageID# 132-133; Order (non-document) dated July 17, 2024; Minutes of proceedings (non-document) dated July 23, 2024; and [ECF 30], PageID# 134-136. Plaintiff then issued two post-class action certification subpoenas in 2026 (i.e., after March 31,

[1] ADL Ford's last day of employment in the City's Law Department was on or about June 18, 2026.

2026). Given the Court's August 21, 2026 memorandum opinion and order granting Defendant Cuyahoga County's motion for summary judgment, all residual issues pertaining to all pre and post-class certification subpoenas to non-parties should be deemed moot. *See Lambeth-Greer v. Farmington Public Schools*, 2023 WL 6932522 (E.D. Mich.) at *15 ("Thus, because the Court grants in part Defendants' motion for summary judgment, dismissing the federal claims with prejudice and dismissing the state law claims without prejudice, it will deny Plaintiff's Second Motion for Order to Show cause Against [Non-Parties][2] Elm Street Clinic and Aldonna M. Valivonis [regarding a subpoena issued to them] as moot.").

Therefore, the undersigned respectfully moves the Court for an order deeming as moot all remaining issues pertaining to all subpoenas issued by Plaintiff to non-parties prior to the Court's August 21, 2026 summary judgment decision and also dropping or dismissing the City as an interested non-party to the case.

Respectfully submitted,

MARK GRIFFIN (0064141)
Director of Law

By: */s/William M. Menzalora*
WILLIAM M. MENZALORA (0061136)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: WMenzalora@clevelandohio.gov

Attorney for Non-Party City of Cleveland

[2] *See id.* at *1.

**CERTIFICATE OF SERVICE**

The undersigned certifies the above document was filed electronically on the 25th day of August, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*William M. Menzalora*
WILLIAM M. MENZALORA